| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____  Chapter  __7__

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Ex-Cell Home Fashions, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  13-2953275

**4. Debtor's address**

**Principal place of business**

1333 Broadway
8th Floor
New York, NY 10018
Number, Street, City, State & ZIP Code

New York
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**  excell-living.com

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Ex-Cell Home Fashions, Inc.**                                    Case number (*if known*) _____
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __2389__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor  **Ex-Cell Home Fashions, Inc.**  Case number (*if known*)
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**   Relationship
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor **Ex-Cell Home Fashions, Inc.**  Case number (*if known*)
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Ex-Cell Home Fashions, Inc.**　　　　　　　　　Case number (*if known*) _____
　　　　　Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 11, 2021**
　　　　　　　　MM / DD / YYYY

**X** *Robert Howard*　　　　　　　　　　　**Robert Howard**
Signature of authorized representative of debtor　　Printed name

Title   **Chief Restructuring Officer**

**18. Signature of attorney**

**X** *William E. Chipman, Jr.*　　　　　　　Date **August 11, 2021**
Signature of attorney for debtor　　　　　　　　　　MM / DD / YYYY

**William E. Chipman, Jr.**
Printed name

**Chipman Brown Cicero & Cole, LLP**
Firm name

**Hercules Plaza**
**1313 North Market Street, Suite 5400**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone **(302) 295-0191**　　Email address **chipman@chipmanbrown.com**

**3818 DE**
Bar number and State

Debtor  **Ex-Cell Home Fashions, Inc.**　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　　Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number (*if known*) _____  Chapter **7**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **Glenoit Universal, Ltd.** | | Relationship to you | **Ultimate Parent** |
| District | **Delaware** | When | Case number, if known | |
| Debtor | **Glenoit, LLC** | | Relationship to you | **Parent** |
| District | **Delaware** | When | Case number, if known | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name  **Ex-Cell Home Fashions, Inc.** | |
| United States Bankruptcy Court for the:  DISTRICT OF DELAWARE | |
| Case number (if known) | ☐ Check if this is an amended filing |

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration   **Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 11, 2021**       X  *Robert Howard*
                                           Signature of individual signing on behalf of debtor

                                           **Robert Howard**
                                           Printed name

                                           **Chief Restructuring Officer**
                                           Position or relationship to debtor

# United States Bankruptcy Court
### District of Delaware

In re  **Ex-Cell Home Fashions, Inc.**  
Debtor(s)

Case No.  
Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **August 11, 2021**

*Robert Howard*  
**Robert Howard**/**Chief Restructuring Officer**  
Signer/Title

EX-CELL HOME FASHIONS, INC.
1333 BROADWAY
8TH FLOOR
NEW YORK, NY 10018

WILLIAM E. CHIPMAN, JR.
CHIPMAN BROWN CICERO & COLE, LLP
HERCULES PLAZA
1313 NORTH MARKET STREET, SUITE 5400
WILMINGTON, DE 19801

1WORLDSYNC

22 - KM FEROZEPUR ROAD
ROHI NALA LAHORE, PUNJAB
PAKISTAN

AARON EISENBERG
21 FRANKLIN PLACE
MORRISTOWN, NJ 07960

AKSARA APPARELS
38A, 4TH CROSS
VAIYAPURI NAGAR
KARUR, INDIA
63900-2

ALL MATS CO., LTD.
NO. 5 DONG YUAN ROAD
ZANNAN INDUSTRIAL ZONE, LIU HE TOWN
TAI CANG CITY, JIANG SU PRO
CHINA

AMERICAN CAPITAL
P.O. BOX 13064
PHILADELPHIA, PA 19101-3604

AMERICAN CAPITAL FINANCIAL SERVICES
P.O. BOX 790488
SAINT LOUIS, MO 63179-0448

AMERICAN CAPITAL FINANCIAL SERVICES
2015 OGDEN AVENUE
SUITE 400
LISLE, IL 60532

AP WORLD MARKETING
16350 VENTURA BOULEVARD
SUITE D328
ENCINO, CA 91436

APL AMERICA LLC
26 CENTURY BOULEVARD
SUITE 405
NASHVILLE, TN 37214

APPRISE SOFTWARE, INC. D/B/A APTEAN
4325 ALEXANDER DRIVE
SUITE 100
ALPHARETTA, GA 30022

APPRISE SOFTWWARE, INC.
P.O. BOX 743722
ATLANTA, GA 30374-3722

ARC3 GASES
P.O. BOX 1708
DUNN, NC 28335-1708

BAKERTILLY
2500 DALLAS PARKWAY
SUITE 300
PLANO, TX 75093

BAMAN STUDIO S.N.C.
VIA GIUSEPPE LONGHI, 1
MILANO, ITALY 20137

BARRY LEONARD
7306 MUSSELBURG COURT
CHARLOTTE, NC 28277

BS HANDICRAFTS
BARADARI
MORADABAD, INDIA
24400-1

BUCHANAN INGERSOLL & ROONEY PC
ONE OXFORD CENTRE
301 GRANT STREET
20TH FLOOR
PITTSBURGH, PA 15219-1410

BUREAU VERITAS HONG KONG LT
1/F PACIFIC TRADE CENTRE
2 KAI HING ROAD, KOWLOON BA
KOWLOON, HONG KONG

C & L INDUSTRIAL LTD.
RM. 2501-2503, 25/F, MILLION FORTUNE INDUSTRIAL CENTRE, 34
CHAIWAN KOK STREET, TSUEN W
HONG KONG

CAROLINA HANDLING
3101 PIPER LANE
CHARLOTTE, NC 28208

CCA FINANCIAL, LLC
P.O. BOX 17190
RICHMOND, VA 23226

CCA FINANCIAL, LLC
10993 RICHARDSON ROAD
SUITE 14
ASHLAND, VA 23005

CENTRAL STREET PROPERTIES LL
301 SE FULLERTON STREET
BENTONVILLE, AR 72712

CITRIN COOPERMAN TECHNOLOG
529 FIFTH AVENUE
NEW YORK, NY 10017

CLOROX COMPANY
3655 BROOKSIDE PARKWAY
SUITE 300
ALPHARETTA, GA 30022

CLOUDFLARE

COMMERCE TECHNOLOGIES, INC
25736 NETWORK PLACE
CHICAGO, IL 60673-1257

<mark>Case 21-11138-MFW    Doc 1    Filed 08/11/21    Page 10 of 19</mark>

| | | |
|---|---|---|
| COMMERCEHUB | DONG GUAN CHENG LIN HOUSEWARE<br>NO. 38 TIANLUOJIAN STREET<br>FUGANG DISTRICT<br>QINGXI TOWN, DONGGUAN, GUANGDONG<br>523650 | FEDEX EXPRESS 0276<br>P.O. BOX 371461<br>PITTSBURGH, PA 15250 |
| COMPUTER PLUS SALES & SERVICES INC<br>5 NORTHWAY COURT<br>GREER, SC 29651 | DONG GUAN ZHI TAO CRAFT GIFT<br>NO. 10, TIAN JUN ROAD<br>SHI GU DISTRICT, TANG XIA TOWN<br>DON GUAN CITY | FEDEX FREIGHT - 1156<br>P.O. BOX 223125<br>PITTSBURGH, PA 15251-2125 |
| COMPUTERPLUS SALES<br>5 NORTHWAY COURT<br>GREER, SC 29651 | DONGGUAN JIE YI HARDWARE POLY<br>3RD FLOOR, NO. 1 JIEXIN ROAD<br>HUANGNITANG VILLAGE, CHANGPING TOWN<br>DONGGUAN<br>523560 | FEDEX FREIGHT - 6684<br>P.O.BOX 371461<br>PITTSBURGH, PA 15250-7461 |
| CORUS GROUP LLC<br>P.O. BOX 117019<br>ATLANTA, GA 30368-7019 | DONGGUAN SHINEHOME PRODUCTS CO., LTD.<br>3RD BUILDING, YANGMING INDUSTRIAL<br>NORTH JIN MING ROAD, XIEGANG VILLAGE<br>XIEGANG TOWN, DONGGUAN CITY<br>CHINA 523590 | FEDEX.FREIGHT - 7286<br>P.O. BOX 223125<br>PITTSBURGH, PA 15251-2125 |
| CORUS GROUP, LLC<br>D/B/A CORUS360<br>130 TECHNOLOGY PARKWAY<br>NORCROSS, GA 30092 | ELITE QINGDAO TEXTILE CO., LTD.<br>DABANYAO VILLAGE<br>JIAODONG TOWN, JIAOZHOUS<br>QINGDAO<br>266317 | FEDHOOVER TRANSPORTATION S<br>P.O. BOX 890<br>REYNOLDSBURG, OH 43068 |
| COX COMMUNICATIONS<br>P.O. BOX 248871<br>OKLAHOMA CITY, OK 73106 | ESTES EXPRESS LINES<br>P.O. BOX 25612<br>RICHMOND, VA 23260-5612 | FINELINE TECHNOLOGIES INC.<br>P.O. BOX 934219<br>ATLANTA, GA 31193-2190 |
| COX COMMUNICATIONS<br>P.O. BOX 248851<br>OKLAHOMA CITY, OK 73124-8851 | EXPOLANKA USA LLC<br>510 PLAZA DRIVE<br>SUITE 2300<br>ATLANTA, GA 30349 | FOSHAN SHUNDE YIDE PLASTIC LT<br>CHANGHONG ROAD NO. 16<br>FENGXIANG INDUSTRIAL PARK<br>SHUNDE DISTRICT, FOSHAN, GUA<br>528300 |
| DALIAN WEIJIA ARTS & CRAFTS CORP<br>ROOM 1802, BLOCK 2<br>NO. 97 MINSHENG STREET<br>DALIAN<br>MAINLAND CHINA | FEDEX CUSTOM CRITICAL<br>P.O. BOX 645123<br>PITTSBURGH, PA 15264-5123 | FUSHUN DONGGUAN FTY/DE HO<br>NO. 32, KING SHENG ROAD, LANX<br>VILLAGE, QIAOTOU TOWN<br>DONGGUAN, GONGDONG<br>523539 |
| DIANE HARRISON DESIGNS LTD.<br>THE WORKSHOP<br>WOOD STREET<br>CHEADLE, CHESHIRE, UNITED KINGDOM<br>SK8 1AQ | FEDEX EDI - 6684<br>P.O. BOX 371461<br>PITTSBURGH, PA 15250 | GBG USA INC.<br>P.O. BOX 730<br>MIDTOWN STATION<br>NEW YORK, NY 10018 |
| DIGIFAB CORP.<br>5015 PACIFIC BOULEVARD<br>LOS ANGELES, CA 90058 | FEDEX EDI - 7370<br>P.O. BOX 1140<br>MEMPHIS, TN 38101-1140 | GEOFFRY RAICHT<br>1 KITTLE ROAD<br>CHAPPAQUA, NY 10514 |

| | | |
|---|---|---|
| GLENMORE IND.<br>115 NEWFIELD AVENUE<br>SUITE E<br>EDISON, NJ 08837 | INTERTEK TESTING SERVICES SHENZHEN LTD<br>4TH FLOOR, BUILDING 15 & 16<br>#1988 CHANG ZHONG ROAD<br>SHANGHAI, CHINA<br>200435 | LEXINGTON<br>P.O. BOX 7410166<br>CHICAGO, IL 60674 |
| GOHAR TEXTILE MILLS (PVT.) LTD.<br>3-K.M. CHAK JHUMRA ROAD KHURRI<br>FAISALABAD, PUNJAB<br>38000 | JANE MOSSE DESIGNS<br>THE OLD FARM HOUSE<br>83 NEWBURY ROAD<br>ENHAM ALAMEIN, ANDOVER<br>HAMPSHIRE, UK SP11 6HH | LOGICALIS, INC.<br>2600 TELEGRAPH ROAD<br>SUITE 200<br>BLOOMFIELD HILLS, MI 48302 |
| GRIFFIN EXTERMINATING COMPANY, INC<br>2212 NORTH WILLIAM STREET<br>GOLDSBORO, NC 27530 | JIANGSU YUHANG BOARD IND CO. LT<br>NO. 106, WEIER ROAD, CHENG BEI<br>INDUSTRIAL PARK<br>JINGJIANG CITY, JS<br>214527 | LYNN TILTON<br>71 BROADWAY, LOBBY 2B, #249<br>NEW YORK, NY 10006 |
| GUANGDONG GUANG HAI DA IND. CO.<br>BAIDA INDUSTRIAL ZONE<br>BAIGUODONG VILLAGE<br>GONGGUAN, GUANGDONG<br>523618 | JMI INC.<br>125 WEST 55TH STREET<br>SUITE 102<br>CLARENDON HILLS, IL 60514 | MARGARITTA TOPIELSKI<br>16 RHAME AVENUE<br>EAST ROCKAWAY, NY 11518 |
| HONEYTEX TEXTILES MANUFACTURE<br>(SHANGHAI SHENDA)<br>ROOM 1406, NO. 18 SHUNYI ROAD<br>SHANGHAI, CHINA | KAPOOR INDUSTRIES<br>29-A-2/1 DESU ROAD<br>MEHRAULI, NEW DELHI<br>INDIA<br>11003-0 | MARK INDELICATO, ESQUIRE<br>THOMPSON COBURN LLP<br>488 MADISON AVENUE<br>NEW YORK, NY 10022 |
| HUIZHOU AUTUMN CROSS TECHNOLOGY CO. LTD<br>20F BUILDING 1, XIN NANHONG<br>II INDUSTRIAL PARK TEA GARDEN<br>VILLAGE QIUCHANG TOWN, HUIZHOU | KASTLE NEW YORK LLC<br>P.O. BOX 75327<br>BALTIMORE, MD 21275 | MEREDITH CORPORATION<br>P.O. BOX 5057<br>NEW YORK, NY 10087-5057 |
| IDEATELIER<br>389 CREST ROAD<br>RIDGEWOOD, NJ 07450 | KEN SCHNEIER<br>3308 SABAL COVE LANE<br>LONGBOAT KEY, FL 34228 | MILBERG FACTORS, INC.<br>99 PARK AVENUE<br>NEW YORK, NY 10016 |
| INFLUENCE TEAM INDUSTRIAL CO., LTD<br>2F, NO. 80 SEC 1 ANHE ROAD<br>TAIPEI CITY 106, TAIWAN<br>123-45 | KOOKABURRA-DIVISION OF AMSCAN<br>108 ROOUTE 17K-SUITE 2<br>NEWBURGH, NY 12550 | MODERN TESTING SERVICES (GLOBAL)<br>UNIT 808, CEO TOWER<br>77 WING HONG STREET, CHEUNG SHA WAN<br>KOWLOON, HONG KONG |
| INNOVO STAFFING LLC<br>P.O. BOX 178<br>THORNTON, PA 19373 | KSC STUDIO LLC D/B/A CREATIVEDRIVE<br>3850 NORTH 29TH TERRACE<br>SUITE 107<br>HOLLYWOOD, FL 33020 | NETWORK SOLUTIONS |
| INTERTEK INDIA (INTERTEK HOUSE)<br>D. NO. 16-23-61, GROUND FLOOR<br>RAJEEV STREET<br>DAIRYFARM CENTRE, SAMBAMURTHY NAGAR<br>KAKINADA, 533007 | LAN SONG INDUSTRIAL CO. LTD.<br>NO. 117-3 SHAN CHIAO, SAN CHIAO TOWN<br>TAOYUAN HSIEN TAIWAN<br>33542 | NINGBO FENGHUA LEMNA PLASCT<br>NO. 5718 SHANGLING ROAD<br>SHANGTIAN TOWN, FENGHUA DIS<br>NINGBO CHINA |

| | | |
|---|---|---|
| NINGBO HAISHU PRINTING HOUSEHOLD<br>NO. 127 FENHUI ROAD<br>JISHIGANG TOWN<br>HAISHU DISTRIT, CHINA<br>315100 | PILNICK ASSOCIATES LLC<br>12 OLD EAGLE ROAD<br>FREEHOLD, NJ 07729 | REACT TECHNICAL INC.<br>34-02 REVIEW AVENUE<br>LONG ISLAND CITY, NY 11101 |
| NINGHAI MINGDA CRAFTS CO., LTD.<br>NO. 455 HUTOU INDUSTRIAL PARK<br>CHALU TOWN, NINGHAIO<br>NINGBO, CHINA<br>315600 | PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>P.O. BOX 371887<br>PITTSBURGH, PA 15250-7887 | REALVISION SOFTWARE, INC.<br>P.O. BOX 12958<br>ALEXANDRIA, LA 71315-2958 |
| OPENTEXT INC.<br>275 FRANK TOMPA DRIVE<br>WATERLOO<br>ONTARIO, CANADA<br>N2L OA1 | PRODATA | REED & PICK<br>PANIPAT, SECTOR 25, PHASE 1<br>HUDA, PANIPAT, HARYANA 13210<br>INDIA |
| OPENTEXT INC.<br>9711 WASHINGTONIAN BOULEVARD<br>SUITE 700<br>GAITHERSBURG, MD 20878 | QINGDAO CHY HOME FASHIONS CO., LTD<br>A-1015, WORLD TRADE CENTER<br>NO. 6 HONGKONG MIDDLE ROAD<br>QINGDAO CITY, SHANDONG PROVINCE<br>CHINA ZAOZHUANG,SHANDONG | ROBERT HOWARD<br>291 REDMOND ROAD<br>SOUTH ORANGE, NJ 07079 |
| P.P. INTERNATIONAL<br>PLOT 81 SECTOR 29 PART 1<br>PANIPAT 132103, HARYANA<br>INDIA | QINGDAO KINGTEX CO., LTD.<br>9FL CENTURY MANSION 39<br>DONGHAI XI ROAD<br>QINGDAO CHINA | RYDER TRANSPORTATION SERV<br>P.O. BOX 402366<br>ATLANTA, GA 30384-2366 |
| PARAMESHWARI EXPORTS PRIVATE LTD<br>1-B KULATHUPALAYAM ROAD<br>SRI POONKUYIL NAGAR, VENGAMEDU<br>TAMI NADU 639006<br>INDIA | QINGDAO ZHIDA HANDICRAFTS CO., LTD<br>JIAODONG TOWN INDUSTRIAL PARK<br>JIAOZHOUSHI<br>QINGDAO CHINA SHANDONG<br>266000 | SARA TEXTILES LTD.<br>A-31, HAUZ KHAS<br>NEW DELHI - 110016<br>INDIA |
| PATRIARCH PARTNERS MANAGEMENT GROUP, LLC<br>ONE LIBERTY PLAZA<br>35TH FLOOR<br>NEW YORK, NY 10006 | R&R, LLC<br>132 WEST 36TH STREET<br>NEW YORK, NY 10018 | SCHNEIDER NATIONAL INC.<br>2567 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 |
| PATRIARCH PARTNERS, LLC<br>ONE LIBERTY PLAZA<br>35TH FLOOR<br>NEW YORK, NY 10006 | RADIAL | SHANGHAI CATHAYA INTERNATIO<br>3RD FLOOR, BUILDING 3, 258 JINR<br>JINQIAO PUDONG<br>SHANGHAI, CHINA |
| PAUL BRENT DESIGNER, INC.<br>413 WEST 5TH STREET<br>PANAMA CITY, FL 32401-2308 | RADIANCE INDUSTRIES<br>477-R, MODEL TOWN<br>PANIPAT HARYANA<br>INDIA<br>132103 | SILK ROAD INTERNATIONAL, LLC<br>21/F, TUNG SUN COMMERCIAL C<br>194-200 LOCKHART ROAD<br>WAN CHAI HONG KONG, SHAOXI<br>CHINA 312030 |
| PCCW | RAYMOND LEASING CORPORATION<br>P.O. BOX 301590<br>DALLAS, TX 75303-1590 | SOUTHERN GRAPHIC SYSTEMS, IN<br>24453 NETWORK PLACE<br>CHICAGO, IL 60673-1244 |

| | | |
|---|---|---|
| STAR ASIA INTERNATIONAL, INC.<br>208 CHURCH STREET<br>DECATUR, GA 30030 | UNISAFE EXPORTS<br>A-5/256, SARAI HUSANI BEGUM<br>MASJID GALA KATI<br>MORADABAD INDIA | YOU ME INTERNATIONAL CO., L<br>ROOM 518, YILIFANG PLAZA<br>NO. 97 PUXIA ROAD, HENGGANG<br>LONGGANG ZONE, SHENZHEN CI<br>GUANG DONG 518173 |
| TAATOOLS | UPS<br>P.O. BOX 7247-0244<br>PHILADELPHIA, PA 19170-0001 | ZHEJIANG CARITAS HOME TEXT<br>AKA ZHEJIANG BOAI<br>HUANGDIAN TOWN<br>LANXI<br>32111 |
| TAYLORED FULFILLMENT<br>1495 EAST LOCUST STREET<br>ONTARIO, CA 91761 | VERIZON<br>P.O. BOX 15124<br>ALBANY, NY 12212-5124 | |
| TAYLORED SERVICES, LLC<br>ATTN: JIM DEUEAU, CEO/PRESIDENT<br>231 MILL ROAD<br>ISELIN, NJ 08830 | WACHOVIA BANK, NATIONAL ASSOCIATION<br>ONE BOSTON PLACE<br>18TH FLOOR<br>BOSTON, MA 02108 | |
| TOSHIBA AMERICA BUSINESS SOLUTIONS, INC.<br>P.O. BOX 35701<br>BILLINGS, MT 59107 | WENZHOU MAYA TRADE CO., LTD.<br>NO. 168, DAOHANG ROAD<br>DONGSHAN ECONOMIC DEVELOPMENT ZONE<br>WENZHOU, ZHEJIANG<br>CHINA | |
| TOSHIBA FINANCIAL SERVICES<br>P.O. BOX 3072<br>CEDAR RAPIDS, IA 52406 | WESCO, INC.<br>424 LEWIS STREET<br>P.O. BOX 569<br>OXFORD, NC 27565 | |
| TOTAL DOCUMENT SOLUTIONS, INC.<br>2515 NORTH SHILOH DRIVE<br>FAYETTEVILLE, AR 72704 | WILLIAMS & CONNOLLY LLP<br>725 TWELFTH STREET NW<br>WASHINGTON, DC 20005-5901 | |
| TRADUCTIONS SCRIPTIS INC.<br>311-2525, DANIEL JOHNSON<br>LAVAL, QUEBEC H7T 1S9<br>CANADA | WINDSTREAM<br>P.O. BOX 9001908<br>LOUISVILLE, KY 40290-1908 | |
| U.S. BANK EQUIPMENT FINANCE<br>1310 MADRID STREET<br>MARSHALL, MN 56258 | WINDSTREAM COMMUNICATIONS<br>P.O. BOX 9001013<br>LOUISVILLE, KY 40290-1013 | |
| UL VERIFICATION SERVICES<br>SONG SHAN LAKE BRANCH, ROOM 204<br>BUILDING 10, INNOVATION TECHNOLOGY PARK<br>NO. 1 LI BIN ROAD, SONG SHAN LAKE<br>CHINA | WINTER'S STORAGE<br>8377 SANDERSON DRIVE<br>ROANOKE, VA 24019 | |

# EX-CELL HOME FASHIONS, INC.

Consent of the Board of Directors
Pursuant to Section 708(b) of the New York Business Corporation Law

The undersigned, being all of the members of the board of directors (the "**Board**") of *Ex-Cell Home Fashions, Inc.*, a New York corporation (the "**Company**"), pursuant to Section 708(b) of the New York Business Corporation Law (the "**General Corporation Law**"), hereby adopt the following resolutions by written consent (this "**Consent**"):

**WHEREAS**, the Board has considered the financial and operational conditions of the Company's business; and

**WHEREAS**, the Board has reviewed, considered, and received the recommendation of senior management of the Company and the advice of the Company's professionals and advisors with respect to the options available to the Company, including the possibility of pursuing a bankruptcy proceeding under Chapter 7 of title 11 of the United States Code (as amended, the "**Bankruptcy Code**");

**NOW, THEREFORE, BE IT RESOLVED**, that after consideration of the alternatives presented to it and the recommendations of senior management of the Company and the advice of the Company's professionals and advisors, the Board has determined in its business judgment that it is in the best interest of the Company, its creditors, shareholders, and other interested parties, and stakeholders that a voluntary petition be filed by the Company under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Petition**"); and it is

**FURTHER RESOLVED**, that Robert Howard, the Company's Chief Restructuring Officer, and any other officer or person designated and so authorized to act (each, an "**Authorized Person**") are, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company (a) to execute, verify and file on behalf of the Company all documents necessary or appropriate in connection with the filing of said Bankruptcy Petition, including, without limitation, all petitions, affidavits, declarations, schedules, statements of financial affairs, lists, motions, applications, pleadings, and other papers or documents in connection with the Bankruptcy Petition; (b) take and perform any and all actions deemed necessary and proper to obtain such relief as authorized herein and in connection with the Company's Chapter 7 case (the "**Bankruptcy Case**"); (c) appear as necessary at all bankruptcy proceedings on behalf of the Company; and (d) pay all such expenses where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

**FURTHER RESOLVED**, that the Authorized Persons are, and each of them hereby is, authorized and directed to employ the law firm of Chipman Brown Cicero & Cole, LLP as counsel to assist the Company in filing for relief under Chapter 7 of the Bankruptcy Code and in carrying out the Company's duties under Chapter 7 of the Bankruptcy Code, and the officers of the Company are hereby authorized and directed to execute retention agreements, pay retainers prior to, and immediately upon the filing of the bankruptcy case; and it is

**FURTHER RESOLVED**, that all instruments, agreements, certificates, consents, waivers or other documents heretofore executed and delivered (or caused to be executed and delivered) and all acts lawfully done or actions lawfully taken by any Authorized Person in connection with the Bankruptcy Case, or any further action to seek relief on behalf of the Company under Chapter 7 of the Bankruptcy Code, or in connection with the Bankruptcy Case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is

**FURTHER RESOLVED**, that the acts, actions and transactions heretofore taken by the officers of the Company or the Directors of the Company in the name of and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions, which acts, actions and transactions would have been approved by the foregoing resolutions except that such acts were taken before those resolutions were adopted, be, and hereby are, ratified, confirmed, and approved in all respects.

**IN WITNESS WHEREOF**, each of the undersigned directors, collectively constituting all of the members of the Board, has executed this Consent on the date set forth below his name.

## [SIGNATURE PAGE FOLLOWS]

*/s/ Geoffrey Raicht*
Name:  Geoffrey Raicht

Dated:   August 11, 2021


*/s/ Robert Howard*
Name:  Robert Howard

Dated:   August 11, 2021

[Ex-Cell Home Fashions, Inc. Unanimous Consent Regarding
Chapter 7 Filing for Ex-Cell Home Fashions, Inc.]

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re*: <br><br> EX-CELL HOME FASHIONS, INC. <br><br> Debtor. | Chapter 7 <br><br> Case No. 21-XXXXX (XXX) |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure, Ex-Cell Home Fashions, Inc. (the "**Debtor**"), as Debtor in this Chapter 7 case, hereby represents that the Glenoit, LLC directly owns 100% of the Debtor's equity interests.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:*<br><br>GLENOIT UNIVERSAL, LTD.,<br><br>      Debtor. | Chapter 7<br><br>Case No. 21-XXXXX (XXX) |
| *In re*:<br><br>GLENOIT, LLC,<br><br>      Debtor. | Chapter 7<br><br>Case No. 21-XXXXX (XXX) |
| *In re*:<br><br>EX-CELL HOME FASHIONS, INC.,<br><br>      Debtor. | Chapter 7<br><br>Case No. 21-XXXXX (XXX) |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTORS

1. Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), I certify that Chipman Brown Cicero & Cole, LLP ("**CBCC**" or the "**Firm**") are attorneys for the above-named debtors (the "**Debtors**") and that compensation paid to the Firm within one year before the filing of the petition of bankruptcy, or agreed to be paid to the Firm, for services rendered or to be rendered on behalf of the Debtors in contemplation of or in connection with these bankruptcy cases is as follows:

| | |
|---|---|
| For legal services, CBCC agreed to accept: | $40,000.00[1] |
| Prior to the filing of this statement, CBCC received: | $30,000.00 |
| Balance Due | $10,000.00 |

2. The source of the compensation paid to the Firm was:

   ■ Debtors          ☐ Other (Specify):

---

[1] Prior to the Petition Date and pursuant to a written engagement agreement, on June 28, 2021, the Firm received an initial $30,000.00 retainer for restructuring advice and bankruptcy planning for Glenoit Universal, Ltd. (the "**Initial Retainer**"). On August 11, 2021, and pursuant to a written engagement agreement, the Firm agreed to a supplemental $10,000.00 flat fee retainer to represent Glenoit, LLC and Ex-Cell Home Fashions, Inc. (the "**Flat Fee Retainer**"). The Initial Retainer was fully drawn and fully earned by the Firm. All funds received from the Debtors were transferred from the Firm's attorney trust account to its operating account prior to the filing of this case. The Flat Fee retainer was not received by the Firm prior to the filing of this case.

3. The source of compensation to be paid to the Firm was:

■ Debtors ☐ Other (Specify):

4.

■ The Firm has not agreed to share the above-disclosed compensation with any other person unless they are members and associates of the Firm.

☐ The Firm has agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, the Firm agreed to render legal service for all aspects of the bankruptcy cases until the conclusion of the meeting of creditors pursuant to section 341(a) of the Bankruptcy Code, including:

a. advise in connection with the preparation of the petition, schedules of assets and liabilities, statement of financial affairs, schedule of income and expenditures, lists of creditors and equity security holders, statement of executory contracts and unexpired leases, and master mailing list;

b. representation of the Debtors at the meeting of creditors pursuant to section 341(a) of the Bankruptcy Code; and

c. representation of the Debtors as may otherwise be required to advise the Debtors regarding their rights and responsibilities as a debtor under chapter 7 of the Bankruptcy Code and the Bankruptcy Rules.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to the Firm for representation of the Debtors in these bankruptcy proceedings.

Dated: August 11, 2021
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Facsimile: (302) 295-0199
Email: chipman@chipmanbrown.com
olivere@chipmanbrown.com

*Counsel for the Debtors*

- 2 -