**Fill in this information to identify the case:**

Debtor name    **Ex-Cell Home Fashions, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **21-11138**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...............................................................    $    **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................    $    **2,788,689.15**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................    $    **2,788,689.15**

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $    **2,776,157.30**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................    $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$    **10,641,076.14**

4. **Total liabilities** ......................................................................................
    Lines 2 + 3a + 3b    $    **13,417,233.44**

| Fill in this information to identify the case: |
| --- |

Debtor name   **Ex-Cell Home Fashions, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **21-11138**

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **PNC Bank** | **Checking** | 2015 | $2,531.85 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

| | |
| --- | --- |
| | $2,531.85 |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| | | face amount | | doubtful or uncollectible accounts | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 11b. Over 90 days old: | 2,776,157.30 | - | 0.00 | =.... | $2,776,157.30 |

| Debtor | **Ex-Cell Home Fashions, Inc.** | Case number *(If known)* **21-11138** |
|---|---|---|
| | Name | |

| 12. | **Total of Part 3.** | $2,776,157.30 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**  Investments

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies Please See the Attached Chart** | July 21, 2021 | Unknown | | Unknown |

| 23. | **Total of Part 5.** | $0.00 |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 6:**  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Ex-Cell Home Fashions, Inc.**                                    Case number *(If known)* **21-11138**
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>General Office Furniture | **Unknown** | **N/A** | **$10,000.00** |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** | | | **$10,000.00**
    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No.  Go to Part 9.
    ☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>Please See Attached List of Patents | **Unknown** | | **Unknown** |

61. **Internet domain names and websites**

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

Debtor    **Ex-Cell Home Fashions, Inc.**                                    Case number *(If known)* **21-11138**
          Name

65.    **Goodwill**

66.    **Total of Part 10.**                                                                         **$0.00**
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
|---|---|

70.    **Does the debtor own any other assets that have not yet been reported on this form?**
       Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ■ No.  Go to Part 12.
       ☐ Yes Fill in the information below.

Debtor     **Ex-Cell Home Fashions, Inc.**
Name                                                              Case number *(If known)*  **21-11138**

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,531.85 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,776,157.30 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,788,689.15 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,788,689.15 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name: **Ex-Cell Home Fashions, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known): **21-11138**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|
| **2.1 Milberg Factors, Inc.** Creditor's Name | Describe debtor's property that is subject to a lien **All present and future accounts, contract rights, general intangibles and inventory** | **Unknown** | **Unknown** |

**2.1** | **Milberg Factors, Inc.**
Creditor's Name

**99 Park Avenue
New York, NY 10016**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**August 14, 2017**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe the lien
**Security Interest**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2** | **Milberg Factors, Inc.**
Creditor's Name

**99 Park Avenue
New York, NY 10016**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**Over 90 days old: Milberg Factors, Inc.**         $2,776,157.30    $2,776,157.30

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

| Debtor | **Ex-Cell Home Fashions, Inc.** | Case number (if known) | **21-11138** |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 | **Toshiba America Business Solutions, Inc.** | **Describe debtor's property that is subject to a lien** | **$0.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**All equipment leased to or financed for the Debtor under lease with maintenance agreement No. 7784117-002**

**P.O. Box 35701**
**Billings, MT 59107**

Creditor's mailing address

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**April 5, 2018**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 | **U.S. Bank Equipment Finance** | | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**15 Lenovo Thinkpad; 2 Apple 10.5 inc. iPad Air Wi-Fi; 3 MS Surface Pro 6 Custom Bundle; 14 Optiplex 7070 MT MLK, together with all replacements, parts, repairs, additions, accessions and accessories**

**1310 Madrid Street**
**Marshall, MN 56258**

Creditor's mailing address

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**December 5, 2019**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.5 | **Wachovia Bank, National Association** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**All existing or arising property and assets**

**One Boston Place**
**18th Floor**
**Boston, MA 02108**

---

| Debtor | **Ex-Cell Home Fashions, Inc.** | Case number (if known) | **21-11138** |
|---|---|---|---|
| | Name | | |

| Creditor's mailing address | **Describe the lien** |
|---|---|
| | **Security Interest** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **October 24, 2007** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          | $2,776,157.30 |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 3

**Fill in this information to identify the case:**

Debtor name   **Ex-Cell Home Fashions, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **21-11138**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**22 - km Ferozepur Road**<br>**Rohi Nala Lahore, Punjab**<br>**Pakistan**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade**<br>Is the claim subject to offset? ■ No ☐ Yes | **$65,694.00** |
| **3.2** Nonpriority creditor's name and mailing address<br>**Adam Raymaker**<br>**351 13th Street, 2L**<br>**Brooklyn, NY 11215**<br>Date(s) debt was incurred **July 18, 2021 through July 31, 2021**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Compensation**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,721.16** |
| **3.3** Nonpriority creditor's name and mailing address<br>**Akeem Glaze**<br>**156 West 75th Street, #3**<br>**New York, NY 10023**<br>Date(s) debt was incurred **July 1, 2021 through July 31, 2021**<br>Last 4 digits of account number **0232** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Compensation**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,556.16** |
| **3.4** Nonpriority creditor's name and mailing address<br>**Aksara Apparels**<br>**38A, 4th Cross**<br>**Vaiyapuri Nagar**<br>**Karur, India**<br>**63900-2**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade**<br>Is the claim subject to offset? ■ No ☐ Yes | **$12,354.00** |

| Debtor | **Ex-Cell Home Fashions, Inc.** | | Case number (if known) | **21-11138** |
|---|---|---|---|---|

Name

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,122,520.00** |
|---|---|---|---|

**All Mats Co., Ltd.**
**No. 5 Dong Yuan Road**
**Zannan Industrial Zone, Liu He Town**
**Tai Cang City, Jiang Su Pro**
**China**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Trade**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$647.55** |
|---|---|---|---|

**Alyssa Roth**
**[NEED ADDRESS]**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  **July 18, 2021 through**
**July 31, 2021**

**Basis for the claim:**  **Compensation**

**Last 4 digits of account number**  **3569**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,777.00** |
|---|---|---|---|

**American Capital**
**P.O. Box 13064**
**Philadelphia, PA 19101-3604**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Trade**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,957.23** |
|---|---|---|---|

**American Capital Financial Services**
**P.O. Box 790488**
**Saint Louis, MO 63179-0448**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Trade**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,000.00** |
|---|---|---|---|

**AP World Marketing**
**16350 Ventura Boulevard**
**Suite D328**
**Encino, CA 91436**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Trade**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,090.00** |
|---|---|---|---|

**APL America LLC**
**26 Century Boulevard**
**Suite 405**
**Nashville, TN 37214**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Trade**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$29,684.00** |
|---|---|---|---|

**Apprise Softwware, Inc.**
**P.O. Box 743722**
**Atlanta, GA 30374-3722**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Trade**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Ex-Cell Home Fashions, Inc.** | Case number (if known) | **21-11138** |

Name

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$233.60** |

**ARC3 Gases**
**P.O. Box 1708**
**Dunn, NC 28335-1708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,263.27** |

**Arianna Jacinto**
**136 River Mews Lane**
**Edgewater, NJ 07020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 18, 2021 through July 31, 2021**

Last 4 digits of account number  **0219**

Basis for the claim:  **Compensation**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,557.69** |

**Bailey Pattyson**
**4423 West Collins Circle**
**Rogers, AR 72758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 18, 2021 through July 31, 2021**

Last 4 digits of account number _

Basis for the claim:  **Compensation**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$48,417.00** |

**BakerTilly**
**2500 Dallas Parkway**
**Suite 300**
**Plano, TX 75093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,200.00** |

**Baman Studio S.n.c.**
**via Giuseppe Longhi, 1**
**Milano, Italy 20137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,494.62** |

**Belal Rafiq**
**408 Vanderbilt Street**
**Apartment 1**
**Brooklyn, NY 11218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 18, 2021 through August 14, 2021**

Last 4 digits of account number _

Basis for the claim:  **Compensation**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,584.00** |

**BS Handicrafts**
**Baradari**
**Moradabad, India**
**24400-1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Ex-Cell Home Fashions, Inc.** | Case number (*if known*) | **21-11138** |
|---|---|---|---|
| | Name | | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,117.00** |
|---|---|---|---|

**Buchanan Ingersoll & Rooney PC**
**One Oxford Centre**
**301 Grant Street**
**20th Floor**
**Pittsburgh, PA 15219-1410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Professional Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,234.70** |
|---|---|---|---|

**Bureau Veritas Hong Kong Ltd.**
**1/F Pacific Trade Centre**
**2 Kai Hing Road, Kowloon Bay**
**Kowloon, Hong Kong**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53,282.00** |
|---|---|---|---|

**C & L Industrial Ltd.**
**Rm. 2501-2503, 25/F, Million**
**Fortune Industrial Centre, 34-36**
**Chaiwan Kok Street, Tsuen Wan, N.T.**
**Hong Kong**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,053.78** |
|---|---|---|---|

**Carolina Handling**
**3101 Piper Lane**
**Charlotte, NC 28208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,703.57** |
|---|---|---|---|

**Catherine Morrisey**
**50 East 96th Street, 6B**
**New York, NY 10028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 18, 2021 through**
**August 14, 2021**

Basis for the claim:  **Compensation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,180.80** |
|---|---|---|---|

**CCA Financial, LLC**
**P.O. Box 17190**
**Richmond, VA 23226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Professional Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$181,103.92** |
|---|---|---|---|

**Citrin Cooperman Technology Corp.**
**529 Fifth Avenue**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Professional Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor  **Ex-Cell Home Fashions, Inc.**                          Case number (if known)   **21-11138**

Name

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$137,191.07**

**Clorox Company**
**3655 Brookside Parkway**
**Suite 300**
**Alpharetta, GA 30022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,997.00**

**Commerce Technologies, Inc.**
**25736 Network Place**
**Chicago, IL 60673-1257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Professional Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$895.76**

**Computerplus Sales**
**5 Northway Court**
**Greer, SC 29651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Professional Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$140,876.00**

**Corus Group LLC**
**P.O. Box 117019**
**Atlanta, GA 30368-7019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Professional Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$210.00**

**Cox Communications**
**P.O. Box 248871**
**Oklahoma City, OK 73106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Professional Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,198.80**

**Dalian Weijia Arts & Crafts Corp**
**Room 1802, Block 2**
**No. 97 Minsheng Street**
**Dalian**
**Mainland China**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,269.23**

**Deisy Verdaguer**
**23 Wilson Place**
**Lindenhurst, NY 11757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **August 1, 2021 through**
**August 14, 2021**

Basis for the claim:  **Compensation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Ex-Cell Home Fashions, Inc.** | Case number (if known) | **21-11138** |
|---|---|---|---|
| | Name | | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,048.33** |
|---|---|---|---|

**Deryelin Hernandez**
**108-54 45th Avenue**
**Corona, NY 11368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **July 18, 2021 through August 14, 2021**

Basis for the claim: **Compensation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00** |
|---|---|---|---|

**Diane Harrison Designs Ltd.**
**The Workshop**
**Wood Street**
**Cheadle, Cheshire, United Kingdom**
**SK8 1AQ**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,092.00** |
|---|---|---|---|

**Digifab Corp.**
**5015 Pacific Boulevard**
**Los Angeles, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,071.34** |
|---|---|---|---|

**Donald Ruble**
**6412 Firefly Catch**
**Springdale, AR 72762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **July 18, 2021 through July 31, 2021**

Basis for the claim: **Compensation**

Last 4 digits of account number **3696**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,654.10** |
|---|---|---|---|

**Dong Guan Cheng Lin Houseware**
**No. 38 Tianluojian Street**
**Fugang District**
**Qingxi Town, Dongguan, Guangdong**
**523650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$700.00** |
|---|---|---|---|

**Dong Guan Zhi Tao Craft Gift**
**No. 10, Tian Jun Road**
**Shi Gu District, Tang Xia Town**
**Don Guan City**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$119,504.00** |
|---|---|---|---|

**Dongguan Jie Yi Hardware Poly**
**3rd Floor, No. 1 Jiexin Road**
**Huangnitang Village, Changping Town**
**Dongguan**
**523560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Ex-Cell Home Fashions, Inc.** | Case number (if known) | **21-11138** |
|---|---|---|---|
| | Name | | |

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$142,191.00** |
|---|---|---|---|

**Dongguan Shinehome Products Co., Ltd.**
**3rd Building, YangMing Industrial**
**North Jin Ming Road, XieGang Village**
**XieGang Town, DongGuan City**
**China 523590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ebony Torres**
**1815 Mayflower Avenue**
**1st Floor**
**Bronx, NY 10461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Compensation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$198.36** |
|---|---|---|---|

**Elite Qingdao Textile Co., Ltd.**
**Dabanyao Village**
**Jiaodong Town, Jiaozhous**
**Qingdao**
**266317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,436.40** |
|---|---|---|---|

**Elizabeth Masco**
**12 McClellan Drive**
**Middletown, NJ 07748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __July 18, 2021 through July 31, 2021__

Basis for the claim:  __Compensation__

Last 4 digits of account number  __0328__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,738.96** |
|---|---|---|---|

**Estes Express Lines**
**P.O. Box 25612**
**Richmond, VA 23260-5612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,364.97** |
|---|---|---|---|

**Expolanka USA LLC**
**510 Plaza Drive**
**Suite 2300**
**Atlanta, GA 30349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Professional Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,772.59** |
|---|---|---|---|

**Fariya Bhutto**
**722 Hooper Street**
**Apartment #722**
**Somerset, NJ 08873**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __July 1, 2021 through August 14, 2021__

Basis for the claim:  __Compensation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com  

| Debtor | **Ex-Cell Home Fashions, Inc.** | Case number *(if known)* | **21-11138** |
|---|---|---|---|
| | Name | | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,204.47** |
|---|---|---|---|

**FedEx Custom Critical**
**P.O. Box 645123**
**Pittsburgh, PA 15264-5123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,754.00** |
|---|---|---|---|

**FedEx EDI - 6684**
**P.O. Box 371461**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$95,891.00** |
|---|---|---|---|

**FedEx EDI - 7370**
**P.O. Box 1140**
**Memphis, TN 38101-1140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.35** |
|---|---|---|---|

**FedEx Express 0276**
**P.O. Box 371461**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$123,400.00** |
|---|---|---|---|

**FedEx Freight - 1156**
**P.O. Box 223125**
**Pittsburgh, PA 15251-2125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,150.00** |
|---|---|---|---|

**FedEx Freight - 6684**
**P.O.Box 371461**
**Pittsburgh, PA 15250-7461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,576.00** |
|---|---|---|---|

**FedEx Freight - 7286**
**P.O. Box 223125**
**Pittsburgh, PA 15251-2125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Ex-Cell Home Fashions, Inc.** | Case number (if known) | **21-11138** |
|---|---|---|---|
| | Name | | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,152.76** |
|---|---|---|---|

**fedHoover Transportation Services**
**P.O. Box 890**
**Reynoldsburg, OH 43068**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$253.55** |
|---|---|---|---|

**Fineline Technologies Inc.**
**P.O. Box 934219**
**Atlanta, GA 31193-2190**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Professional Services__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$160,715.00** |
|---|---|---|---|

**Foshan Shunde Yide Plastics, LT**
**Changhong Road No. 16**
**Fengxiang Industrial Park**
**Shunde District, Foshan, Guangdong**
**528300**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,025.00** |
|---|---|---|---|

**Fushun Dongguan Fty/De Hong Ho**
**No. 32, King Sheng Road, Lang Xia**
**Village, Qiaotou Town**
**Dongguan, Gongdong**
**523539**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,296,969.00** |
|---|---|---|---|

**GBG USA Inc.**
**P.O. Box 730**
**Midtown Station**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,299.72** |
|---|---|---|---|

**Giulia Schneider**
**232 Mulberry Street**
**Apartment 1D**
**New York, NY 10012**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __July 18, 2021 through__
__August 14, 2021__

**Basis for the claim:** __Compensation__

**Last 4 digits of account number** __0235__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$247,368.00** |
|---|---|---|---|

**Glenmore Ind.**
**115 Newfield Avenue**
**Suite E**
**Edison, NJ 08837**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Ex-Cell Home Fashions, Inc.** | Case number (if known) | **21-11138** |
|---|---|---|---|
| | Name | | |

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$14,396.00** |
|---|---|---|---|

**Gohar Textile Mills (Pvt.) Ltd.**
**3-k.m. Chak Jhumra Road Khurri**
**Faisalabad, Punjab**
**38000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,030.38** |
|---|---|---|---|

**Gracie Gonzalez**
**220 Wadsworth Avenue**
**Apartment 403**
**New York, NY 10033**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  **July 18, 2021 through**
**July 31, 2021** _

**Basis for the claim:**  **Compensation** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$240.00** |
|---|---|---|---|

**Griffin Exterminating Company, Inc.**
**2212 North William Street**
**Goldsboro, NC 27530**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$261,117.00** |
|---|---|---|---|

**Guangdong Guang Hai Da Ind. Co.**
**Baida Industrial Zone**
**Baiguodong Village**
**Gongguan, Guangdong**
**523618**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$33,034.20** |
|---|---|---|---|

**HoneyTex Textiles Manufacture**
**(Shanghai Shenda)**
**Room 1406, No. 18 Shunyi Road**
**Shanghai, China**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$761.20** |
|---|---|---|---|

**Huizhou Autumn Cross Technology Co. Ltd.**
**20F Building 1, Xin Nanhong**
**II Industrial Park Tea Garden**
**Village Qiuchang Town, Huizhou**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,000.00** |
|---|---|---|---|

**Ideatelier**
**389 Crest Road**
**Ridgewood, NJ 07450**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Ex-Cell Home Fashions, Inc.**
_____
Name

Case number *(if known)* **21-11138**
_____

| | |
|---|---|
| 3.68 | **Nonpriority creditor's name and mailing address** |

**Influence Team Industrial Co., Ltd.**
**2F, No. 80 Sec 1 Anhe Road**
**Taipei City 106, Taiwan**
**123-45**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$95,125.00**

---

| | |
|---|---|
| 3.69 | **Nonpriority creditor's name and mailing address** |

**Innovo Staffing LLC**
**P.O. Box 178**
**Thornton, PA 19373**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$8,500.00**

---

| | |
|---|---|
| 3.70 | **Nonpriority creditor's name and mailing address** |

**Intertek India (Intertek House)**
**D. No. 16-23-61, Ground Floor**
**Rajeev Street**
**Dairyfarm Centre, Sambamurthy Nager**
**Kakinada, 533007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$1,823.10**

---

| | |
|---|---|
| 3.71 | **Nonpriority creditor's name and mailing address** |

**Intertek Testing Services Shenzhen Ltd.**
**4th Floor, Building 15 & 16**
**#1988 Chang Zhong Road**
**Shanghai, China**
**200435**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$1,179.00**

---

| | |
|---|---|
| 3.72 | **Nonpriority creditor's name and mailing address** |

**Jane Mosse Designs**
**The Old Farm House**
**83 Newbury Road**
**Enham Alamein, Andover**
**Hampshire, UK SP11 6HH**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$5,400.00**

---

| | |
|---|---|
| 3.73 | **Nonpriority creditor's name and mailing address** |

**Jeanette Batista**
**14907 125th Street**
**South Ozone Park, NY 11420**

Date(s) debt was incurred **July 18, 2021 through August 14, 2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Compensation**

Is the claim subject to offset? ■ No ☐ Yes

**$2,538.45**

---

| | |
|---|---|
| 3.74 | **Nonpriority creditor's name and mailing address** |

**Jeanne Zaslow**
**19 Green Avenue**
**Lynbrook, NY 11563**

Date(s) debt was incurred **August 1, 2021 through August 14, 2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Compensation**

Is the claim subject to offset? ■ No ☐ Yes

**$582.35**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Ex-Cell Home Fashions, Inc.** | Case number (*if known*) | **21-11138** |
|---|---|---|---|
| | Name | | |

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,065.60** |
|---|---|---|---|

**Jennifer Oramas**
**169 4th Street**
**Jersey City, NJ 07302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 18, 2021 through**
**August 14, 2021**

Basis for the claim:  **Compensation**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,043.77** |
|---|---|---|---|

**Jessica Leung**
**209-05 50th Avenue**
**Bayside, NY 11364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 18, 2021 through**
**July 31, 2021**

Basis for the claim:  **Compensation**

Last 4 digits of account number  **3469**

Is the claim subject to offset? ■ No ☐ Yes

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$186,136.00** |
|---|---|---|---|

**Jiangsu Yuhang Board Ind Co. LT**
**No. 106, Weier Road, Cheng Bei**
**Industrial Park**
**Jingjiang City, JS**
**214527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$186,136.00** |
|---|---|---|---|

**JMI Inc.**
**125 West 55th Street**
**Suite 102**
**Clarendon Hills, IL 60514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,486.65** |
|---|---|---|---|

**Kaitlyn Corry**
**281 Toleman Road**
**Washingtonville, NY 10992**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 18, 2021 through**
**July 31, 2021**

Basis for the claim:  **Compensation**

Last 4 digits of account number  **0229**

Is the claim subject to offset? ■ No ☐ Yes

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,178.70** |
|---|---|---|---|

**Kapoor Industries**
**29-A-2/1 Desu Road**
**Mehrauli, New Delhi**
**India**
**11003-0**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,139.80** |
|---|---|---|---|

**Kastle New York LLC**
**P.O. Box 75327**
**Baltimore, MD 21275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Ex-Cell Home Fashions, Inc.** | Case number (if known) | **21-11138** |
|---|---|---|---|
| | Name | | |

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,542.16** |
|---|---|---|---|

**Kenneth Mena**
**3412 113th Street**
**Apartment 3G**
**Corona, NY 11368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **July 18, 2021 through**
**July 31, 2021**

Basis for the claim: **Compensation**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,496.00** |
|---|---|---|---|

**Kookaburra-Division of Amscan**
**108 Rooute 17K-Suite 2**
**Newburgh, NY 12550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$810.00** |
|---|---|---|---|

**KSC Studio LLC d/b/a CreativeDrive**
**3850 North 29th Terrace**
**Suite 107**
**Hollywood, FL 33020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,951.96** |
|---|---|---|---|

**Lan Song Industrial Co. Ltd.**
**No. 117-3 Shan Chiao, San Chiao Township**
**Taoyuan Hsien Taiwan**
**338-42**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,199.09** |
|---|---|---|---|

**Laura Oswald**
**3181 East Thollie Green Road**
**Stem, NC 27581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **July 18, 2021 through**
**August 14, 2021**

Basis for the claim: **Compensation**

Last 4 digits of account number **3264**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,291.63** |
|---|---|---|---|

**Lillian Soto-Pertuz**
**22 Reeve Place**
**Brooklyn, NY 11218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **August 1, 2021 through**
**August 14, 2021**

Basis for the claim: **Compensation**

Last 4 digits of account number **0142**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Linda Shipman**
**103 West Lockhaven Drive, 6B**
**Goldsboro, NC 27534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Compensation**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Ex-Cell Home Fashions, Inc.** | Case number (if known) | **21-11138** |
|---|---|---|---|
| | Name | | |

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,112.61** |
|---|---|---|---|

**Lisa Lazerson**
**100-15 67th Drive**
**Forest Hills, NY 11375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 1, 2021 through August 14, 2021**

Basis for the claim:  **Compensation**

Last 4 digits of account number  **3677**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,068.28** |
|---|---|---|---|

**Lisa Leung**
**192 North Henry Street**
**Apartment 3**
**Brooklyn, NY 11222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 18, 2021 through July 31, 2021**

Basis for the claim:  **Compensation**

Last 4 digits of account number  **0216**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,897.00** |
|---|---|---|---|

**Livingston**
**P.O. Box 7410166**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,614.35** |
|---|---|---|---|

**Lizette Marino**
**P.O. Box 721386**
**Jackson Heights, NY 11372**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 18, 2021 through August 14, 2021**

Basis for the claim:  **Compensation**

Last 4 digits of account number  **3265**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,842.16** |
|---|---|---|---|

**Logicalis, Inc.**
**2600 Telegraph Road**
**Suite 200**
**Bloomfield Hills, MI 48302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,258.65** |
|---|---|---|---|

**Mackenzie Zeller**
**61 East 7th Street**
**Apartment 3C**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **August 1, 2021 through August 14, 2021**

Basis for the claim:  **Compensation**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Maggie Shea**
**36-37 31st Street**
**Astoria, NY 11106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Compensation**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Ex-Cell Home Fashions, Inc.** | Case number (if known) | **21-11138** |
|---|---|---|---|
| | Name | | |

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,045.44 |
|---|---|---|---|

**Marecris Cain**
**51 Elm Street**
**First Floor**
**North Arlington, NJ 07031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 1, 2021 through**
**August 14, 2021**

Basis for the claim:  **Compensation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,262.12 |
|---|---|---|---|

**Meliza Pena**
**322 West 77th Street**
**Apartment 5A**
**New York, NY 10024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 18, 2021 through**
**August 14, 2021**

Basis for the claim:  **Compensation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,525.00 |
|---|---|---|---|

**Meredith Corporation**
**P.O. Box 5057**
**New York, NY 10087-5057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,494.21 |
|---|---|---|---|

**Michael Franzese**
**19 Greenlawn Road**
**Sound Beach, NY 11789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 1, 2021 through**
**July 31, 2021**

Basis for the claim:  **Compensation**

Last 4 digits of account number  **6491**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,532.07 |
|---|---|---|---|

**Michael Hroncich**
**100 Central Avenue**
**Lodi, NJ 07644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 1, 2021 through**
**August 14, 2021**

Basis for the claim:  **Compensation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,466.00 |
|---|---|---|---|

**Modern Testing Services (Global) Limited**
**Unit 808, CEO Tower**
**77 Wing Hong Street, Cheung Sha Wan**
**Kowloon, Hong Kong**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $216,089.37 |
|---|---|---|---|

**Ningbo Fenghua Lemna Plastic Co., Ltd.**
**No. 7 Shangling Road**
**Shangtian Town, Fenghua District**
**Ningbo China**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor __Ex-Cell Home Fashions, Inc._____    Case number (if known) __21-11138__

Name

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $741,452.00 |
|---|---|---|---|

**Ningbo Haishu Printing Household**
**No. 127 Fenhui Road**
**Jishigang Town**
**Haishu Distrit, China**
**315100**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,580.80 |
|---|---|---|---|

**Ninghai Mingda Crafts Co., Ltd.**
**No. 455 Hutou Industrial Park**
**Chalu Town, Ninghaio**
**Ningbo, China**
**315600**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,272.53 |
|---|---|---|---|

**OpenText Inc.**
**275 Frank Tompa Drive**
**Waterloo**
**Ontario, Canada**
**N2L OA1**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,345.40 |
|---|---|---|---|

**P.P. International**
**Plot 81 Sector 29 Part 1**
**Panipat 132103, Haryana**
**India**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,580.25 |
|---|---|---|---|

**Parameshwari Exports Private Ltd.**
**1-B Kulathupalayam Road**
**Sri Poonkuyil Nagar, Vengamedu**
**Tami Nadu 639006**
**India**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Patriarch Partners Management Group, LLC**
**One Liberty Plaza**
**35th Floor**
**New York, NY 10006**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88,802.52 |
|---|---|---|---|

**Patriarch Partners, LLC**
**One Liberty Plaza**
**35th Floor**
**New York, NY 10006**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Ex-Cell Home Fashions, Inc.** | Case number (if known) | **21-11138** |
|---|---|---|---|
| | Name | | |

---

**3.110** | Nonpriority creditor's name and mailing address
**Paul Brent Designer, Inc.**
**413 West 5th Street**
**Panama City, FL 32401-2308**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$2,252.05**

---

**3.111** | Nonpriority creditor's name and mailing address
**Philip Haskins**
**210 Meadows Road**
**Norlina, NC 27563**

Date(s) debt was incurred  **July 18, 2021 through**
**August 13, 2021**

Last 4 digits of account number  **3551**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Compensation**

Is the claim subject to offset? ■ No ☐ Yes

**$8,866.75**

---

**3.112** | Nonpriority creditor's name and mailing address
**Pilnick Associates LLC**
**12 Old Eagle Road**
**Freehold, NJ 07729**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

**$5,000.00**

---

**3.113** | Nonpriority creditor's name and mailing address
**Pitney Bowes Global Financial Services**
**P.O. Box 371887**
**Pittsburgh, PA 15250-7887**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$96.54**

---

**3.114** | Nonpriority creditor's name and mailing address
**Qingdao CHY Home Fashions Co., Ltd.**
**A-1015, World Trade Center**
**No. 6 HongKong Middle Road**
**Qingdao City, Shandong Province**
**China Zaozhuang,Shandong**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$8,717.40**

---

**3.115** | Nonpriority creditor's name and mailing address
**Qingdao Kingtex Co., Ltd.**
**9FL Century Mansion 39**
**Donghai Xi Road**
**Qingdao China**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$12,733.18**

---

**3.116** | Nonpriority creditor's name and mailing address
**Qingdao Zhida Handicrafts Co., Ltd.**
**Jiaodong Town Industrial Park**
**Jiaozhoushi**
**Qingdao China Shandong**
**266000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$339,917.74**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Ex-Cell Home Fashions, Inc.** | Case number (if known) | **21-11138** |
|---|---|---|---|
| | Name | | |

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,203.00** |
|---|---|---|---|

**R-PAC**
**132 West 36th Street**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,522.50** |
|---|---|---|---|

**Radiance Industries**
**477-R, Model Town**
**Panipat Haryana**
**India**
**132103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,229.00** |
|---|---|---|---|

**Raymond Leasing Corporation**
**P.O. Box 301590**
**Dallas, TX 75303-1590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,409.00** |
|---|---|---|---|

**React Technical Inc.**
**34-02 Review Avenue**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,405.00** |
|---|---|---|---|

**Real Vision Software, Inc.**
**P.O. Box 12958**
**Alexandria, LA 71315-2958**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,136.00** |
|---|---|---|---|

**Reed & Pick**
**Panipat, Sector 25, Phase 1**
**Huda, Panipat, Haryana 132103**
**India**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,228.72** |
|---|---|---|---|

**Richard Everette**
**5513 Advancing Avenue**
**Raleigh, NC 27616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 18, 2021 through**
**August 14, 2021**

Basis for the claim:  **Compensation**

Last 4 digits of account number  **2718**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Ex-Cell Home Fashions, Inc. | Case number (if known) | 21-11138 |
|---|---|---|---|
| | Name | | |

---

**3.124** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,437.70**

Robert Howard
291 Redmond Road
South Orange, NJ 07079

Date(s) debt was incurred  **July 1, 2021 through August 14, 2021**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Compensation**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,929.12**

Rosie Iglesias
1 Dawson Drive
Valley Stream, NY 11581

Date(s) debt was incurred  **July 1, 2021 through August 14, 2021**

Last 4 digits of account number  **3761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Compensation**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,993.00**

Ryder Transportation Services
P.O. Box 402366
Atlanta, GA 30384-2366

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00**

Sara Textiles Ltd.
A-31, Hauz Khas
New Delhi - 110016
India

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,927.69**

Sarah Sapang
78 Campbell Avenue
Apartment 2
Edison, NJ 08817

Date(s) debt was incurred  **July 18, 2021 through July 31, 2021**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Compensation**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$172,376.00**

Schneider National Inc.
2567 Paysphere Circle
Chicago, IL 60674

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$304,839.00**

Shanghai Cathaya International
3rd Floor, Building 3, 258 Jinzang Road
Jinqiao Pudong
Shanghai, China

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Ex-Cell Home Fashions, Inc.** | Case number (if known) | **21-11138** |
|---|---|---|---|
| | Name | | |

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$86,486.00** |
|---|---|---|---|

**Silk Road International, LLC**
**21/F, Tung Sun Commercial Center**
**194-200 Lockhart Road**
**Wan Chai Hong Kong, Shaoxing**
**China 312030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ＿

Basis for the claim: __Trade__

Last 4 digits of account number ＿

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,199.00** |
|---|---|---|---|

**Southern Graphic Systems, Inc.**
**24453 Network Place**
**Chicago, IL 60673-1244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ＿

Basis for the claim: __Trade__

Last 4 digits of account number ＿

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$884,613.00** |
|---|---|---|---|

**Star Asia International, Inc.**
**208 Church Street**
**Decatur, GA 30030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ＿

Basis for the claim: __Professional Services__

Last 4 digits of account number ＿

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,439.57** |
|---|---|---|---|

**Stephanie Jones**
**182 Prospect Park West**
**Apartment 11**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __July 1, 2021 through August 14, 2021__

Basis for the claim: __Compensation__

Last 4 digits of account number __0314__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,045.00** |
|---|---|---|---|

**Steve Laux**
**6560 Windmere Place**
**Harrisburg, PA 17111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __July 1, 2021 through August 14, 2021__

Basis for the claim: __Compensation__

Last 4 digits of account number ＿

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,991.03** |
|---|---|---|---|

**Susan Chiu**
**1008 Manhattan Avenue, 2A**
**Brooklyn, NY 11222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __July 1, 2021 through July 31, 2021__

Basis for the claim: __Compensation__

Last 4 digits of account number ＿

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$862.40** |
|---|---|---|---|

**Tanya Anderson**
**217 Meadow Heights**
**Apartment B**
**Oxford, NC 27565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __July 1, 2021 through July 31, 2021__

Basis for the claim: __Compensation__

Last 4 digits of account number __3781__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Ex-Cell Home Fashions, Inc.** | Case number (if known) | **21-11138** |
| --- | --- | --- | --- |

Name

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$926,160.00** |
| --- | --- | --- | --- |

**Taylored Fulfillment**
**1495 East Locust Street**
**Ontario, CA 91761**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,808.16** |
| --- | --- | --- | --- |

**Tennessia Clarke**
**1 Bergen Street**
**Harrison, NJ 07029**

Date(s) debt was incurred  **July 1, 2021 through**
**July 31, 2021**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Compensation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Thomas Breann**
**1803 Summit Avenue**
**Union City, NJ 07087**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Compensation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,936.00** |
| --- | --- | --- | --- |

**Toshiba Financial Services**
**P.O. Box 3072**
**Cedar Rapids, IA 52406**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$141.26** |
| --- | --- | --- | --- |

**Total Document Solutions, Inc.**
**2515 North Shiloh Drive**
**Fayetteville, AR 72704**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26.20** |
| --- | --- | --- | --- |

**Traductions Scriptis Inc.**
**311-2525, Daniel Johnson**
**Laval, Quebec H7T 1S9**
**Canada**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,815.00** |
| --- | --- | --- | --- |

**UL Verification Services**
**Song Shan Lake Branch, Room 204**
**Building 10, Innovation Technology Park**
**No. 1 Li Bin Road, Song Shan Lake**
**China**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Ex-Cell Home Fashions, Inc.** | Case number (*if known*) | **21-11138** |
|---|---|---|---|
| | Name | | |

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,149.00** |
|---|---|---|---|

**Unisafe Exports**
**A-5/256, Sarai Husani Begum**
**Masjid Gala Kati**
**Moradabad India**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$282.80** |
|---|---|---|---|

**UPS**
**P.O. Box 7247-0244**
**Philadelphia, PA 19170-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$191,541.12** |
|---|---|---|---|

**Wenzhou Maya Trade Co., Ltd.**
**No. 168, Daohang Road**
**Dongshan Economic Development Zone**
**Wenzhou, Zhejiang**
**China**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,003.70** |
|---|---|---|---|

**Wesco, Inc.**
**424 Lewis Street**
**P.O. Box 569**
**Oxford, NC 27565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,418.02** |
|---|---|---|---|

**William Everette**
**5513 Advancing Avenue**
**Raleigh, NC 27616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 18, 2021 through**
**August 14, 2021**

Last 4 digits of account number  **2719**

Basis for the claim:  **Compensation**

Is the claim subject to offset? ■ No ☐ Yes

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,200.00** |
|---|---|---|---|

**Williams & Connolly LLP**
**725 Twelfth Street NW**
**Washington, DC 20005-5901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Windstream**
**P.O. Box 9001908**
**Louisville, KY 40290-1908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Ex-Cell Home Fashions, Inc. | | Case number (if known) | 21-11138 |
|--------|------------------|---|-----------------------|----------|
| | Name | | | |

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|---------|---------|------|
| | **Windstream Communications**<br>**P.O. Box 9001013**<br>**Louisville, KY 40290-1013** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Professional Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95,259.00 |
|-------|---------|---------|------|
| | **You Me International Co., Ltd.**<br>**Room 518, YiLiFang Plaza**<br>**No. 97 PuXia Road, HengGang Street**<br>**LongGang Zone, ShenZhen City**<br>**Guang Dong 518173** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $903,909.88 |
|-------|---------|---------|------|
| | **Zhejiang Caritas Home Textile Co., Ltd.**<br>**AKA Zhejiang Boai**<br>**Huangdian Town**<br>**Lanxi**<br>**32111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 10,641,076.14 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 10,641,076.14 |

**Fill in this information to identify the case:**

Debtor name **Ex-Cell Home Fashions, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **21-11138**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **1WorldSync Data Sync for Items** |
| State the term remaining | **1WorldSync** |
| List the contract number of any government contract | **300 South Riverside Plaza** |
| | **Suite 1400** |
| | **Chicago, IL 60605** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Lenovo Laptops, Docks, Dell Desktop and Monitors** |
| State the term remaining | **American Capital Financial Services Inc.** |
| List the contract number of any government contract | **2015 Ogden Avenue** |
| | **Suite 400** |
| | **Lisle, IL 60532** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Twenty-Five (25) User Licenses** |
| State the term remaining | **Apprise Software, Inc.d/b/a Aptean** |
| List the contract number of any government contract | **4325 Alexander Drive** |
| | **Suite 100** |
| | **Alpharetta, GA 30022** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Dell Server for VMWare and Replibit Backup (New York)** |
| State the term remaining | **CCA Financial, LLC** |
| List the contract number of any government contract | **10993 Richardson Road** |
| | **Suite 14** |
| | **Ashland, VA 23005** |

Debtor 1   **Ex-Cell Home Fashions, Inc.**                                    Case number *(if known)*   **21-11138**
　　　　　　First Name　　　　Middle Name　　　　Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest **Office Lease; Bentonville, Arkansas** | |
| State the term remaining | **Central Street Properties LLC 301 SE Fullerton Street Bentonville, AR 72712** |
| List the contract number of any government contract | |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest **Server and PC Monitoring and Maintenance** | |
| State the term remaining | **Citrin Cooperman Technology Corp. 529 Fifth Avenue New York, NY 10017** |
| List the contract number of any government contract | |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest **Excell-Living.com DNS Hosting** | |
| State the term remaining | **Cloudflare, Inc. 182 Cecil Street Frasers Tower #35-01 Singapore 069547** |
| List the contract number of any government contract | |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest **EDI for Drop Ship Accounts** | |
| State the term remaining | **CommerceHub ZEN Building 201 Fuller Road 6th Floor Albany, NY 12203** |
| List the contract number of any government contract | |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest **Printer Maintenance (New York Printers)** | |
| State the term remaining | **Computer Plus Sales & Services Inc. 5 Northway Court Greer, SC 29651** |
| List the contract number of any government contract | |
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest **Norcross IBM I LPAR (AS/400) with Backup** | |
| State the term remaining **Four (4) Months** | **Corus Group, LLC d/b/a Corus360 130 Technology Parkway Norcross, GA 30092** |
| List the contract number of any | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1 __Ex-Cell Home Fashions, Inc.__  
     First Name       Middle Name       Last Name

Case number (*if known*) __21-11138__

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |  |
|---|---|---|---|
|  | government contract |  |  |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Norcross Windows Virtual Machines with Backup** |  |
|  | State the term remaining | **Four (4) Months** | **Corus Group, LLC d/b/a Corus360 130 Technology Parkway Norcross, GA 30092** |
|  | List the contract number of any government contract |  |  |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Microsoft Office 365/Sharepoint Online/Visio/Project** |  |
|  | State the term remaining | **Month to Month** | **Corus Group, LLC d/b/a Corus360 130 Technology Parkway Norcross, GA 30092** |
|  | List the contract number of any government contract |  |  |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Internet for Bentonville, Arkansas** |  |
|  | State the term remaining |  | **Cox Communications P.O. Box 248851 Oklahoma City, OK 73124-8851** |
|  | List the contract number of any government contract |  |  |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest |  |  |
|  | State the term remaining |  | **Milberg Factors, Inc. 99 Park Avenue New York, NY 10016** |
|  | List the contract number of any government contract |  |  |
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Domain Names** |  |
|  | State the term remaining |  | **Network Solutions 13861 Sunrise Valey Drive Suite 300 Herndon, VA 20170** |
|  | List the contract number of any government contract |  |  |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **EDI Value Added Network; UPC Catalog** | **OpenText Inc. 9711 Washingtonian Boulevard Suite 700 Gaithersburg, MD 20878** |

| Debtor 1 | **Ex-Cell Home Fashions, Inc.** | | | Case number *(if known)* | **21-11138** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | |
| **2.17.** | State what the contract or lease is for and the nature of the debtor's interest | **EDI Software** | |
| | State the term remaining | **Eight (8) Months** | **OpenText Inc.** **9711 Washingtonian Boulevard** **Suite 700** **Gaithersburg, MD 20878** |
| | List the contract number of any government contract | _____ | |
| **2.18.** | State what the contract or lease is for and the nature of the debtor's interest | **Networking Between Hong Kong, China Factory and New York and Norcross** | |
| | State the term remaining | | **PCCW** **P.O. Box 9896** **GPO Hong Kong** |
| | List the contract number of any government contract | _____ | |
| **2.19.** | State what the contract or lease is for and the nature of the debtor's interest | **DBU, IBM 1 Data Utility** | |
| | State the term remaining | **Sixteen (16) Months** | **Prodata** **2809 South 160th Steet** **Suite 401** **Omaha, NE 68130** |
| | List the contract number of any government contract | _____ | |
| **2.20.** | State what the contract or lease is for and the nature of the debtor's interest | **AAFES Required EDI VAN** | |
| | State the term remaining | | **Radial Headquarters (NA)** **935 First Avenue** **King of Prussia, PA 19406** |
| | List the contract number of any government contract | _____ | |
| **2.21.** | State what the contract or lease is for and the nature of the debtor's interest | **IBM Utility** | |
| | State the term remaining | **Four (4) Months** | **TAATools** **2660 Superior Drive NW** **Suite 101** **Rochester, MN 55901-8383** |
| | List the contract number of any government contract | _____ | |

| Debtor 1 | **Ex-Cell Home Fashions, Inc.** | | | Case number *(if known)* | **21-11138** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Warehousing and Service Agreement, Effective June 1, 2020** | |
|---|---|---|---|
| | State the term remaining | | **Taylored Fulfillment** |
| | List the contract number of any government contract | | **1495 East Locust Street Ontario, CA 91761** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Lease with Maintenance Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Toshiba Financial Services** |
| | List the contract number of any government contract | | **P.O. Box 3072 Cedar Rapids, IA 52406** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Desk Telephones; Cell Phones** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Verizon** |
| | List the contract number of any government contract | | **P.O. Box 15124 Albany, NY 12212-5124** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Storage Space for Company Documents; Oxford, North Carolina** | |
|---|---|---|---|
| | State the term remaining | | **Winter's Storage** |
| | List the contract number of any government contract | | **8377 Sanderson Drive Roanoke, VA 24019** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name        **Ex-Cell Home Fashions, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **21-11138**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 26, 2021**        X    */s/ Robert Howard*
                                                    Signature of individual signing on behalf of debtor

                                                    **Robert Howard**
                                                    Printed name

                                                    **Chief Restructuring Officer**
                                                    Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

# SCHEDULE A/B

**Part 5, No. 22**
**Inventory, Excluding Agriculture Assets**

| Location Prefix | Location Name | Product Code | Product Name | Category | Subcategory | Product Style | Unit of Measure | Total Qty | Total Cost | 1-180 Days - Total Cost 1 | 181-360 Days - Total Cost 2 | 361-540 Days - Total Cost 3 | 541-720 Days - Total Cost 4 | Over 720 Days - Total Cost 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WC | West Coast 3PL | 1C0040C00921030 | DOBBY FABRIC LINER 70X72 GREY | 1 | BB | 10921 | each | 643 | 2,310.248608 | 26.167498 | 2,284.08111 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1C0040C00921100 | DOBBY FABRIC LINER 70X72 WHITE | 1 | BB | 10921 | each | 1,484 | 5,380.44976 | 5,380.44976 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1C0040C06006960 | 8 G PEVA LINER - CLEAR CLEAR | 1 | BB | 16006 | each | 954 | 2,226.62874 | 2,226.62874 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1C0040C06006961 | 8 G PEVA LINER - FROSTY FROSTY | 1 | BB | 16006 | each | 3,972 | 8,931.724668 | 8,931.724668 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1C0040D06104100 | NOBLE EXCELLANCE LINER 70X72 WHITE | 1 | BB | 16104 | each | 834 | 3,504.915858 | 3,504.915858 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1C0040D06104274 | NOBLE EXCELLANCE LINER 70X72 CREAM | 1 | BB | 16104 | each | 282 | 1,199.0922 | 187.0924 | 1,011.9998 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1C0040D06104285 | NOBLE EXCELLANCE LINER 70X72 LINEN | 1 | BB | 16104 | each | 636 | 2,703.7632 | 12.7536 | 153.0432 | 2,537.9664 | 0 | 0 |
| WC | West Coast 3PL | 1C0040D06126960 | NOBLE EXCELLANCE 8GAUGE PEVA CLEAR | 1 | BB | 16126 | each | 1,002 | 2,367.384318 | 2,367.384318 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1C0040D06126961 | NOBLE EXCELLANCE 8GAUGE PEVA FROSTY | 1 | BB | 16126 | each | 1,253 | 2,818.24766 | 2,818.24766 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1C0040G08899100 | COMMERICAL 6.5GAUGE PEVA LINER WHITE | 1 | BB | 10899 | each | 2,478 | 5,883.7632 | 0 | 5,883.7632 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1C0040HG0899960 | COMMERICAL 6.5GAUGE PEVA LINER CLEAR | 1 | BB | 10899 | each | 7 | 13.6437 | 11.6946 | 1.9491 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1C0040H0899961 | COMMERICAL 6.5GAUGE PEVA LINER FROSTY | 1 | BB | 10899 | each | 3,414 | 8,006.5128 | 0 | 8,006.5128 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1C0040HW0475961 | 7GAUGE PEVA LINER 70X72 FROSTY | 1 | BB | 10475 | each | 1,295 | 2,754.0765 | 0 | 2,754.0765 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1C0040HW0899960 | COMMERICAL 6.5GAUGE PEVA LINER CLEAR | 1 | BB | 10899 | each | 912 | 1,769.28 | 0 | 1,769.28 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1C0040HW0921100 | DOBBY FABRIC LINER 70X72 WHITE | 1 | BB | 10921 | each | 34 | 125.6062 | 0 | 125.6062 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1C0040HW0921283 | DOBBY FABRIC LINER 70X72 VANILLA | 1 | BB | 10921 | each | 790 | 2,913.915 | 0 | 7.377 | 2,906.538 | 0 | 0 |
| WC | West Coast 3PL | 1C0040HW0921285 | DOBBY FABRIC LINER 70X72 LINEN | 1 | BB | 10921 | each | 2,398 | 8,878.1154 | 0 | 0 | 8,878.1154 | 0 | 0 |
| WC | West Coast 3PL | 1C0040HW6015282 | DOBBY FABRIC LINER 70X72 CHAMPAGNE | 1 | BB | 16015 | each | 1,920 | 8,163.072 | 0 | 51.0192 | 8,112.0528 | 0 | 0 |
| WC | West Coast 3PL | 1C0040R6001285 | 5.5GAUGE PEVA LINER 70X71 WHITE | 1 | BB | 16001 | each | 1,640 | 3,813.66144 | 0 | 3,813.66144 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1C0040R6001285 | 5.5GAUGE PEVA LINER 70X71 LINEN | 1 | BB | 16001 | each | 1,640 | 2,654.218 | 0 | 2,654.218 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1C0040R6001960 | 5.5GAUGE PEVA LINER 70X71 CLEAR | 1 | BB | 16001 | each | 2,000 | 3,224.038 | 3,224.038 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1C0040R6001961 | 5.5GAUGE PEVA LINER 70X71 FROSTY | 1 | BB | 16001 | each | 3,640 | 5,598.9094 | 2,342.37016 | 3,256.58924 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1C0040R6006100 | 8 GAUGE PEVA LINER 70X72 WHITE | 1 | BB | 16006 | each | 3,047 | 7,068.056976 | 3,654.089712 | 3,413.967264 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1C0040R6006272 | 8 GAUGE PEVA LINER 70X72 TAN | 1 | BB | 16006 | each | 2,016 | 4,953.09756 | 3,569.61996 | 1,383.4776 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1C0040R6006961 | 8 GAUGE PEVA LINER 70X72 FROSTY | 1 | BB | 16006 | each | 1,320 | 2,999.7876 | 2,720.1396 | 279.648 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1C0040R6074100 | BUBBLE EMBOSSED FABRIC LINER WHITE | 1 | BB | 16074 | each | 4 | 18.8932 | 0 | 18.8932 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1C0040SM0698960 | DELUXE MAGNET 2.4GAU PEVA LNER CLEAR | 1 | BB | 10698 | each | 1,182 | 1,223.7246 | 0 | 0 | 1,223.7246 | 0 | 0 |
| WC | West Coast 3PL | 1C0040SM0919100 | BA DOBBY LINER WHITE | 1 | BB | 10919 | each | 2,658 | 9,354.310566 | 0 | 6,544.428966 | 2,809.8816 | 0 | 0 |
| WC | West Coast 3PL | 1C0040SM0919283 | BA DOBBY LINER VANILLA | 1 | BB | 10919 | each | 1,914 | 6,629.843394 | 62.349624 | 6,567.49377 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1C0040SM5999285 | 5.5GAUGE PEVA LINER LINEN | 1 | BB | 15999 | each | 1,583 | 2,787.3464 | 0 | 526.4792 | 2,260.8672 | 0 | 0 |
| WC | West Coast 3PL | 1C0040SM5999961 | 5.5GAUGE PEVA LINER FROSTY | 1 | BB | 15999 | each | 4,319 | 6,764.036692 | 0 | 2,304.32182 | 4,459.714872 | 0 | 0 |
| WC | West Coast 3PL | 1C0040SM6007960 | 8GAUGE PEVA LINER 70X72 CLEAR | 1 | BB | 16007 | each | 1,511 | 3,715.549 | 0 | 12.295 | 3,703.254 | 0 | 0 |
| WC | West Coast 3PL | 1C0040SM6030960 | CHECKERS EMBOSS 5GA PEVA LINER CLEAR | 1 | BB | 16030 | each | 1,011 | 2,123.4033 | 0 | 10.5015 | 2,112.9018 | 0 | 0 |
| WC | West Coast 3PL | 1C0040SM6030032 | PEBBLES EMBOSSED 5GA PEVA LINER SMOKE | 1 | BB | 16030 | each | 1,415 | 2,968.5285 | 10.4895 | 0 | 2,958.039 | 0 | 0 |
| WC | West Coast 3PL | 1C0040SM6105450 | PIERCED FABRIC LINER SKY BLUE | 1 | BB | 16105 | each | 1,914 | 8,057.94 | 0 | 25.26 | 8,032.68 | 0 | 0 |
| WC | West Coast 3PL | 1C0061C00557185 | BALL SC HOOK BRUSHED NICKEL | 1 | BB | 10557 | each | 1,196 | 2,592.432856 | 2,592.432856 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1C0061C01555185 | POWER GLIDE HOOKS BRUSHED NICKEL | 1 | BB | 11555 | each | 632 | 1,332.0822 | 1,332.0822 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1C0061D00557185 | NOBLE EXCELLENCE BALL HOOKS BRUSHED NICK | 1 | BB | 10557 | each | 144 | 271.731456 | 271.731456 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1C0061D00557712 | NOBLE EXCELLENCE BALL HOOKS BRONZE | 1 | BB | 10557 | each | 224 | 422.697856 | 422.697856 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1C0061D07023042 | NOBLE EXCELLANCE ROLLER BALL CHROME | 1 | BB | 17023 | each | 1,164 | 1,748.0661 | 1,748.0661 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1C0061D07023712 | NOBLE EXCELLANCE ROLLER BALL BRONZE | 1 | BB | 17023 | each | 24 | 42.2952 | 0 | 42.2952 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1C0061HW0557042 | BALL METAL SC HOOKS CHROME | 1 | BB | 10557 | each | 780 | 1,345.45476 | 0 | 1,345.45476 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1C0061HW0557185 | BALL METAL SC HOOKS BRUSHED NICKEL | 1 | BB | 10557 | each | 1,905 | 3,472.327962 | 16.703062 | 3,455.6247 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1C0061HW7106042 | CAPITAL METAL SC HOOKS CHROME | 1 | BB | 17106 | each | 1,620 | 3,466.93098 | 385.21458 | 2,511.9804 | 569.736 | 0 | 0 |
| WC | West Coast 3PL | 1C0061HW7106185 | CAPITAL METAL SC HOOKS BRUSHED NICKEL | 1 | BB | 17106 | each | 1,534 | 3,502.1679 | 22.8303 | 3,479.3376 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1C0061HW7286042 | BUTTON METAL SC HOOKS CHROME | 1 | BB | 17286 | each | 2,599 | 5,055.055 | 23.34 | 1,063.915 | 3,967.8 | 0 | 0 |
| WC | West Coast 3PL | 1C0061HW7286185 | BUTTON METAL SC HOOKS BRUSHED NICKEL | 1 | BB | 17286 | each | 2,097 | 4,374.1323 | 200.2464 | 0 | 4,173.8859 | 0 | 0 |
| WC | West Coast 3PL | 1C0061HW7286752 | BUTTON METAL SC HOOKS OIL RUBBED BRONZE | 1 | BB | 17286 | each | 3,166 | 6,603.9594 | 0 | 6,603.9594 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1C0061HW7289042 | KNIT METAL BALL HOOKS CHROME | 1 | BB | 17289 | each | 729 | 1,590.6051 | 0 | 543.2931 | 1,047.312 | 0 | 0 |
| WC | West Coast 3PL | 1C0061HW7289185 | KNIT METAL BALL HOOKS BRUSHED NICKEL | 1 | BB | 17289 | each | 1,439 | 3,206.9554 | 0 | 554.9214 | 2,652.034 | 0 | 0 |
| WC | West Coast 3PL | 1C0062HW4273943 | FACETED ACRYLIC GEM HOOK CHROME/CLEAR | 1 | BB | 14273 | each | 1,500 | 3,313.5795 | 3,313.5795 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1C0062HW4281943 | FACETED ACRYLIC BALL HOOK CHROME/CLEAR | 1 | BB | 14281 | each | 3,116 | 7,605.5328 | 0 | 0 | 7,605.5328 | 0 | 0 |
| WC | West Coast 3PL | 1C0065HW7272960 | FLORA PVC TUB MAT CLEAR | 1 | BB | 17272 | each | 737 | 1,443.783 | 0 | 0 | 1,443.783 | 0 | 0 |
| WC | West Coast 3PL | 1C0065HW7273420 | METRIC PVC TUB MAT BLUE | 1 | BB | 17273 | each | 1,122 | 2,343.9702 | 25.0692 | 0 | 2,318.901 | 0 | 0 |
| WC | West Coast 3PL | 1C0065HW7273960 | METRIC PVC TUB MAT CLEAR | 1 | BB | 17273 | each | 1,901 | 3,952.179 | 0 | 0 | 3,952.179 | 0 | 0 |
| WC | West Coast 3PL | 1C0065HW7279960 | LARGE PVC BUBBLE TUB MAT CLEAR | 1 | BB | 17279 | each | 856 | 1,791.4368 | 0 | 0 | 1,791.4368 | 0 | 0 |
| WC | West Coast 3PL | 1C0065HW7288960 | PEBBLE PVC TUB MAT CLEAR | 1 | BB | 17288 | each | 1,044 | 1,554.2028 | 0 | 5.9548 | 1,548.248 | 0 | 0 |
| WC | West Coast 3PL | 1C0068D01269185 | NOBLE EXCELLANCE 72" GLIDE ROD BRUSHED N | 1 | BB | 11269 | each | 765 | 2,270.9025 | 0 | 1,033.038 | 1,237.8645 | 0 | 0 |
| WC | West Coast 3PL | 1C0068D01269712 | NOBLE EXCELLANCE 72" GLIDE ROD BRONZE | 1 | BB | 11269 | each | 192 | 572.5056 | 0 | 384.6522 | 187.8534 | 0 | 0 |
| WC | West Coast 3PL | 1C0068SM1269185 | 72" GLIDE IN SET TENSION ROD BRUSHED NICK | 1 | BB | 11269 | each | 1,182 | 3,341.0412 | 0 | 0 | 3,341.0412 | 0 | 0 |
| WC | West Coast 3PL | 1CB035O03018311 | BAMBOO 6GAUGE EVA SC XL 70X84 GREEN | 1 | FB | 13018 | each | 68 | 175.083914 | 0 | 175.083914 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1CB036O03018311 | BAMBOO 6GAUGE EVA SC XL 70X96 GREEN | 1 | FB | 13018 | each | 467 | 1,395.04848 | 0 | 1,395.04848 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1CB04OO00475961 | BA SOFT SENSAT 5GAU PEVA 70X72 FROSTY | 1 | FB | 10475 | each | 308 | 628.715164 | 0 | 628.715164 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1CB04OO00615040 | MODERN LEAF EVA 5.5GAUGE SC SILVER | 1 | FB | 10615 | each | 1,609 | 3,835.79306 | 3,681.28616 | 7.5987 | 146.9082 | 0 | 0 |
| WC | West Coast 3PL | 1CB04OO00615100 | MODERN LEAF 5.5GAU PEVA WHITE | 1 | FB | 10615 | each | 980 | 2,278.5392 | 2,278.5392 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1CB04OO00615316 | MODERN LEAF EVA 5.5GAUGE SC PERIDOT | 1 | FB | 10615 | each | 429 | 987.023307 | 125.422182 | 861.601125 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1CB04OO00642990 | POPPIES 5.5GAUGE PEVA SC 70X72 MULTI | 1 | FB | 10642 | each | 1,035 | 2,555.163476 | 218.6228 | 2,336.540676 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1CB04OO00921030 | DOBBY FABRIC LINER 70X72 GREY | 1 | FB | 10921 | each | 3,000 | 10,972.749 | 10,972.749 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1CB04OO00921100 | DOBBY FABRIC LINER 70X72 WHITE | 1 | BB | 10921 | each | 4,612 | 16,875.4346 | 10,882.341 | 3,301.4064 | 2,691.6872 | 0 | 0 |
| WC | West Coast 3PL | 1CB04OO03018311 | BAMBOO 6GAUGE EVA SC 70X72 GREEN | 1 | FB | 13018 | each | 5,399 | 13,131.708135 | 7,492.479631 | 2,898.430304 | 2,740.7982 | 0 | 0 |
| WC | West Coast 3PL | 1CB04OO03125040 | IVY 5.5GAUGE PEVA SC 70X72 SILVER | 1 | FB | 13125 | each | 8,655 | 20,794.386969 | 20,794.386969 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1CB04OO03298101 | NATURES MOMENT 5.5GAUGE PEVA NATURAL | 1 | FB | 13298 | each | 2,350 | 6,030.584847 | 5,587.567398 | 443.017449 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1CB04OO03350040 | TARTAN PLAID 5G PEVA SC SILVER | 1 | FB | 13350 | each | 737 | 1,896.3747 | 0 | 0 | 1,896.3747 | 0 | 0 |
| WC | West Coast 3PL | 1CB04OO06011100 | DAMASK STRIPE FABRIC LINER WHITE | 1 | BB | 16011 | each | 1,368 | 5,848.2 | 12.825 | 3,821.85 | 2,013.525 | 0 | 0 |
| WC | West Coast 3PL | 1CB04OO06120100 | MAZE FABRIC LINER 70X72 WHITE | 1 | BB | 16120 | each | 3,031 | 11,602.89886 | 11,575.69056 | 27.0883 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1CB04OO06121100 | BOWERY FABRIC LINER 70X72 WHITE | 1 | BB | 16121 | each | 3,029 | 11,269.113128 | 11,261.387928 | 0 | 7.7252 | 0 | 0 |
| WC | West Coast 3PL | 1CB04BO03018311 | BAMBOO STALL 6GAUGE EVA 54X78 GREEN | 1 | FB | 13018 | each | 128 | 309.831168 | 4.841112 | 304.990056 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1CB05O07128918 | CHEVRON TUB MAT ARTIC WHITE | 1 | FB | 17128 | each | 3 | 6.5823 | 0 | 6.5823 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1CB043O03475100 | SOFT SENSATION 5GAU PEVA BUNDL WHITE | 1 | FB | 10475 | each | 50 | 328.965 | 0 | 0 | 328.965 | 0 | 0 |
| WC | West Coast 3PL | 1CB043O04475961 | SOFT SENSATION 5GAU PEVA BUNDL FROSTY | 1 | FB | 10475 | each | 50 | 325.73 | 0 | 325.73 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1CBDG0O00642990 | POPPIES SC DISPLAY 35X72 MULTI | 1 | FB | 10642 | each | 9 | 11.8233 | 0 | 11.8233 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1CBDG0O03298101 | NATURES MOMENT SC DISPLAY35X72 NATURAL | 1 | FB | 13298 | each | 9 | 12.2454 | 0 | 12.2454 | 0 | 0 | 0 |

| | | Code | Description | | Type | SKU | UOM | Qty | Value 1 | Value 2 | Value 3 | Value 4 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WC | West Coast 3PL | 1CE04003298101 | NATURES MOMENT 5.5GAUGE PEVA NATURAL | 1 | FB | 13298 | each | 1,445 | 3,658.56371 | 3,658.56371 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1CE04003600100 | 5.5 GAUGE PEVA LINER 70X71 WHITE | 1 | BB | 16001 | each | 120 | 213.636 | 85.4544 | 128.1816 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1CE04003601285 | 5.5 GAUGE PEVA LINER 70X71 LINEN | 1 | BB | 16001 | each | 1,243 | 2,041.63993 | 2,041.63993 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1CE04003601960 | 5.5 GAUGE PEVA LINER 70X71 CLEAR | 1 | BB | 16001 | each | 2,140 | 3,655.46337 | 3,655.46337 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1CE04003601961 | 5.5 GAUGE PEVA LINER 70X71 FROSTY | 1 | BB | 16001 | each | 2,049 | 3,317.841972 | 3,317.841972 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1CE04003600960 | PEVA 4GAUGE LINER 70X71 CLEAR | 1 | BB | 16005 | each | 1,470 | 2,008.42572 | 2,008.42572 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1CE04003600610 | 8 GAUGE PEVA LINER 70X72 WHITE | 1 | BB | 16006 | each | 2,355 | 5,234.706423 | 4,521.154248 | 713.552175 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1CE04003600272 | 8 GAUGE PEVA LINER 70X72 TAN | 1 | BB | 16006 | each | 607 | 1,488.5461 | 0 | 1,488.5461 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1CE04003600960 | 8 GAUGE PEVA LINER 70X72 CLEAR | 1 | BB | 16006 | each | 4,969 | 11,474.840202 | 11,474.840202 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1CE04003600961 | 8 GAUGE PEVA LINER 70X72 FROSTY | 1 | BB | 16006 | each | 897 | 1,977.75087 | 184.661484 | 1,793.089386 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1CE04003601030 | DAMASK STRIPE FABRIC LINER 70X72 GREY | 1 | BB | 16011 | each | 9 | 38.0835 | 12.6945 | 25.389 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1CE04003601100 | DAMASK STRIPE FABRIC LINER WHITE | 1 | BB | 16011 | each | 438 | 1,748.495562 | 1,748.495562 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1CE04003601282 | DAMASK STRIPE FABRIC LINER CHAMPAGNE | 1 | BB | 16011 | each | 22 | 88.157036 | 88.157036 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1CE04003601285 | DAMASK STRIPE FABRIC LINER LINEN | 1 | BB | 16011 | each | 1,085 | 4,342.704905 | 4,342.704905 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1CE04003607228 3 | CHEVRON LINER 70X72 VANILLA | 1 | BB | 16072 | each | 2 | 8.5676 | 0 | 8.5676 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1CE061C00557185 | BALL SC HOOK BRUSHED NICKEL | 1 | BB | 10557 | each | 2,313 | 4,166.793405 | 4,166.793405 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1CE061C00557712 | BALL SC HOOK BRONZE | 1 | BB | 10557 | each | 1,195 | 2,360.603 | 2,360.603 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1CE068C01269042 | 72" GLIDE N SET TENSION ROD CHROME | 1 | BB | 11269 | each | 541 | 1,141.798353 | 1,141.798353 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1CE068C01269100 | 72" GLIDE N SET TENSION ROD WHITE | 1 | BB | 11269 | each | 504 | 1,063.708632 | 1,063.708632 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1CE068C01269185 | 72 GLIDE N SET TENSION ROD BRUSHED NICKE | 1 | BB | 11269 | each | 1,971 | 5,766.11031 | 5,766.11031 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1CE068C01269712 | 72 GLIDE N SET TENSION ROD BRONZE | 1 | BB | 11269 | each | 1,699 | 5,045.43475 | 5,045.43475 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1CE240O0600961 | 2PK 5.5GAUGE PEVA LINER 70X71 FROSTY | 1 | BB | 16001 | each | 591 | 1,882.020588 | 19.106808 | 47.76702 | 1,815.14676 | 0 | 0 |
| WC | West Coast 3PL | 1CE367O07042185 | CURVED 72 ROD BRUSHED NICKEL | 1 | BB | 17042 | each | 4,391 | 32,895.6257 | 32,383.2502 | 63.0616 | 449.3139 | 0 | 0 |
| WC | West Coast 3PL | 1CE367O07042712 | CURVED 72 ROD BRONZE | 1 | BB | 17042 | each | 1,485 | 11,532.580405 | 9,423.242787 | 2,109.337618 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1GE062O07068040 | ANCHOR SC HOOKS SILVER | 1 | BB | 17068 | each | 5,140 | 10,977.9684 | 10,977.9684 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0002W07550030 | SIMI STRIPE W METAL TBHOLDER | 1 | FB | 17550 | each | 7,016 | 16,874.95368 | 16,874.95368 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0003W07550030 | SIMI STRIPE W METAL DISPENSER | 1 | FB | 17550 | each | 10,188 | 29,318.555248 | 29,318.555248 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0012W07550030 | SIMI STRIPE W METAL TRAY | 1 | FB | 17550 | each | 16,678 | 64,085.26731 | 64,085.26731 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0032BL5001054 | CLOROX 2PC ALEXA SET TB & DP LIGHT GREY | X | XF | 5001 | each | 3,740 | 7,315.2904 | 7,315.2904 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0032BL5001100 | CLOROX 2PC ALEXA SET TB & DISP - WHITE | X | XF | 5001 | each | 4,128 | 8,072.101728 | 8,072.101728 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0032BL5001450 | CLOROX 2PC ALEXA SET TB & DSP -SKY BLUE | X | XF | 5001 | each | 3,740 | 7,596.811316 | 7,596.811316 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0040BL6010054 | CLOROX 4G PEVA LINER, 70x72, LIGHT GREY | X | XF | 6010 | each | 5,604 | 7,141.551864 | 7,141.551864 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0040BL6010100 | CLOROX 4G PEVA LINER, 70x72, WHITE | X | XF | 6010 | each | 9,312 | 11,712.140064 | 11,712.140064 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0040BL6010960 | CLOROX 4G PEVA LINER, 70x72, CLEAR | X | XF | 6010 | each | 10,884 | 13,350.119772 | 13,350.119772 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0040H02317468 | GLACIER SC 70X72 SLATE | 1 | FB | 12317 | each | 534 | 3,096.7194 | 0 | 86.9865 | 3,009.7329 | 0 | 0 |
| WC | West Coast 3PL | 1M0040H06004100 | 5.5GAUGE PEVA LINER 70X72 WHITE | 1 | BB | 16004 | each | 1 | 1.676942 | 1.676942 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0040H06004270 | 5.5GAUGE PEVA LINER 70X72 BEIGE | 1 | BB | 16004 | each | 5 | 8.49724 | 8.49724 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0040H06004960 | 5.5GAUGE PEVA LINER 70X72 CLEAR | 1 | BB | 16004 | each | 3,718 | 6,281.192918 | 6,281.192918 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0040H06004961 | 5.5GAUGE PEVA LINER 70X72 FROSTY | 1 | BB | 16004 | each | 157 | 254.707066 | 254.707066 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0040HW6111960 | 5.5GAUGE PEVA LINER 70X71 CLEAR | 1 | BB | 16111 | each | 1,546 | 2,734.874 | 0 | 2,734.874 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0040HW6111961 | 5.5GAUGE PEVA LINER 70X71 FROSTY | 1 | BB | 16111 | each | 1,283 | 2,162.4965 | 0 | 2,162.4965 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0040HY6357100 | 7GAU PEVA W/MICRO LINER 70X72 WHITE | 1 | BB | 16357 | each | 24 | 54.453432 | 54.453432 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0040HY6357960 | 7GAU PEVA W/MICRO LINER 70X72 CLEAR | 1 | BB | 16357 | each | 36 | 84.816252 | 0 | 84.816252 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0040HY6357961 | 7GAU PEVA W/MICRO LINER 70X72 FROSTY | 1 | BB | 16357 | each | 105 | 238.863765 | 0 | 238.863765 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0040HY6360960 | 10GAU PEVA W/MICRO LINER 70X72 CLEAR | 1 | BB | 16360 | each | 4,026 | 12,839.3166 | 0 | 12,839.3166 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0040HY6360961 | 10GAU PEVA W/MICRO LINER 70X72 FROSTY | 1 | BB | 16360 | each | 3,069 | 9,329.76 | 0 | 2,152.32 | 7,177.44 | 0 | 0 |
| WC | West Coast 3PL | 1M0040LW6010960 | CLOROX 4GAUGE PEVA LINER CLEAR CLEAR | X | XB | 16010 | each | 15,126 | 16,432.793112 | 13,023.54 | 3,409.253112 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0040W03412990 | PARIS 4GAUGE PEVA SC 70X72 MULTI | 1 | FB | 13412 | each | 5,503 | 11,537.32252 | 1,035.90384 | 10,501.41868 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0040W03453990 | MS NORTHERN LIGHTS WOLF MULTI | 1 | FB | 13453 | each | 61,011 | 108,920.493963 | 18,227.825955 | 90,692.668008 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0040W03454990 | MS GLITTER UNICORN MULTI | 1 | FB | 13454 | each | 22,735 | 43,471.458635 | 43,471.458635 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0040W03662990 | DOLPHIN PEVA 4GAUGE PEVA SC MULTI | 1 | FB | 13662 | each | 77,952 | 181,985.392736 | 181,985.392736 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0040W03898990 | PEEKABOO 4GAUGE PEVA SC 70X72 MULTI | 1 | FB | 13698 | each | 2 | 3.4744 | 0 | 3.4744 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0040W06009961 | CLOROX EXTRA HEAVY LINER 72X72 FROSTY | X | XB | 16009 | each | 800 | 1,666.38 | 0 | 1,666.38 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0040W06049100 | CLOROX WATERPROOF FABRIC 72X72 WHITE | X | XB | 16049 | each | 16 | 49.364688 | 49.364688 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0040W06208531 | BHG SPA SCENTED 8GAUGE PEVA -LAVENDER | 1 | BB | 16208 | each | 5,664 | 14,773.800969 | 14,773.800969 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0040W06208729 | BHG SPA SCENTED 8GAUGE PEVA-LEMONGRASS | 1 | BB | 16208 | each | 5,829 | 16,632.069741 | 16,632.069741 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0040W06802400 | ASHINGTON CLOROX FABRIC LINER - MIDNIGHT | X | XB | 16802 | each | 3,376 | 21,260.99312 | 21,260.99312 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0040W06804272 | CHECKERED CLOROX FABRIC LINER - TAN | X | XB | 16804 | each | 21,528 | 98,965.356984 | 98,965.356984 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0040W06806030 | MINI DIAMOND CLOROX FABRIC LINER - GREY | X | XB | 16806 | each | 6,816 | 37,172.414248 | 37,172.414248 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0040WD047O100 | GLITTER 4GAUGE PEVA SC WHITE | 1 | FB | 10470 | each | 639 | 899.979396 | 0 | 158.316804 | 741.662592 | 0 | 0 |
| WC | West Coast 3PL | 1M0040WE2594001 | HENDERSON SCURTAIN 72X72 BLACK | 1 | FB | 12594 | each | 16,875 | 57,819.404436 | 57,819.404436 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0040WE2594030 | HENDERSON SCURTAIN 70X72 GREY | 1 | FB | 12594 | each | 59,778 | 214,374.534708 | 0 | 214,374.534708 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0040WE3366990 | NATURES MOMENTS II PEVA 70X71 MULTI | 1 | FB | 13386 | each | 25,145 | 32,123.948832 | 32,123.948832 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0040WE3557990 | WOLF 4GAUGE PEVA SC 70X72 MULTI | 1 | FB | 13557 | each | 2,368 | 5,871.2192 | 0 | 5,871.2192 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0040WE3606990 | STAIN GLASS 4GAUGE PEVA SC MULTI | 1 | FB | 13606 | each | 37,128 | 65,350.100988 | 8,735.97 | 56,614.130988 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0048H06004961 | 5.5GAU PEVA STALL LINER 54X78 FROSTY | 1 | BB | 16004 | each | 1 | 1.469773 | 1.469773 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0048RH0899100 | BEST QUALITY 8G PEVA XL 70X78 WHITE | 1 | BB | 10899 | each | 990 | 2,545.81767 | 2,545.81767 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0048RH0899961 | BEST QUALITY 8G PEVA XL 70X78 FROSTY | 1 | BB | 10899 | each | 990 | 2,515.03758 | 2,515.03758 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0063BL5005054 | CLOROX BATH RUG- 20 x 30, LIGHT GREY | X | XF | 5005 | each | 3,600 | 16,215.931008 | 16,215.931008 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0063BL5005100 | Clorox Bath Rug - 20x 30, White | X | XF | 5005 | each | 3,618 | 16,296.7986 | 16,296.7986 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0063BL5005450 | CLOROX BATH RUG x 30, SKY BLUE | X | XF | 5005 | each | 3,618 | 16,298.800832 | 16,296.800832 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0065HY7134420 | BLUE MULTI BUBBLE BATHTUB MAT BLUE | 1 | BB | 17134 | each | 51 | 95.4975 | 95.4975 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0065HY7141030 | GRAY PEBBLE BATHTUB MAT GREY | 1 | BB | 17141 | each | 7,116 | 15,379.440768 | 15,379.440768 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0065HY7244100 | WHITE CUSHION BATHTUB MAT WHITE | 1 | BB | 17244 | each | 3,446 | 11,234.533742 | 11,234.533742 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0065HY7246100 | WHITE RUBBER WAVE BATHTUB MAT WHITE | 1 | BB | 17246 | each | 1,243 | 4,355.183635 | 4,355.183635 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0065HY7253960 | CLEAR BUBBLE BATHTUB MAT CLEAR | 1 | BB | 17253 | each | 4 | 6.833056 | 6.833056 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0065W07146030 | PEBBLES SCRUBBER TUB MAT GREY | 1 | BB | 17146 | each | 152,633 | 281,105.994517 | 281,105.994517 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0065W07160051 | MS SLAT MAT - W-PDG-SOFT SILV ARCTIC WHT | 1 | FB | 17160 | each | 27,384 | 129,982.78656 | 129,982.78656 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0065W07163030 | BHG DIATOMITE SLAT MAT | 1 | FB | 17163 | each | 9,368 | 78,628.906288 | 78,628.906288 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0122W04004918 | MS LED MIRROR ARTIC WHITE | 1 | FB | 14004 | each | 44,999 | 174,941.823016 | 116,192.443548 | 58,749.379468 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0134W04003918 | MS ALEXANDER 3PC BATH SET ARTIC WHITE | 1 | FB | 14003 | each | 87,042 | 184,831.499203 | 64,536.084629 | 120,295.414574 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0134W04003988 | MS ALEXANDER 3PC BATH SET CLEARLY AQUA | 1 | FB | 14003 | each | 39,416 | 83,167.697792 | 17,398.964758 | 65,768.733034 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0240LW6010999 | CLOROX 2PK 4GAUGE PEVA LINER ASSORTED | X | XB | 16010 | each | 72 | 239.396328 | 239.396328 | 0 | 0 | 0 | 0 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WC | West Coast 3PL | 1M0240WE6202960 | MS 4.5GAUGE PEVA 2PC PACK CLEAR | 1 | BB | 16202 | each | 29,736 | 74,487.649131 | 74,487.649131 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0240WE6202961 | MS 4.5GAUGE PEVA 2PC PACK FROSTY | 1 | BB | 16202 | each | 26,628 | 63,239.662017 | 63,239.662017 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0441BL6010054 | CLOROX 4G PEVA 13PC SET 70X72 LIGHT GREY | X | XF | 6010 | each | 8,754 | 13,467.351342 | 13,467.351342 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0441BL6010100 | CLOROX 4G PEVA 13PC SET 70X72-WHITE | X | FB | 6010 | each | 9,318 | 13,889.779284 | 13,889.779284 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0441WE3444990 | MS 13PC PEVA DIAMOND MULTI | 1 | FB | 13444 | each | 53,394 | 138,218.78874 | 111,417.113382 | 26,801.675358 | 0 | 0 |
| WC | West Coast 3PL | 1M0486W06701960 | BHG 6GAUGE TECH POCKET PEVA CLEAR 72X72 | 1 | BB | 16701 | each | 12,750 | 156,350.192808 | 156,350.192808 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0486W06702019 | BHG 6G 5 MESH PKT 72X72 ASPHALT GREY | 1 | BB | 16702 | each | 2,982 | 9,302.82612 | 9,302.82612 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0503BL5002054 | CLOROX SUCTION CUP CADDY LIGHT GREY | X | XF | 5002 | each | 3,692 | 9,502.410528 | 9,502.410528 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0503BL5002100 | CLOROX SUCTION CUP CADDY WHITE | X | XF | 5002 | each | 3,744 | 9,636.258528 | 9,636.258528 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M0512BL5003450 | CLRX 2PK H TWL 16X28 400 0 TWIST- SKY B | X | XF | 5003 | each | 24 | 48.991992 | 48.991992 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M8040O06005100 | 4G PEVA ECO FRIENDLY LINER WHITE | 1 | BB | 16005 | each | 1,303 | 1,804.776179 | 0 | 1,804.776179 | 0 | 0 |
| WC | West Coast 3PL | 1M8040O06111100 | 5.5GAUGE PEVA LINER 70X71 WHITE | 1 | BB | 16111 | each | 11 | 18.9167 | 0 | 18.9167 | 0 | 0 |
| WC | West Coast 3PL | 1M8040O06111960 | 5.5GAUGE PEVA LINER 70X71 CLEAR | 1 | BB | 16111 | each | 2,004 | 3,519.830328 | 3,519.830328 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1M8040O06111961 | 5.5GAUGE PEVA LINER 70X71 FROSTY | 1 | BB | 16111 | each | 70 | 115.71 | 1.653 | 114.057 | 0 | 0 |
| WC | West Coast 3PL | 1ME032O05001054 | CLOROX 2PC ALEXA SET TB & D LIGHT GREY | 1 | XF | 15001 | each | 3,600 | 8,314.56 | 8,314.56 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1ME032O05001100 | CLOROX 2PC ALEXA SET TB & D WHITE | X | XF | 15001 | each | 3,600 | 7,997.081388 | 7,997.081388 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1ME032O05001450 | CLOROX 2PC ALEXA SET TB & D SKY BLUE | X | XF | 15001 | each | 3,600 | 8,314.56 | 8,314.56 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1ME040O0470100 | GLITTER 4GAUGE PEVA SC 70X72 WHITE | 1 | FB | 10470 | each | 11,529 | 16,745.655501 | 16,745.655501 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1ME040O0470280 | GLITTER 4GAUGE PEVA SC ECRU | 1 | FB | 10470 | each | 3,818 | 5,667.64923 | 5,667.64923 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1ME040O0470411 | GLITTER 4GAUGE PEVA SC 70X72 ROYAL/ROYAL | 1 | FB | 10470 | each | 441 | 684.5643 | 0 | 684.5643 | 0 | 0 |
| WC | West Coast 3PL | 1ME040O0470431 | GLITTER 4GAUGE PEVA SC LIGHT BLUE | 1 | FB | 10470 | each | 1,797 | 2,797.002036 | 2,797.002036 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1ME040O0470960 | GLITTER 4GAUGE PEVA SC FROSTY | 1 | FB | 10470 | each | 6,067 | 9,281.725703 | 9,281.725703 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1ME040O0678961 | WATERGARD 9GAUGE PEVA LINER FROSTY | 1 | BB | 10678 | each | 559 | 1,613.761448 | 0 | 1,613.761448 | 0 | 0 |
| WC | West Coast 3PL | 1ME040O0689061 | WAVES 7GAUGE PEVA SCURTAIN FROSTY | 1 | FB | 10695 | each | 555 | 1,357.314238 | 0 | 1,357.314238 | 0 | 0 |
| WC | West Coast 3PL | 1ME040O0699100 | DELUXE MAGNET 2.4GAU PEVA LNER WHITE | 1 | BB | 10699 | each | 11 | 11.417142 | 11.417142 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1ME040O0699111 | DELUXE MAGNET 2.4GAU PEVA LNR BONE | 1 | BB | 10699 | each | 3,960 | 4,231.41048 | 4,231.41048 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1ME040O0920100 | BEST QUALITY 70X71 LINER WHITE | 1 | BB | 10920 | each | 2,353 | 8,056.09909 | 5,163.259248 | 2,892.839842 | 0 | 0 |
| WC | West Coast 3PL | 1ME040O0920283 | BEST QUALITY 70X71 LINER VANILLA | 1 | BB | 10920 | each | 1,904 | 6,501.116122 | 5,181.343044 | 456.843384 | 862.929694 | 0 |
| WC | West Coast 3PL | 1ME040O0306311 | BAMBOO 5GAUGE PEVA SC 70X72 GREEN | 1 | FB | 13066 | each | 1,715 | 3,443.290266 | 16.251456 | 3,091.251101 | 335.8278 | 0 |
| WC | West Coast 3PL | 1ME040O0601054 | CLOROX 4G PEVA LINER 70X72 LIGHT GREY | X | XF | 6010 | each | 3,174 | 3,598.782288 | 3,598.782288 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1ME040O0601010 | CLOROX 4G PEVA LINER 70X72 -WHITE | X | XF | 6010 | each | 4,320 | 5,264.876928 | 5,264.876928 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1ME040O0601450 | CLOROX 4G PEVA LINER 70X72 -SKY | X | XF | 6010 | each | 2,586 | 2,936.192304 | 2,936.192304 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1ME040O0610960 | CLOROX 4G PEVA LINER 70X72 -CLEAR | X | XF | 6010 | each | 5,364 | 5,686.649418 | 5,686.649418 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1ME040O0802400 | ASHINGTON CLOROX FABRIC LINER - MID BLU | X | XB | 16802 | each | 876 | 3,498.750132 | 3,498.750132 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1ME040O0804272 | CHECKERED CLOROX FABRIC LINER - TAN | X | XB | 16804 | each | 1,200 | 4,792.8396 | 4,792.8396 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1ME040O0806030 | CLOROX MINI DIAMOND LIN 72X72 GREY | X | XB | 16806 | each | 876 | 3,498.750132 | 3,498.750132 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1ME040O0899100 | BEST QUALITY 8GA PEVA XL 70X78 WHITE | 1 | BB | 10899 | each | 2,122 | 5,181.159484 | 3,684.262944 | 1,496.89654 | 0 | 0 |
| WC | West Coast 3PL | 1ME040O0899961 | BEST QUALITY 8GA PEVA XL 70X78 FROSTY | 1 | BB | 10899 | each | 56 | 137.469304 | 137.469304 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1ME049O0899100 | BEST QUALITY 6.5GAU PEVA 70X71 WHITE | 1 | BB | 10899 | each | 1,302 | 2,991.680916 | 2,991.680916 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1ME049O0899960 | BEST QUALITY 6.5GAU PEVA 70X71 CLEAR | 1 | BB | 10899 | each | 11,172 | 21,315.23148 | 19,500.747484 | 1,814.483996 | 0 | 0 |
| WC | West Coast 3PL | 1ME049O0899961 | BEST QUALITY 6.5GAU PEVA 70X71 FROSTY | 1 | BB | 10899 | each | 1,708 | 3,883.8639 | 3,883.8639 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1ME060O0064100 | DELUXE BUTTON UP HOOKS WHITE | 1 | BB | 10064 | each | 16,770 | 11,899.343898 | 11,899.343898 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1ME060O0064280 | DELUXE BUTTON UP HOOKS ECRU | 1 | BB | 10064 | each | 6,803 | 4,840.814769 | 4,840.814769 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1ME060O0064960 | DELUXE BUTTON UP HOOKS CLEAR | 1 | BB | 10064 | each | 10,973 | 10,191.018185 | 10,191.018185 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1ME441O0601054 | CLOROX 4G PEVA 13PC SET 70X72 -LT GREY | X | XF | 6010 | each | 4,386 | 5,967.192624 | 5,967.192624 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1ME441O0601100 | CLOROX 4G PEVA 13PC SET 70X72 -WHITE | X | XF | 6010 | each | 3,180 | 4,182.51762 | 4,182.51762 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1ME441O0601450 | CLOROX 4G PEVA 13PC SET 70X72 -SKY | X | XF | 6010 | each | 1,638 | 2,245.823316 | 2,245.823316 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1ME441O0610960 | CLOROX 4G PEVA 13PC SET - CLEAR | 1 | BB | 16010 | each | 2,400 | 3,135.7992 | 3,135.7992 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1ME503O05002054 | CLOROX SUCTION CUP CADDY LT GREY | X | XF | 5002 | each | 1,400 | 3,603.2794 | 3,603.2794 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1ME503O05002100 | CLOROX SUCTION CUP CADDY WHITE | X | XF | 5002 | each | 1,400 | 3,603.3102 | 3,603.3102 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1ME512O05003100 | CLRX 2PK H TWL 16X28 400 0 TWIST WHITE | X | XF | 5003 | each | 24 | 48.991992 | 48.991992 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1N0001D01030100 | Plaza Swirl Resin Tumbler White | 1 | FB | 11030 | each | 573 | 1,670.853675 | 268.2697 | 1,402.583975 | 0 | 0 |
| WC | West Coast 3PL | 1N0001D01030670 | Plaza Swirl Resin Tumbler Pink | 1 | FB | 11030 | each | 601 | 1,752.500975 | 323.673225 | 1,428.82775 | 0 | 0 |
| WC | West Coast 3PL | 1N0001D01040960 | JARDIN TUMBLER | 1 | FB | 11040 | each | 553 | 1,062.194105 | 1,062.194105 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1N0002M04345752 | SAVANNAH TBHOLDER OIL RUBBED BRONZE | 1 | FB | 14345 | each | 3 | 10.0212 | 0 | 10.0212 | 0 | 0 |
| WC | West Coast 3PL | 1N0003D01030100 | Plaza Swirl Resin Dispenser White | 1 | FB | 11030 | each | 444 | 1,499.71212 | 297.24024 | 1,202.47188 | 0 | 0 |
| WC | West Coast 3PL | 1N0003D01030670 | Plaza Swirl Resin Dispenser Pink | 1 | FB | 11030 | each | 582 | 1,965.83886 | 307.37343 | 1,658.46543 | 0 | 0 |
| WC | West Coast 3PL | 1N0003D01040960 | JARDIN DISPENSER | 1 | FB | 11040 | each | 547 | 1,384.666501 | 1,384.666501 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1N0003D02014101 | CALLISTO DISPENSER NATURAL | 1 | FB | 12014 | each | 91 | 446.394585 | 14.716305 | 0 | 431.67828 | 0 |
| WC | West Coast 3PL | 1N0003LW1975100 | TOUCHLESS DISPENSER | 1 | BB | 11975 | each | 1 | 8.427553 | 0 | 8.427553 | 0 | 0 |
| WC | West Coast 3PL | 1N0003M04345752 | SAVANNAH DISPENSER OIL RUBBED BRONZE | 1 | FB | 14345 | each | 3 | 17.3469 | 0 | 17.3469 | 0 | 0 |
| WC | West Coast 3PL | 1N0004D01040960 | JARDIN SOAP DISH | 1 | FB | 11040 | each | 537 | 1,104.331371 | 1,104.331371 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1N0005D01031728 | Plaza Metal Wastebasket Brushed Brass | 1 | FB | 11031 | each | 438 | 4,310.57043 | 295.24455 | 4,015.32588 | 0 | 0 |
| WC | West Coast 3PL | 1N0005D02014101 | CALLISTO WASTE BASKET NATURAL | 1 | FB | 12014 | each | 53 | 992.497239 | 131.084541 | 0 | 861.412698 | 0 |
| WC | West Coast 3PL | 1N0006D01031728 | Plaza Metal Tissue Brushed Brass | 1 | FB | 11031 | each | 450 | 3,702.71835 | 24.684789 | 3,678.033561 | 0 | 0 |
| WC | West Coast 3PL | 1N0006D01040960 | JARDIN COVER JAR | 1 | FB | 11040 | each | 621 | 2,452.497912 | 2,452.497912 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1N0006D02014101 | CALLISTO TISSUE COVER NATURAL | 1 | FB | 12014 | each | 80 | 1,029.90296 | 90.116509 | 0 | 939.786451 | 0 |
| WC | West Coast 3PL | 1N0007D01030100 | Plaza Swirl Resin Cover Jar White | 1 | FB | 11030 | each | 577 | 2,713.168823 | 432.602308 | 2,280.566515 | 0 | 0 |
| WC | West Coast 3PL | 1N0007D01030670 | Plaza Swirl Resin Cover Jar Pink | 1 | FB | 11030 | each | 583 | 2,741.391928 | 394.986144 | 2,346.405784 | 0 | 0 |
| WC | West Coast 3PL | 1N0007D02014101 | CALLISTO JAR NATURAL | 1 | FB | 12014 | each | 80 | 471.02944 | 23.551472 | 0 | 447.477968 | 0 |
| WC | West Coast 3PL | 1N0012D01040960 | JARDIN TUMBLER | 1 | FB | 11040 | each | 608 | 3,338.878816 | 3,338.878816 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1N0012D02014101 | CALLISTO LARGE TRAY NATURAL | 1 | FB | 12014 | each | 85 | 745.87568 | 0 | 544.050496 | 201.825184 | 0 |
| WC | West Coast 3PL | 1N0040F00642990 | POPPIES 4GAUGE PEVA SC MULTI | 1 | FB | 10642 | each | 1,485 | 3,065.412735 | 3,065.412735 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1N0040F03288100 | SPRIG 4GAUGE PEVA SC WHITE | 1 | FB | 13286 | each | 1,380 | 2,112.5868 | 2,112.5868 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1N0040F03682990 | BLOSSOM MELODY 4GAU PEVA SC MULTI | 1 | FB | 13682 | each | 309 | 508.870344 | 14.940432 | 493.929912 | 0 | 0 |
| WC | West Coast 3PL | 1N0040F03685100 | LANGELY FLORAL 4GAUGE PEVA SC WHITE | 1 | FB | 13685 | each | 1,377 | 2,088.81261 | 2,088.81261 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1N0040F03687420 | RAINDROPS 4GAUGE PEVA SC BLUE | 1 | FB | 13687 | each | 78 | 121.97355 | 14.081976 | 107.891574 | 0 | 0 |
| WC | West Coast 3PL | 1N0040F03692990 | BEACH SUNSET PHOTOREAL PEVA MULTI | 1 | FB | 13692 | each | 1,701 | 3,840.297048 | 3,393.349848 | 446.9472 | 0 | 0 |
| WC | West Coast 3PL | 1N0040F03693990 | WORLD MAP 4GAUGE PEVA SC MULTI | 1 | FB | 13693 | each | 1,914 | 8,499.000762 | 8,499.000762 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1N0040F03694455 | MYSTIQUE MOUNTAIN 4GAU PEVA SC MISTY BLU | 1 | FB | 13694 | each | 1,277 | 2,104.596883 | 2,104.596883 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1N0040F03697191 | JUNGLE DREAMS 4GAUGE PEVA SC BLACK/WHITE | 1 | FB | 13697 | each | 2,409 | 3,558.868698 | 3,558.868698 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1N0040F03703935 | HELLO GOODBYE 4GAUGE PEVA SC WHITE BLACK | 1 | FB | 13703 | each | 37 | 54.4492 | 1.4716 | 0 | 52.9776 | 0 |
| WC | West Coast 3PL | 1N0040F03709990 | BARK BARK 4GAUGE PEVA SC MULTI | 1 | FB | 13709 | each | 2,520 | 6,436.63629 | 6,436.63629 | 0 | 0 | 0 |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WC | West Coast 3PL | 1N0040F03710978 | BRANDON 4GAUGE PEVA SC BLUE GREEN MINERA | 1 | FB | 13710 | each | 2,886 | 7,070.776116 | 7,070.776116 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0040F03711935 | CAT'S MEOW 4GAUGE PEVA SC WHITE BLACK | 1 | FB | 13711 | each | 123 | 183.656607 | 4.481967 | 179.17464 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0040F03712309 | DAPHNE 4GAUGE PEVA SC GREEN LEAF | 1 | FB | 13712 | each | 1,212 | 2,526.012612 | 2,526.012612 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0040F03713990 | MOUNTAIN MAJESTY 4G PEVA SC MULTI | 1 | FB | 13713 | each | 3,138 | 5,370.909606 | 5,370.909606 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0040F03714990 | PURRFECT 4GAUGE PEVA SC MULTI | 1 | FB | 13714 | each | 2,469 | 3,834.31029 | 3,834.31029 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0040F03715990 | ARCHES 4 G PHOTOREAL PEVA SC MULTI | 1 | FB | 13715 | each | 141 | 291.3765 | 130.1895 | 161.187 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0040F03716990 | KAYAKS 4 G PHOTOREAL PEVA SC MULTI | 1 | FB | 13716 | each | 180 | 371.97 | 111.591 | 260.379 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0040F03717990 | SUNSET LAKE 4G PHOTOREAL PEVA SC MULTI | 1 | FB | 13717 | each | 2,786 | 6,198.450542 | 4.450118 | 6,194.000424 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0040F03718420 | LEYAH 4GAUGE PEVA SC BLUE | 1 | FB | 13718 | each | 171 | 255.418308 | 49.367472 | 206.050836 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0040F03802990 | FISH 4GAUGE PEVA  MULTI 70X72 | 1 | FB | 13802 | each | 1 | 1.766964 | 1.766964 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0040F06035960 | BALLOONS EMBOSSED 4GAUGE LINER CLEAR | 1 | BB | 16035 | each | 1,445 | 2,345.38239 | 2,345.38239 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0040F06036032 | MACRO EMBOSSED 5G LINER SMOKE | 1 | FB | 16036 | each | 1,216 | 2,539.47008 | 2,539.47008 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0040F06036960 | MACRO EMBOSSED 5G LINER CLEAR | 1 | FB | 16036 | each | 705 | 1,472.317065 | 1,472.317065 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0040H02600990 | AZALEA SHOWER CURTAIN MULTI | 1 | FB | 12600 | each | 1,176 | 5,312.6976 | 18.0704 | | 5,294.6272 | | | 0 |
| WC | West Coast 3PL | 1N0040H05260100 | PLEATED SHOWER CURTAIN 70X72 | 1 | FB | 15260 | each | 528 | 2,756.435616 | 2,756.435616 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0040H05260440 | PLEATED SHOWER CURTAIN 70X72 AQUA | 1 | FB | 15260 | each | 72 | 375.877944 | 375.877944 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0040H05261990 | BUTTERFLY SHOWER CURTAIN 70X72 | 1 | FB | 15261 | each | 240 | 533.298 | 533.298 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0040NP1479054 | Flat Weave Fabric SC 72x72 NO PKG | 1 | BB | 1479 | each | 1,478 | 4,215.848678 | 4,215.848678 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0040NP1479055 | Flat Weave Fabric SC 72x72 NO PKG | 1 | FB | 1479 | each | 1,504 | 4,225.00672 | 4,225.00672 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0040NP1479100 | Flat Weave Fabric SC 72x72 NO PKG | 1 | FB | 1479 | each | 1,489 | 4,182.86902 | 4,182.86902 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0040NP1479274 | Flat Weave Fabric SC 72x72 NO PKG | 1 | FB | 1479 | each | 1,502 | 4,270.825624 | 4,270.825624 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0040NP6205960 | 4.5 Gauge Peva Liner 72x72 No Packaging | 1 | BB | 16205 | each | 40 | 51.25608 | 51.25608 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0040NP6205961 | 4.5 Gauge Peva Liner 72x72 No Packaging | 1 | BB | 16205 | each | 1,089 | 1,397.838222 | 1,397.838222 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0040W02013990 | PEACHY CLEAN FABRIC SC MULTI | 1 | FB | 12013 | each | 702 | 4,195.900332 | 0 | 4,195.900332 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0050H05232990 | SKYLAR BATH TOWEL 27x50 | 1 | FB | 15232 | each | 1,032 | 4,393.276944 | 4,393.276944 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0050H05243990 | GEMMA STRIPE BATH TOWEL | 1 | FB | 15243 | each | 2,016 | 9,012.703104 | 9,012.703104 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0051H05233220 | SKYLAR PRINT HAND TOWEL 16x26 | 1 | FB | 15233 | each | 2,256 | 5,280.874992 | 5,280.874992 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0051H05234990 | SKYLAR STRIPE HAND TOWEL 16x26 | 1 | FB | 15234 | each | 1,680 | 2,443.5096 | 2,443.5096 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0051H05236990 | SKYLAR BORDER TEXTURE HAND TOWEL 16X26 | 1 | FB | 15236 | each | 1,704 | 2,442.875472 | 2,442.875472 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0051H05244990 | GEMMA PRINTED FLORAL TOWEL | 1 | FB | 15244 | each | 2,880 | 7,092.48246 | 7,092.48246 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0051H05245100 | GEMMA EMBROIDERED FLORAL HAND TOWEL | 1 | FB | 15245 | each | 3,000 | 5,784.209496 | 5,784.209496 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0051H05246990 | GEMMA JACQUARD GEO TOWEL | 1 | FB | 15246 | each | 1,992 | 3,414.369672 | 3,414.369672 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0061C00555752 | POWER GLIDE HOOK OIL RUBBED BRONZE | 1 | BB | 10555 | each | 607 | 1,129.11105 | 1,129.11105 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0063H05237030 | SKYLAR BATH RUG 20x32 | 1 | FB | 15237 | each | 72 | 327.314304 | 327.314304 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0063H05247990 | GEMMA STRIPE BATH RUG 20x30 | 1 | FB | 15247 | each | 216 | 1,053.632448 | 1,053.632448 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0122D04004001 | LED MIRROR BLACK | 1 | FB | 14004 | each | 1,698 | 7,071.470424 | 7,071.470424 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0122D04004100 | LED MIRROR WHITE | 1 | FB | 14004 | each | 1,938 | 9,572.919606 | 9,572.919606 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0122D04004311 | LED MIRROR GREEN | 1 | FB | 14004 | each | 1,494 | 6,221.88999 | 6,221.88999 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0240H06005960 | 2PK 4G PEVA LINER - CLEAR CLEAR | 1 | BB | 16005 | each | 48 | 106.109136 | 0 | 106.109136 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0240H06005961 | 2PK 4G PEVA LINER - FROSTY FROSTY | 1 | BB | 16005 | each | 24 | 49.909488 | 0 | 49.909488 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0246R03719030 | 3PC VANITY SET GREY | 1 | FB | 13719 | each | 227 | 1,162.3308 | 645.1704 | 61.4448 | | 455.7156 | | 0 |
| WC | West Coast 3PL | 1N0246R03719100 | 3PC VANITY SET WHITE | 1 | FB | 13719 | each | 1,992 | 9,545.2656 | 258.7572 | 47.918 | | 9,238.5904 | | 0 |
| WC | West Coast 3PL | 1N0403D02015001 | BRADLEY 3PC BATH ACCESSORY SET  BLACK | 1 | FB | 12015 | each | 1,148 | 10,119.22968 | 10,119.22968 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0403D02015100 | BRADLEY 3PC BATH ACCESSORY SET  WHITE | 1 | FB | 12015 | each | 1,148 | 10,119.22968 | 10,119.22968 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0403D02015311 | BRADLEY 3PC BATH ACCESSORY SET  GREEN | 1 | FB | 12015 | each | 1,008 | 8,885.170224 | 8,885.170224 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0414D02505835 | OOH LA LA FABRIC 14PCSET CORAL | 1 | FB | 12505 | each | 1,260 | 21,464.54982 | 21,464.54982 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0414D02506001 | SNOW LEOPARD 14PCSET BLACK | 1 | FB | 12506 | each | 1,268 | 21,467.839764 | 21,467.839764 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0414D02507311 | GREEN LEAF 14 PC SET - GREEN | 1 | FB | 12507 | each | 1,292 | 18,030.06028 | 18,030.06028 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0414D02508420 | BLUE CHEETAH 14 PC SET - BLUE | 1 | FB | 12508 | each | 1,296 | 26,186.549616 | 26,186.549616 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0414D02509001 | TIK TIK 14PCSET BLACK | 1 | FB | 12509 | each | 1,320 | 26,531.9406 | 26,531.9406 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0414D02596990 | CONFETTI FLORAL FABRIC 14PCSET MULTI | 1 | FB | 12596 | each | 8 | 53.3856 | 0 | 53.3856 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0414D02597990 | ENCHANTED GARDEN FABRIC 14PC MULTI | 1 | FB | 12597 | each | 12 | 80.3928 | 0 | 80.3928 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0414D02598990 | JORJA FABRIC 14PC SET MULTI | 1 | FB | 12598 | each | 20 | 134.576 | 0 | 134.576 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0414D02599935 | TRIANGE FABRIC 14PC SET WHITE BLACK | 1 | FB | 12599 | each | 20 | 133.464 | 0 | 133.464 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0414D03447990 | GRAY STRIPE PEVA 14PC SET MULTI | 1 | FB | 13447 | each | 16 | 98.6416 | 0 | 98.6416 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0414D03448990 | MEDALLION PEVA 14PC SET MULTI | 1 | FB | 13448 | each | 12 | 73.6284 | 0 | 73.6284 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0414D03449495 | NAVY STRIPE PEVA 14PC SET NAVY GREEN | 1 | FB | 13449 | each | 12 | 73.6284 | 0 | 73.6284 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0414D03451990 | SUZANNA PEVA 14PC SET MULTI | 1 | FB | 13451 | each | 16 | 97.752 | 0 | 97.752 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0512H05253990 | DARBY 2PK HTWLS (STRIPE & BOARDER) | 1 | FB | 15253 | each | 1,872 | 5,271.589224 | 5,271.589224 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0512H05254990 | DARBY 2PK HTWLS ( STRIPE &  FLORAL) | 1 | FB | 15254 | each | 2,856 | 8,451.405552 | 8,451.405552 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0512H05312990 | DOG 2PC HAND TOWEL SET 16X26 | 1 | FB | 15312 | each | 1,368 | 3,883.6494 | 3,883.6494 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0512H05313990 | CAT 2PC HAND TOWEL SET | 1 | FB | 15313 | each | 1,296 | 3,719.700072 | 3,719.700072 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0526H05255990 | DARBY WASH PACK | 1 | FB | 15255 | each | 792 | 2,121.120144 | 2,121.120144 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0526H05314990 | PAWS AND STRIPE WASH PACK | 1 | FB | 15314 | each | 938 | 3,214.13976 | 3,214.13976 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1N0DH6H02600990 | AZALEA MINI DISPLAY 22.5X60 MULTI | 1 | FB | 12600 | each | 157 | 316.3236 | 0 | 316.3236 | | 0 | | 0 |
| WC | West Coast 3PL | 1NE001O04100100 | SO FRANCY LE TRAFFIQUE TUMBLER-WHITE | 1 | FB | 14100 | each | 612 | 1,400.680116 | 1,400.680116 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1NE002O05030030 | Gray Marble Swirl TBH | 1 | FB | 15030 | each | 504 | 1,068.070248 | 1,068.070248 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1NE003O19751000 | TOUCHLESS SOAP DISPENSER | 1 | BB | 11975 | each | 3,345 | 25,082.713334 | 0 | 25,082.713334 | | 0 | | 0 |
| WC | West Coast 3PL | 1NE003O03579030 | ASHLAND DISPENSER GREY | 1 | FB | 13579 | each | 99 | 355.3209 | 0 | 21.5346 | | 333.7863 | | 0 |
| WC | West Coast 3PL | 1NE003O04000030 | CHARLTON DIATOMITE DISPENSER GREY | 1 | FB | 14000 | each | 38 | 123.71318 | 0 | 0 | | 123.71318 | | 0 |
| WC | West Coast 3PL | 1NE003O04100100 | SO FRANCY LE TRAFFIQUE DISPENSER-WHITE | 1 | FB | 14100 | each | 600 | 1,880.4702 | 1,880.4702 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1NE003O05030030 | GRAY MARBLE SWIRL DISPENSER | 1 | FB | 15030 | each | 503 | 1,384.387786 | 1,384.387786 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1NE004O04000030 | CHARLTON DIATOMITE SOAP DISH GREY | 1 | FB | 14000 | each | 41 | 87.84988 | 8.57072 | | 79.27916 | | | 0 |
| WC | West Coast 3PL | 1NE004O05030030 | Gray Marble Swirl Soap Dish | 1 | FB | 15030 | each | 504 | 897.77016 | 897.77016 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1NE005O04050100 | AI FLORI WASTEBASKET | 1 | FB | 14050 | each | 599 | 5,740.416467 | 5,740.416467 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1NE007O05030030 | GRAY MARBLE SWIRL COVERED JAR | 1 | FB | 15030 | each | 504 | 1,464.970248 | 1,464.970248 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1NE012O04000030 | CHARLTON DIATOMITE TRAY GREY | 1 | FB | 14000 | each | 68 | 262.686476 | 127.219925 | 131.361504 | | 4.105047 | | 0 |
| WC | West Coast 3PL | 1NE012O05030030 | GRAY MARBLE SWIRL TRAY | 1 | FB | 15030 | each | 500 | 1,403.264 | 1,403.264 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1NE018O04000030 | CHARLTON DIATOMITE BOWL BRUSH GREY | 1 | FB | 14000 | each | 99 | 612.493746 | 18.766194 | 593.727552 | | 0 | | 0 |
| WC | West Coast 3PL | 1NE018O05030.030 | DO NOT USE  Gray Marble Swirl Bowl Brush | 1 | FB | 15030 | each | 504 | 2,387.869848 | 2,387.869848 | 0 | | 0 | | 0 |
| WC | West Coast 3PL | 1NE04OO00072990 | MIYA  FABRIC SC MULTI | 1 | FB | 10072 | each | 2,250 | 8,714.3445 | 0 | 8,714.3445 | | 0 | | 0 |
| WC | West Coast 3PL | 1NE04OO02012435 | DASH FABRIC SC AQUA GREY | 1 | FB | 12012 | each | 511 | 3,849.7718 | 0 | 1,084.8672 | | 2,764.9046 | | 0 |
| WC | West Coast 3PL | 1NE04OO02013990 | PEACHY CLEAN FABRIC SC MULTI | 1 | FB | 12013 | each | 530 | 2,991.585 | 0 | 2,991.585 | | 0 | | 0 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WC | West Coast 3PL | 1NE04OO2503990 | POP SHAPES FABRIC SC 70X72 MULTI | 1 | FB | 12503 | each | 60 | 580.66002 | 580.66002 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE04OO2505670 | OOH LA LA FABRIC SC 70X72 PINK | 1 | FB | 12505 | each | 90 | 871.00002 | 871.00002 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE04OO2506030 | SNOW LEOPARD FABRIC SC 70X72 GREY | 1 | FB | 12506 | each | 90 | 871.00002 | 871.00002 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE04OO2510990 | WINNIE FABRIC SC 70X72 MULTI | 1 | FB | 12510 | each | 78 | 754.859976 | 754.859976 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE04OO2511410 | FLORITA FABRIC SC 70X72 NAVY | 1 | FB | 12511 | each | 60 | 580.63998 | 580.63998 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE04OO2597990 | ENCHANTED GARDEN FABRIC SC 70X72 MULTI | 1 | FB | 12597 | each | 60 | 580.66002 | 580.66002 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE04OO2607710 | GOLDIE FABRIC SC GOLD | 1 | FB | 12607 | each | 347 | 1,606.6447 | 560.2421 | 509.311 | 537.0916 | 0 |
| WC | West Coast 3PL | 1NE04OO2611990 | GLOBAL MICRO PRINT FABRIC SC MULTI | 1 | FB | 12611 | each | 5,015 | 14,265.03711 | 0 | 0 | 14,265.03711 | 0 |
| WC | West Coast 3PL | 1NE04OO2612029 | SIMPLE STRIPE FABRIC SC GREY WHITE | 1 | FB | 12612 | each | 1 | 5.4957 | 5.4957 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE04OO2650030 | Herron Shower Curtain 70x72 | 1 | FB | 12650 | each | 1,496 | 10,096.56384 | 10,096.56384 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE04OO2652942 | AMELIA SHOWER CURTAIN 70x72 | 1 | FB | 12652 | each | 1,086 | 5,776.930302 | 5,776.930302 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE04OO2654255 | COASTAL MEDALLION SHOWER CURTAIN 70x72 | 1 | FB | 12654 | each | 1,499 | 9,515.182813 | 9,515.182813 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE04OO3429672 | GLINDA 5.5G PEVA BLUSH | 1 | FB | 13429 | each | 33 | 76.1442 | 13.8444 | 62.2998 | 0 | 0 |
| WC | West Coast 3PL | 1NE04OO3430990 | ARCHES 5.5GAUGE PEVA MULTI | 1 | FB | 13430 | each | 540 | 1,306.044 | 4.8372 | 1,301.2068 | 0 | 0 |
| WC | West Coast 3PL | 1NE04OO3673990 | PEONIA 5.5GAUGE PEVA SC 70X72 MULTI | 1 | FB | 13673 | each | 1 | 2.3963 | 0 | 0 | 2.3963 | 0 |
| WC | West Coast 3PL | 1NE04OO3678344 | PARSLEY 5.5GAUGE PEVA SC TEAL | 1 | FB | 13678 | each | 4 | 9.5332 | 7.1499 | 2.3833 | 0 | 0 |
| WC | West Coast 3PL | 1NE04OO3700990 | CACTUS 4GAUGE PEVA SC MULTI | 1 | FB | 13700 | each | 646 | 1,116.6756 | 0 | 0 | 1,116.6756 | 0 |
| WC | West Coast 3PL | 1NE04OO3702990 | GRAPHIC FLORAL 4GAUGE PEVA SC MULTI | 1 | FB | 13702 | each | 6 | 10.8498 | 7.2332 | 3.6166 | 0 | 0 |
| WC | West Coast 3PL | 1NE04OO3703717 | HELLO GOODBYE 4GAUGE PEVA SC WHITE GOLD | 1 | FB | 13703 | each | 994 | 1,639.0066 | 0 | 1,639.0066 | 0 | 0 |
| WC | West Coast 3PL | 1NE04OO3705990 | STRAWBERRIES 4GAUGE PEVA SC MULTI | 1 | FB | 13705 | each | 1,017 | 1,757.9862 | 0 | 5.1858 | 1,752.8004 | 0 |
| WC | West Coast 3PL | 1NE04OO3706990 | TERRAZZO 4GAUGE PEVA SC MULTI | 1 | FB | 13706 | each | 6 | 10.3716 | 6.9144 | 3.4572 | 0 | 0 |
| WC | West Coast 3PL | 1NE04OO3707990 | OH HELLO 4GAUGE PEVA SC MULTI | 1 | FB | 13707 | each | 749 | 1,354.4167 | 7.2332 | 12.6581 | 1,334.5254 | 0 |
| WC | West Coast 3PL | 1NE04OO3710978 | BRANDON 4GAUGE PEVA SC BLUE GREEN MINERA | 1 | FB | 13710 | each | 30 | 45.85803 | 0 | 0 | 45.85803 | 0 |
| WC | West Coast 3PL | 1NE04OO3711935 | CATS MEOW 4GAUGE PEVA SC WHITE BLACK | 1 | FB | 13711 | each | 15 | 22.587405 | 0 | 0 | 22.587405 | 0 |
| WC | West Coast 3PL | 1NE04OO3713990 | MOUNTAIN MAJESTY 4G PEVA SC MULTI | 1 | FB | 13713 | each | 208 | 344.002464 | 31.423302 | 312.579162 | 0 | 0 |
| WC | West Coast 3PL | 1NE04OO3714990 | PURRFECT 4GAUGE PEVA SC MULTI | 1 | FB | 13714 | each | 1 | 1.528601 | 0 | 1.528601 | 0 | 0 |
| WC | West Coast 3PL | 1NE04OO3715990 | ARCHES 4G PHOTOREAL PEVA SC MULTI | 1 | FB | 13715 | each | 291 | 601.3515 | 0 | 601.3515 | 0 | 0 |
| WC | West Coast 3PL | 1NE04OO3716990 | KAYAKS 4 G PHOTOREAL PEVA SC MULTI | 1 | FB | 13716 | each | 255 | 526.9575 | 0 | 526.9575 | 0 | 0 |
| WC | West Coast 3PL | 1NE04OO3717990 | SUNSET LAKE 4G PHOTOREAL PEVA SC MULTI | 1 | FB | 13717 | each | 177 | 365.7705 | 0 | 365.7705 | 0 | 0 |
| WC | West Coast 3PL | 1NE04OO3718420 | LEYAH 4GAUGE PEVA SC BLUE | 1 | FB | 13718 | each | 6 | 9.0348 | 0 | 9.0348 | 0 | 0 |
| WC | West Coast 3PL | 1NE04OO4050990 | AI FLORI SHOWER CURTAIN 70x72 | 1 | FB | 14050 | each | 1,142 | 5,996.20804 | 5,996.20804 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE04OO4100990 | SO FRANCY SHOWER CURTAIN 70x72 | 1 | FB | 14100 | each | 1,162 | 6,523.901426 | 6,523.901426 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE04OO6009100 | CLOROX 8 GAUGE PEVA LINER 72X72 WHITE | X | XB | 16009 | each | 1,200 | 2,850.4404 | 2,850.4404 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE04OO6009400 | CLOROX 8 GAUGE PEVA LINER 72X72 MD BLUE | X | XB | 16006 | each | 1,800 | 4,283.3106 | 4,283.3106 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE04OO6009960 | CLOROX 8 GAUGE PEVA LINER 72X72 CLEAR | X | XB | 16009 | each | 2,400 | 5,638.1304 | 5,638.1304 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE04OO6009961 | CLOROX 8 GAUGE PEVA LINER 72X72 FROSTY | X | XB | 16009 | each | 7,287 | 15,668.939214 | 9,567.6696 | 6,101.269614 | 0 | 0 |
| WC | West Coast 3PL | 1NE04OO6010960 | CLOROX 4GAUGE PEVA LINER CLEAR | X | XB | 6010 | each | 3,281 | 3,882.016015 | 0 | 3,882.016015 | 0 | 0 |
| WC | West Coast 3PL | 1NE04OO6010961 | CLOROX 4GAUGE PEVA LINER FROSTY | X | XB | 6010 | each | 515 | 589.880485 | 0 | 589.880485 | 0 | 0 |
| WC | West Coast 3PL | 1NE04OO6049100 | CLOROX WATERPROOF FABRIC 72X72 WHITE | X | XB | 16049 | each | 5,329 | 21,571.151055 | 5,357.3796 | 16,213.771455 | 0 | 0 |
| WC | West Coast 3PL | 1NE04OO6111960 | CLOROX 5.5GAUGE PEVA LINER 70X72 CLEAR | X | XB | 16111 | each | 3,510 | 5,867.47044 | 5,867.47044 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE04OO7184100 | SIMI STRIPE FABRIC SC WHITE | 1 | FB | 17184 | each | 201 | 1,011.680235 | 90.59823 | 921.082005 | 0 | 0 |
| WC | West Coast 3PL | 1NE04OO9073990 | PHILOMENA STRIPE FABRIC SC MULTI | 1 | FB | 19073 | each | 1,418 | 7,669.823036 | 0 | 194.720472 | 7,475.102564 | 0 |
| WC | West Coast 3PL | 1NE05OO0820100 | CLOROX BATH TOWEL 30X56 - GREY | X | XF | 18201 | each | 225 | 1,177.8264 | 0 | 1,177.8264 | 0 | 0 |
| WC | West Coast 3PL | 1NE05OO0820110 | CLOROX BATH TOWEL 30X56 - WHITE | X | XF | 18201 | each | 467 | 1,888.656344 | 0 | 1,888.656344 | 0 | 0 |
| WC | West Coast 3PL | 1NE05OO0820127 2 | CLOROX BATH TOWEL 30X56 - TAN | X | XF | 18201 | each | 223 | 1,054.209308 | 0 | 1,054.209308 | 0 | 0 |
| WC | West Coast 3PL | 1NE05OO0820140 0 | CLOROX BATH TOWEL 30X56 - MIDNIGHT BLUE | X | XF | 18201 | each | 177 | 986.118684 | 0 | 986.118684 | 0 | 0 |
| WC | West Coast 3PL | 1NE05100820103 0 | CLOROX HAND TOWEL 16X28 - GREY | X | XF | 18201 | each | 188 | 247.646948 | 0 | 247.646948 | 0 | 0 |
| WC | West Coast 3PL | 1NE05100820110 0 | CLOROX HAND TOWEL 16X28 - WHITE | X | XF | 18201 | each | 364 | 358.803536 | 0 | 358.803536 | 0 | 0 |
| WC | West Coast 3PL | 1NE05100820127 2 | CLOROX HAND TOWEL 16X28 - TAN | X | XF | 18201 | each | 265 | 309.241226 | 1.164842 | 308.076384 | 0 | 0 |
| WC | West Coast 3PL | 1NE05100820140 0 | CLOROX HAND TOWEL 16X28 - MIDNIGHT BLUE | X | XF | 18201 | each | 343 | 479.33704 | 0 | 479.33704 | 0 | 0 |
| WC | West Coast 3PL | 1NE05200820103 0 | CLOROX WASH CLOTH 13X13 -PK OF 10 GREY | X | XF | 18201 | each | 616 | 3,265.849608 | 0 | 3,265.849608 | 0 | 0 |
| WC | West Coast 3PL | 1NE05200820110 0 | CLOROX WASH CLOTH 13X13 -PK OF 10 WHITE | X | XF | 18201 | each | 782 | 2,901.8065 | 0 | 2,901.8065 | 0 | 0 |
| WC | West Coast 3PL | 1NE05200820127 2 | CLOROX WASH CLOTH 13X13 -PK OF 10 TAN | X | XF | 18201 | each | 592 | 2,765.297864 | 0 | 2,765.297864 | 0 | 0 |
| WC | West Coast 3PL | 1NE05200820140 0 | CLOROX WASH CLOTH 13X13 -PK OF 10 BLUE | X | XF | 18201 | each | 589 | 3,361.231694 | 0 | 3,361.231694 | 0 | 0 |
| WC | West Coast 3PL | 1NE05500820103 0 | CLOROX BATH SHEET 34X64 - GREY | X | XF | 18201 | each | 207 | 1,410.552579 | 0 | 1,410.552579 | 0 | 0 |
| WC | West Coast 3PL | 1NE05500820110 0 | CLOROX BATH SHEET 34X64 - WHITE | X | XF | 18201 | each | 545 | 2,833.185695 | 0 | 2,833.185695 | 0 | 0 |
| WC | West Coast 3PL | 1NE05500820127 2 | CLOROX BATH SHEET 34X64 - TAN | X | XF | 18201 | each | 330 | 2,027.44014 | 0 | 2,027.44014 | 0 | 0 |
| WC | West Coast 3PL | 1NE05500820140 0 | CLOROX BATH SHEET 34X64 - MIDNIGHT BLUE | X | XF | 18201 | each | 309 | 2,185.897 | 0 | 2,185.897 | 0 | 0 |
| WC | West Coast 3PL | 1NE06OO0328100 | ROLLER GLIDE HOOK WHITE | 1 | BB | 10328 | each | 4 | 4.964272 | 4.964272 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE06OO0328961 | ROLLER GLIDE HOOK FROSTY | 1 | BB | 10328 | each | 3 | 4.057734 | 4.057734 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE06OO0719603 2 | PLASTIC O RING SC HOOKS SMOKE | 1 | BB | 17196 | each | 1,560 | 1,630.824 | 0 | 146.356 | 1,484.468 | 0 |
| WC | West Coast 3PL | 1NE06100066040 | POWER GLIDE HOOK SILVER | 1 | BB | 10066 | each | 3,770 | 6,832.77836 | 6,832.77836 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE06100325040 | "G" METAL HOOKS SILVER | 1 | BB | 10325 | each | 4,799 | 7,122.268359 | 7,122.268359 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE06100325185 | G METAL SC HOOKS BRUSHED NICKEL | 1 | BB | 10325 | each | 1,667 | 2,878.273873 | 2,878.273873 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE06100557042 | BALL METAL SC HOOKS CHROME | 1 | BB | 10557 | each | 800 | 1,520.4304 | 1,520.4304 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE06100557752 | BALL SC HOOKS OIL RUBBED BRONZE | 1 | BB | 10557 | each | 1,507 | 2,844.242478 | 2,844.242478 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE06100710775 2 | STEPPED SQUARE SC HOOKS OIL RUBBED BRONZ | 1 | BB | 17107 | each | 853 | 2,307.9621 | 2.7057 | 205.6332 | 2,099.6232 | 0 |
| WC | West Coast 3PL | 1NE06100728618 5 | BUTTON METAL SC HOOKS BRUSHED NICKEL | 1 | BB | 17286 | each | 800 | 1,604.58 | 1,604.58 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE06100728675 2 | BUTTON METAL SC HOOKS OIL RUBBED BRONZE | 1 | BB | 17286 | each | 800 | 1,604.58 | 1,604.58 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE06200428194 3 | FACETED ACRYLIC BALL HOOK CHROME/CLEAR | 1 | BB | 14281 | each | 1,200 | 2,621.0796 | 2,621.0796 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE06200708040 | ANCHOR SC HOOKS SILVER | 1 | BB | 17068 | each | 600 | 1,229.4102 | 1,229.4102 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE06300405090 | ALFORI RUG 20x30 | 1 | FB | 14050 | each | 800 | 4,614.8312 | 4,614.8312 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE06300410990 | SO FRANCY RUG 20x30 | 1 | FB | 14100 | each | 1,049 | 7,430.716331 | 7,430.716331 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE06300830103 0 | CLOROX BATH RUG 21X34 GREY | X | XR | 18301 | each | 341 | 2,678.975112 | 2,678.975112 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE06300830110 0 | CLOROX BATH RUG 21X34 WHITE | X | XR | 18301 | each | 120 | 942.74004 | 942.74004 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE06300830127 2 | CLOROX BATH RUG 21X34 TAN | X | XR | 18301 | each | 360 | 2,828.25 | 2,828.25 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE06300830140 0 | CLOROX BATH RUG 21X34 MIDNIGHT BLUE | X | XR | 18301 | each | 360 | 2,828.23992 | 2,828.23992 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE06500708396 0 | ORBIT VINYL TUB MAT 14X26 CLEAR | 1 | BB | 17083 | each | 16 | 24.024 | 0 | 24.024 | 0 | 0 |
| WC | West Coast 3PL | 1NE06500716002 9 | SLAT MAT- NO PDQ-REGULAR GREY WHITE | 1 | BB | 17160 | each | 1 | 5.0925 | 0 | 0 | 5.0925 | 0 |
| WC | West Coast 3PL | 1NE06500716110 0 | SPA BUBBLE RUBBER TUB MAT WHITE | 1 | BB | 17161 | each | 749 | 3,921.5393 | 0 | 3,921.5393 | 0 | 0 |
| WC | West Coast 3PL | 1NE06500728710 0 | MAGNIFEST TUB MAT WHITE | 1 | BB | 17287 | each | 99 | 248.7375 | 90.45 | 0 | 158.2875 | 0 |
| WC | West Coast 3PL | 1NE067OO1271042 | 60IN GLIDE N SET TENSION ROD CHROME | 1 | BB | 11271 | each | 2,792 | 7,462.4576 | 0 | 4,835.0952 | 2,627.3624 | 0 |
| WC | West Coast 3PL | 1NE067OO1271100 | 60IN GLIDE N SET TENSION ROD WHITE | 1 | BB | 11271 | each | 2,014 | 4,090.6354 | 10.1555 | 398.0956 | 3,682.3843 | 0 |

| WH | Location | Item | Description | Qty | Type | Cat | UOM | Count | Value1 | Value2 | Value3 | Value4 | Value5 | Value6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WC | West Coast 3PL | 1NE120O04001100 | MIRROR STORAGE BOX WHITE | 1 | FB | 14001 | each | 1,369 | 5,568.128224 | 48.807552 | 1,858.754272 | 3,660.5664 | 0 | 0 |
| WC | West Coast 3PL | 1NE122O04004001 | LED MIRROR BLACK | 1 | FB | 14004 | each | 504 | 2,098.959912 | 2,098.959912 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE122O04004100 | LED MIRROR WHITE | 1 | FB | 14004 | each | 1,002 | 4,172.900142 | 4,172.900142 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE156O04002030 | DRYSTONE SLAT MAT GREY | 1 | BB | 14002 | each | 1,205 | 10,329.918 | 10,329.918 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE156O04002292 | DRYSTONE SLAT MAT WOOD | 1 | BB | 14002 | each | 210 | 1,931.4792 | 0 | 1,931.4792 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE156O07601100 | DRYSTONE MAT PDQ 15.35X23.62 WHITE | 1 | FB | 17601 | each | 25 | 231.392 | 0 | 231.392 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE156O07601199 | DRYSTONE BATH MAT 15.35X23.62" MARBLE | 1 | FB | 17601 | each | 1,205 | 11,824.93631 | 11,824.93631 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE165O07600030 | DRYSTONE BATH MAT 17.7X23.6 GREY | 1 | BB | 17600 | each | 1 | 15.3655 | 0 | 15.3655 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE165O07600100 | DRYSTONE BATH MAT 17.7X23.6 WHITE | 1 | BB | 17600 | each | 18 | 276.579 | 92.193 | 184.386 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE165O07602030 | DRYSTONE BATH MAT 19.6X27.5 GREY | 1 | BB | 17602 | each | 300 | 0 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE165O07602100 | DRYSTONE BATH MAT 19.6X27.5 WHITE | 1 | BB | 17602 | each | 300 | 0 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE169O01270100 | 86IN ALUM GLIDE N SET T-ROD WHITE | 1 | BB | 11270 | each | 896 | 2,944.136832 | 2,944.136832 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE169O01270752 | 86IN ALUM GLIDE N SET T-ROD OIL RUBBED B | 1 | BB | 11270 | each | 1,631 | 6,705.5303 | 4.1113 | 0 | 6,701.419 | 0 | 0 |
| WC | West Coast 3PL | 1NE212O04358935 | LASHES ACCESSORY BUNDLE WHITE BLACK | 1 | FB | 14356 | each | 1 | 7.3466 | 7.3466 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE212O04358030 | KENDI ACCESSORY BUNDLE GREY | 1 | FB | 14358 | each | 1 | 6.2629 | 0 | 6.2629 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE212O04358672 | KENDI ACCESSORY BUNDLE BLUSH | 1 | FB | 14358 | each | 120 | 751.548 | 6.2629 | 745.2851 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE212O04359990 | UP IN THE AIR ACCESSORY BUNDLE MULTI | 1 | FB | 14359 | each | 188 | 1,201.0944 | 0 | 1,201.0944 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE224O04357990 | FIFI ACCESSORY BUNDLE MULTI | 1 | FB | 14357 | each | 107 | 1,077.2439 | 0 | 1,077.2439 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE240O06005960 | 2PK 4GAUGE PEVA LINER CLEAR | 1 | BB | 16005 | each | 4 | 9.144812 | 0 | 9.144812 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE240O06009960 | CLOROX 8G 2PK PEVA CLEAR | X | XB | 16009 | each | 2,400 | 10,049.6112 | 10,049.6112 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE240O06009961 | CLOROX 8G 2PK PEVA FROSTY | X | XB | 16009 | each | 2,027 | 7,399.989999 | 7,399.989999 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE242O04070052 | JONES DSP SLEEVE SWIVEL BASE-GREY MARBLE | 1 | FB | 14070 | each | 793 | 5,662.406984 | 5,662.406984 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE288O04610185 | SMARTSECURE CURVED ROD BRUSHED NICKEL | 1 | BB | 14610 | each | 1,200 | 10,074.6096 | 10,074.6096 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE367O07033712 | MILLENNIUM FINIAL GLIDE SET 72 BRONZE | 1 | BB | 17033 | each | 750 | 3,324.546 | 0 | 3,324.546 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE367O07220934 | TERRAZZO TENSION ROD WHITE BLUE | 1 | BB | 17220 | each | 65 | 346.37577 | 0 | 0 | 346.37577 | 0 | 0 |
| WC | West Coast 3PL | 1NE403O06001100 | 5.5GAUGE PEVA LINER BUNDLE WHITE | 1 | BB | 16001 | each | 44 | 234.9996 | 0 | 0 | 234.9996 | 0 | 0 |
| WC | West Coast 3PL | 1NE403O06001960 | 5.5GAUGE PEVA LINER BUNDLE CLEAR | 1 | BB | 16001 | each | 44 | 235.422 | 5.3505 | 0 | 230.0715 | 0 | 0 |
| WC | West Coast 3PL | 1NE403O06001961 | 5.5GAUGE PEVA LINER BUNDLE FROSTY | 1 | BB | 16001 | each | 44 | 226.1776 | 0 | 0 | 226.1776 | 0 | 0 |
| WC | West Coast 3PL | 1NE441DR3009990 | EAGLE DS 13PC 4G NO GROMMETS MULTI | 1 | FB | 13009 | each | 171 | 322.540713 | 0 | 322.540713 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE441DR3010990 | FIREWORKS DS 13PC 4G NO GROMM MULTI | 1 | FB | 13010 | each | 178 | 335.744134 | 0 | 335.744134 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE441DR3011990 | STARS & STRIPES DS 13PC 4G MULTI | 1 | FB | 13011 | each | 178 | 335.744134 | 0 | 335.744134 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE441O03445420 | SCOOTER 13PC PEVA SC+C HOOKS BLUE | 1 | FB | 13445 | each | 894 | 1,684.618734 | 1.884361 | 47.109025 | 1,635.625348 | 0 | 0 |
| WC | West Coast 3PL | 1NE471O03089999 | RIVERBED BUNDLE ASSORTED | 1 | FB | 13089 | each | 43 | 287.9968 | 0 | 0 | 287.9968 | 0 | 0 |
| WC | West Coast 3PL | 1NE471O03486999 | CITYSCAPE BUNDLE ASSORTED | 1 | FB | 13486 | each | 41 | 239.6573 | 0 | 0 | 239.6573 | 0 | 0 |
| WC | West Coast 3PL | 1NE471O03530999 | MISTY MOUNTAIN BUNDLE ASSORTED | 1 | FB | 13530 | each | 43 | 271.6181 | 0 | 0 | 271.6181 | 0 | 0 |
| WC | West Coast 3PL | 1NE471O03675999 | INTO THE WOODS BUNDLE ASSORTED | 1 | FB | 13675 | each | 48 | 282.1776 | 0 | 0 | 282.1776 | 0 | 0 |
| WC | West Coast 3PL | 1NE471O03677999 | SEABRIGHTS BUNDLE ASSORTED | 1 | FB | 13677 | each | 41 | 251.4612 | 0 | 251.4612 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE473O02317999 | GLACIER BUNDLE ASSORTED | 1 | FB | 12317 | each | 44 | 415.5624 | 0 | 0 | 415.5624 | 0 | 0 |
| WC | West Coast 3PL | 1NE473O02606999 | ACACIA BUNDLE ASSORTED | 1 | FB | 12606 | each | 27 | 226.8729 | 0 | 226.8729 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE473O03223999 | TILES BUNDLE ASSORTED | 1 | FB | 13223 | each | 42 | 356.9286 | 0 | 0 | 356.9286 | 0 | 0 |
| WC | West Coast 3PL | 1NE473O05286999 | WALKWAY BUNDLE ASSORTED | 1 | FB | 15286 | each | 21 | 269.3082 | 0 | 0 | 269.3082 | 0 | 0 |
| WC | West Coast 3PL | 1NE500O06025960 | 8 POCKET 4.5G PEVA LINER 70X71 CLEAR | 1 | BB | 16025 | each | 510 | 2,097.171 | 123.363 | 41.121 | 1,932.687 | 0 | 0 |
| WC | West Coast 3PL | 1NE500O06051960 | CLOROX 5 POCKET ORG PEVA CLEAR | X | XB | 16051 | each | 2,571 | 8,985.715341 | 6,333.4206 | 2,652.294741 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE501O05030030 | Gray Marble Swirl Storage | 1 | FB | 15030 | each | 500 | 2,129.5835 | 2,129.5835 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NE555O02613030 | FITZ 5PC BATH SET GREY | 1 | FB | 12613 | each | 476 | 6,616.767948 | 0 | 0 | 6,616.767948 | 0 | 0 |
| WC | West Coast 3PL | 1NE555O02614420 | GRANT 5PC BATH SET BLUE | 1 | FB | 12614 | each | 482 | 6,700.172586 | 0 | 27.801546 | 6,672.37104 | 0 | 0 |
| WC | West Coast 3PL | 1NEDGO0O25833942 | LEILANI MINI DISPLAY 36X72 BLUE WHITE | 1 | FB | 12583 | each | 9 | 21.1158 | 0 | 21.1158 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NEDGO0O2612029 | SIMPLE STRIPE 36X72 DISPLAY GREY WHITE | 1 | FB | 12612 | each | 12 | 31.7904 | 0 | 31.7904 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NEDGO0O3709990 | BARK BARK 4GAU PEVA 36X72 DISP MULTI | 1 | FB | 13709 | each | 12 | 16.8096 | 0 | 16.8096 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NEDGO0O3710978 | BRANDON 4GAUGE PEVA 36X72 DISP BLUE GREE | 1 | FB | 13710 | each | 12 | 16.8096 | 0 | 16.8096 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NEDGO0O3711935 | CAT'S MEOW 4GAUGE PEVA SC WHITE BLACK | 1 | FB | 13711 | each | 13 | 18.2104 | 0 | 18.2104 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NEDGO0O3712309 | DAPHNE 4GAUGE PEVA 36X72 DISP GREEN LEAF | 1 | FB | 13712 | each | 11 | 15.4088 | 0 | 15.4088 | 0 | 0 | 0 |
| WC | West Coast 3PL | 1NEDGO0O3718420 | LEYAH 4 GAUGE PEVA 36X72 DISPL BLUE | 1 | FB | 13718 | each | 12 | 16.8096 | 0 | 16.8096 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0003C00820610 | JULIUS QUEEN COMFORTER SET RED | 2 | CD | C0820 | each | 160 | 9,538.35664 | 9,538.35664 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0003C04788110 | ASTRID QUEEN COMFORTER SET IVORY | 2 | CD | C4788 | each | 1 | 47.950833 | 0 | 47.950833 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0003C04789272 | ALEXANDER QUEEN COMFORTER SET TAN | 2 | CD | C4789 | each | 912 | 50,250.552248 | 50,250.552248 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0003C08340270 | EVERLY QUEEN COMFORTER SET BEIGE | 2 | CD | C8340 | each | 48 | 3,176.247648 | 3,176.247648 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0003C08350285 | LORETTA QUEEN COMFORTER SET LINEN | 2 | CD | C8350 | each | 226 | 13,239.51132 | 13,239.51132 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0003C09003610 | ARDEN QUEEN COMFORTER SET RED | 2 | CD | C9003 | each | 106 | 6,387.429794 | 3,796.29999 | 2,591.129804 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0003C09018410 | VALENTINA QUEEN COMFORTER SET NAVY | 2 | CD | C9018 | each | 1 | 54.549087 | 54.549087 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0003C00635270 | CAPTAINS QUARTER QUEEN SET BEIGE | 2 | CD | C0635 | each | 4 | 170.356444 | 0 | 170.356444 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0003C00820610 | JULIUS QUEEN COMFORTER SET RED | 2 | CD | C0820 | each | 347 | 20,741.61825 | 20,741.61825 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0003C01459423 | GABRUEL QUEEN COMFORTER SET SLATE BLUE | 2 | CD | C1459 | each | 518 | 28,358.590416 | 28,358.590416 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0003C03110282 | HELENA QUEEN COMFORTER SET 4PC CHAMPAGNE | 2 | CD | C3110 | each | 144 | 6,647.829984 | 6,647.829984 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0003C03120001 | DIANELLA QUEEN COMFORTER SET BLACK | 2 | CD | C3120 | each | 22 | 1,194.195618 | 0 | 1,194.195618 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0003C04597420 | AURELIO QUEEN COMFORTER SET BLUE | 2 | CD | C4597 | each | 1 | 61.458852 | 61.458852 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0003C04784990 | BELA QUEEN COMFORTER SET MULTI | 2 | CD | C4784 | each | 1 | 37.105561 | 37.105561 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0003C04786030 | ISLA QUEEN COMFORTER SET GREY | 2 | CD | C4784 | each | 119 | 6,498.607017 | 6,498.607017 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0003C04789272 | ALEXANDER QUEEN COMFORTER SET TAN | 2 | CD | C4789 | each | 50 | 2,838.78335 | 2,838.78335 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0003C06050272 | ESME QUEEN COMFORTER SET TAN 92 X 96 | 2 | CD | C6050 | each | 57 | 3,606.789 | 3,606.789 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0003C06405610 | GALLERIA QUEEN COMFORTER SET RED | 2 | CD | C6405 | each | 274 | 11,126.592 | 11,126.592 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0003C06406200 | GALLERIA QUEEN COMFORTER SET BROWN | 2 | CD | C6406 | each | 271 | 15,807.749509 | 15,807.749509 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0003C08350285 | LORETTA QUEEN COMFORTER SET LINEN | 2 | CD | C8350 | each | 20 | 1,097.056 | 1,097.056 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0003C09003610 | ARDEN QUEEN COMFORTER SET RED | 2 | CD | C9003 | each | 117 | 6,952.018167 | 6,952.018167 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0003C09015054 | NADIA QUEEN COMFORTER SET LIGHT GREY | 2 | CD | C9015 | each | 77 | 3,396.908669 | 3,396.908669 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0003C09016603 | ESMERALDA QUEEN COMFORTER SET BORDEAUX | 2 | CD | C9016 | each | 238 | 12,922.408254 | 12,922.408254 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0003C09018410 | VALENTINA QUEEN COMFORTER SET NAVY | 2 | CD | C9018 | each | 100 | 5,854.2543 | 5,854.2543 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0004C00820610 | JULIUS KING COMFORTER SET RED | 2 | CD | C0820 | each | 173 | 11,667.17536 | 11,667.17536 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0004C04789272 | ALEXANDER KING COMFORTER SET TAN | 2 | CD | C4789 | each | 1,031 | 61,704.460062 | 61,704.460062 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0004C08340270 | EVERLY KING COMFORTER SET BEIGE | 2 | CD | C8340 | each | 86 | 6,363.847866 | 6,363.847866 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0004C08350285 | LORETTA KING COMFORTER SET LINEN | 2 | CD | C8350 | each | 210 | 13,729.44006 | 13,729.44006 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0004C09003610 | ARDEN KING COMFORTER SET RED | 2 | CD | C9003 | each | 1 | 68.17 | 68.17 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0004C09018410 | VALENTINA KING COMFORTER SET NAVY | 2 | CD | C9018 | each | 1 | 62.877668 | 62.877668 | 0 | 0 | 0 | 0 |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WC | West Coast 3PL | 2A0004O01459423 | GABRIEL KING COMFORTER SET SLATE BLUE | 2 | CD | C1459 | each | 262 | 16,285.10428 | 16,285.10428 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0004O03110282 | HELENA KING COMFORTER SET CHAMP 110 X 96 | 2 | CD | C3110 | each | 144 | 7,683.21 | 7,683.21 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0004O03120001 | DIANELLA KING COMFORTER SET BLACK | 2 | CD | C3120 | each | 1 | 61.89216 | 0 | 61.89216 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0004O04784990 | BELA KING COMFORTER SET MULTI | 2 | CD | C4784 | each | 45 | 1,926.513 | 0 | 1,926.513 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0004O04786030 | ISLA KING COMFORTER SET GREY | 2 | CD | C4784 | each | 126 | 7,966.877688 | 7,966.877688 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0004O04789272 | ALEXANDER KING COMFORTER SET TAN | 2 | CD | C4789 | each | 20 | 1,283.96428 | 1,283.96428 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0004O06050272 | ESME KING COMFORTER SET TAN 110 X 96 TAN | 2 | CD | C6050 | each | 56 | 3,201.389352 | 3,201.389352 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0004O06405610 | GALLERIA KING COMFORTER SET RED | 2 | CD | C6405 | each | 239 | 13,512.087509 | 13,512.087509 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0004O06406200 | GALLERIA KING COMFORTER SET BROWN | 2 | CD | C6406 | each | 215 | 13,878.371475 | 13,878.371475 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0004O08350285 | LORETTA KING COMFORTER SET LINEN | 2 | CD | C8350 | each | 232 | 15,285.653048 | 15,285.653048 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0004O09003610 | ARDEN KING COMFORTER SET RED | 2 | CD | C9003 | each | 84 | 5,550.26724 | 5,550.26724 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0004O09015054 | NADIA KING COMFORTER SET LIGHT GREY | 2 | CD | C9015 | each | 71 | 3,622.463523 | 3,622.463523 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0004O09166603 | ESMERALDA KING COMFORTER SET BORDEAUX | 2 | CD | C9016 | each | 208 | 12,895.277824 | 12,895.277824 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0004O09018410 | VALENTINA KING COMFORTER SET NAVY | 2 | CD | C9018 | each | 104 | 6,968.6708 | 6,968.6708 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0005O04789272 | ALEXANDER CALKING COMFRTER SET TAN | 2 | CD | C4789 | each | 109 | 7,170.291426 | 7,170.291426 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0005C08340270 | EVERLY CAL KING COMFORTER SET BEIGE | 2 | CD | C8340 | each | 8 | 591.982224 | 591.982224 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0005C09003610 | ARDEN CALKING COMFORTER SET RED | 2 | CD | C9003 | each | 1 | 68.169143 | 68.169143 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0005O09018410 | VALENTINA CKING COMFORTER SET NAVY | 2 | CD | C9018 | each | 83 | 5,234.275148 | 0 | 5,234.275148 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0005O01459423 | GABRUEL WCK COMFORTER SET SLATE BLUE | 2 | CD | C1459 | each | 174 | 10,777.303962 | 10,777.303962 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0005O03110282 | HELENA CAL K COMFORTER SET 4PC CHAMPAGNE | 2 | CD | C3110 | each | 59 | 3,147.984353 | 3,147.984353 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0005O03120001 | DIANELLA CALKING COMFORTER SET BLACK | 2 | CD | C3120 | each | 19 | 1,175.95085 | 0 | 1,175.95085 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0005O04500100 | FLEUR CKING 4PC COMFORTER SET WHITE | 2 | CD | C4500 | each | 1 | 52.627912 | 0 | 52.627912 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0005O04597420 | AURELIO CKING COMFORTER SET BLUE | 2 | CD | C4597 | each | 1 | 62.962 | 0 | 62.962 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0005O04784990 | BELA CAL KING COMFORTER SET MULTI | 2 | CD | C4784 | each | 4 | 171.2464 | 0 | 171.2464 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0005O04786030 | ISLA CAL KING COMFORTER SET GREY | 2 | CD | C4786 | each | 37 | 2,339.479179 | 2,339.479179 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0005O06050272 | ESME CAL KING COMFRTER SET TAN 110 X 96 | 2 | CD | C6050 | each | 18 | 1,029.013038 | 1,029.013038 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0005O06405610 | GALLERIA CAL KING COMFORTR SET RED | 2 | CD | C6405 | each | 2 | 114.0752 | 114.0752 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0005O06406200 | GALLERIA WC KNG COMFORTER SET BROWN | 2 | CD | C6406 | each | 90 | 7,414.45002 | 7,414.45002 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0005O08350285 | LORETTA CAL KING COMFORTER SET LINEN | 2 | CD | C8350 | each | 1 | 61.724133 | 61.724133 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0005O09003610 | ARDEN CALKING COMFORTER SET RED | 2 | CD | C9003 | each | 21 | 1,387.565823 | 1,387.565823 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0005O09016603 | ESMERALDA CKING COMFORTER SET BORDEAUX | 2 | CD | C9016 | each | 121 | 8,188.6412 | 8,188.6412 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0005O09018410 | VALENTINA CKING COMFORTER SET NAVY | 2 | CD | C9018 | each | 20 | 1,225.9075 | 1,225.9075 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0011O06051273 | CAMRYN 2 PC TWIN COMFORTER SET TAUPE | 2 | CD | C6051 | each | 35 | 1,081.20999 | 1,081.20999 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0011O06052276 | BRAE 2 PC TWIN COMFORTER SET  NEUTRAL | 2 | CD | C6052 | each | 30 | 945.53001 | 945.53001 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0011O07001420 | SAYLOR TWIN COMF SET 68X68 2 PC BLU | 2 | CD | C7001 | each | 30 | 1,086.18 | 1,086.18 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0012O06051273 | CAMRYN 3 PC FULL COMFORTER SET TAUPE | 2 | CD | C6051 | each | 52 | 1,751.840012 | 1,751.840012 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0012O06052276 | BRAE 3 PC FULL COMFORT SET NEUTRAL | 2 | CD | C6052 | each | 45 | 1,565.46999 | 1,565.46999 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0012O07001420 | SAYLOR FULL COMF SET 80X90 3 PC BLUE | 2 | CD | C7001 | each | 45 | 1,893.659985 | 1,893.659985 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0013O04785040 | NOVA QUEEN COMFORTER SET SILVER | 2 | CD | C4785 | each | 1 | 51.233041 | 0 | 51.233041 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0013O04787990 | LIANA QUEEN COMFORTER SET MULTI | 2 | CD | C4787 | each | 63 | 3,038.0175 | 0 | 3,038.0175 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0013O06051273 | CAMRYN 3 PC QUEEN COMFORTER SET TAUPE | 2 | CD | C6051 | each | 105 | 3,906.670005 | 3,906.670005 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0013O06052276 | BRAE 3 PC QUEEN COMFORTER SET NEUTRAL | 2 | CD | C6052 | each | 90 | 3,438.30996 | 3,438.30996 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0013O07001420 | SAYLOR QUEEN COMF SET 92X96 3 PC BLUE | 2 | CD | C7001 | each | 90 | 4,282.22997 | 4,282.22997 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0013O09863110 | GRACE QUEEN COMF 3PC SET IVORY | 2 | CD | C9863 | each | 1 | 38.471833 | 0 | 38.471833 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0013O09878990 | CLAPTON QUEEN 3PC COMF SET MULTI | 2 | CD | C9878 | each | 42 | 1,631.986944 | 0 | 1,631.986944 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0014O04787990 | LIANA KING COMFORTER SET MULTI | 2 | CD | C4787 | each | 8 | 450.22164 | 56.277705 | 393.943935 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0014O06051273 | CAMRYN 3 PC KING COMFORTER SET TAUPE | 2 | CD | C6051 | each | 140 | 6,137.64998 | 6,137.64998 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0014O06052276 | BRAE 3 PC KING COMFORTER SET NEUTRAL | 2 | CD | C6052 | each | 135 | 6,181.12998 | 6,181.12998 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0014O07001420 | SAYLOR KING COMF SET 110X96 3 PC BLUE | 2 | CD | C7001 | each | 135 | 7,236.03996 | 7,236.03996 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0014O09878990 | CLAPTON KING 3PC COMFORT SET MULTI | 2 | CD | C9878 | each | 34 | 1,511.44875 | 0 | 1,511.44875 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0181O06053448 | AMIRA TWIN QUILT 68X90 SOFT BLUE | 2 | CD | C6053 | each | 36 | 751.989996 | 751.989996 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0181O06053670 | AMIRA TWIN QUILT 68X90 PINK | 2 | CD | C6053 | each | 19 | 396.900006 | 396.900006 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0183O06053448 | AMIRA FULL/QUEEN  QUILT 90X90 SOFT BLUE | 2 | CD | C6053 | each | 94 | 2,295.73004 | 2,295.73004 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0183O06053670 | AMIRA FULL/QUEEN  QUILT 90X90 PINK | 2 | CD | C6053 | each | 86 | 2,100.349964 | 2,100.349964 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0184O06053448 | AMIRA KING  QUILT 104X90 SOFT BLUE | 2 | CD | C6053 | each | 102 | 3,010.539996 | 3,010.539996 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0184O06053670 | AMIRA KING  QUILT 104X90 PINK | 2 | CD | C6053 | each | 105 | 3,099.08004 | 3,099.08004 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0186O06053448 | AMIRA STANDARD QUILT SHAM 20X26 SOFT BLU | 2 | CD | C6053 | each | 184 | 912.380008 | 912.380008 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0186O06053670 | AMIRA STANDARD QUILT SHAM 20X26 PINK | 2 | CD | C6053 | each | 190 | 942.13001 | 942.13001 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0187O06053448 | AMIRA KING QUILT SHAM 20X36 SOFT BLUE | 2 | CD | C6053 | each | 230 | 1,388.76001 | 1,388.76001 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0187O06053670 | AMIRA KING QUILT SHAM 20X36 PINK | 2 | CD | C6053 | each | 206 | 1,243.839948 | 1,243.839948 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0401C09018410 | VALENTINA POLETOP DRAPERY82X84 NAVY | 2 | CD | C9018 | each | 1 | 22.828378 | 22.828378 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0401O00635420 | CAPTAINS QTR POLE TOP 82X84 BLUE | 2 | CD | C0635 | each | 5 | 78.540415 | 0 | 78.540415 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0401O01459423 | GABRUELLINED POLE TOP DRAPERY SLATE BLU | 2 | CD | C1459 | each | 170 | 3,731.31125 | 3,731.31125 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0401O03110282 | HELENA PANEL PAIR  82X84 CHAMPAGNE | 2 | CD | C3110 | each | 72 | 1,816.369992 | 1,816.369992 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0401O03120001 | DIANELLA POLE TOP DRAPRY 82X84 BLACK | 2 | CD | C3120 | each | 12 | 228.8538 | 0 | 228.8538 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0401O04500100 | FLEUR POLETOP DRAPERY 82X84 WHITE | 2 | CD | C4500 | each | 9 | 201.312 | 44.736 | 156.576 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0401O04784990 | BELA POLE TOP DRAPERY82X84 MULTI | 2 | CD | C4784 | each | 36 | 688.55328 | 0 | 688.55328 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0401O04786030 | ISLA POLE TOP DRAPERY 82X84 GREY | 2 | CD | C4786 | each | 86 | 2,139.539972 | 2,139.539972 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0401O04787990 | LIANA PANEL PAIR  82X84 MULTI | 2 | CD | C4787 | each | 6 | 168.364284 | 168.364284 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0401O04789273 | ALEXANDER DRAPERY PANEL 82X84 TAUPE | 2 | CD | C4789 | each | 2 | 35.855316 | 35.855316 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0401O06050272 | ESME PANEL PAIR 82X84 TAN | 2 | CD | C6050 | each | 30 | 729.17001 | 729.17001 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0401O06051273 | Camryn Back Tab Panel Pair  82x84 | 2 | CD | C6051 | each | 36 | 905.420016 | 905.420016 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0401O06052276 | Brae Back Tab Panel Pair  82x84 -Neutral | 2 | CD | C6052 | each | 34 | 939.150016 | 939.150016 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0401O06405610 | GALLERIA POLE TOP DRAPERY82X84 RED | 2 | CD | C6405 | each | 291 | 6,344.12745 | 6,344.12745 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0401O06406200 | GALLERIA POLE TOP DRAPERY82X84 BROWN | 2 | CD | C6406 | each | 100 | 2,742.88 | 2,742.88 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0401O08350285 | LORETTA POLE TOP DRAPERY 82X84 LINEN | 2 | CD | C8350 | each | 94 | 2,765.856 | 2,765.856 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0401O09003610 | ARDEN POLE TOP DRAPERY82X84 RED | 2 | CD | C9003 | each | 57 | 1,382.398872 | 1,382.398872 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0401O09015054 | NADIA POLE TOP DRAPERY 82X84 LIGHT GREY | 2 | CD | C9015 | each | 64 | 1,914.902656 | 1,914.902656 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0401O09166603 | ESMERALDA POLETOP DRAPERY82X84 BORDEAUX | 2 | CD | C9016 | each | 99 | 3,268.4058 | 3,268.4058 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0401O09018410 | VALENTINA POLETOP DRAPERY82X84 NAVY | 2 | CD | C9018 | each | 16 | 384.865888 | 384.865888 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0401O09931276 | NERISSA POLE TOP DRAPERY 82X84 NEUTRAL | 2 | CD | C9931 | each | 2 | 45.0835 | 45.0835 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0402O09015054 | NADIA POLE TOP DRAPER PANEL 82X95 LIGHT GREY | 2 | CD | C9015 | each | 8 | 257.146664 | 257.146664 | 0 | | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0411O07001420 | SAYLOR BACK TAB PANEL PAIR 82X84 BLUE | 2 | CD | C7001 | each | 34 | 868.569984 | 868.569984 | 0 | | 0 | 0 | 0 |

| | | Item | Description | | | Code | Unit | Qty | Value | Value | Value | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WC | West Coast 3PL | 2A0411O09863110 | GRACE BACKTAB PANEL 82X84 IVORY | 2 | CD | C9863 | each | 1 | 25.418 | 25.418 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0411O09924273 | LAYLA BACKTAB PANEL 82X84 TAUPE | 2 | CD | C9924 | each | 1 | 31.959 | 0 | 31.959 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0412O04787990 | LIANA BACKTAB PANELS 82X95 MULTI | 2 | CD | C4787 | each | 4 | 128.312 | 0 | 128.312 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0412O09934030 | PHOEBE PANEL PAIR 82X95 GREY | 2 | CD | C9934 | each | 1 | 26.310313 | 0 | 26.310313 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0446O04788110 | ASTRID STR DBL LAYR VALA 70X20 IVORY | 2 | CD | C4788 | each | 1 | 10.023 | 0 | 10.023 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0454O06405610 | GALLERIA ASCOT VALANCE 40X21 RED | 2 | CD | C6405 | each | 499 | 4,497.914669 | 4,497.914669 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0454O06406200 | GALLERIA ASCOT VALANCE 40X21 BROWN | 2 | CD | C6406 | each | 200 | 2,121.13 | 2,121.13 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0457O03110282 | HELENA SCALLOP DBL LAYER VAL CHAMPAGNE | 2 | CD | C3110 | each | 144 | 1,558.919952 | 1,558.919952 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0457O04500100 | FLEUR SCALLOP DBL LAYER VAL WHITE | 2 | CD | C4500 | each | 1 | 9.842636 | 9.842636 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0457O04784990 | BELA SCALLOPED DBL LAYER VAL MULTI | 2 | CD | C4784 | each | 2 | 18.7617 | 0 | 18.7617 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0457O04786030 | ISLA SCALLOPED VALANCE GREY | 2 | CD | C4786 | each | 137 | 1,331.888381 | 1,331.888381 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0457O06050272 | ESME SCALLOPED DBL LAYER VAL 67X18 TAN | 2 | CD | C6050 | each | 51 | 49.639983 | 49.639983 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0468O09003610 | ARDEN WATERFALL SWAGVAL48.5X33 RED | 2 | CD | C9003 | each | 178 | 1,967.764724 | 1,967.764724 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0468O09015054 | NADIA WATERFALL SWAG 48.5X33 LIGHT GREY | 2 | CD | C9015 | each | 302 | 4,689.156718 | 4,689.156718 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0468O09016603 | ESMERALDA WATERFALLSWAG48.5X33 BORDEAUX | 2 | CD | C9016 | each | 187 | 2,884.5498 | 2,884.5498 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0494C09018410 | VALENTINA CANOPY VALANCE 54X19 NAVY | 2 | CD | C9018 | each | 1 | 9.22876 | 0 | 9.22876 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0494O01459423 | GABRUEL CANOPY VALANCE SLATE BLUE | 2 | CD | C1459 | each | 296 | 2,304.56 | 2,304.56 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0494O08350285 | LORETTA VALANCE 54x19 LINEN | 2 | CD | C8350 | each | 314 | 2,715.4163 | 2,715.4163 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0494O09018410 | VALENTINA CANOPY VALANCE 54X19 NAVY | 2 | CD | C9018 | each | 78 | 621.46344 | 621.46344 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0502C04789273 | ALEXANDER EURO SHAM 26X26 TAUPE | 2 | CD | C4789 | each | 531 | 5,828.093937 | 5,828.093937 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0502C08340210 | EVERLY EURO SHAM 26X26 BEIGE | 2 | CD | C8340 | each | 99 | 851.603049 | 851.603049 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0502C08350285 | LORETTA EURO SHAM 26X26 LINEN | 2 | CD | C8350 | each | 49 | 341.193909 | 341.193909 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0502C09003610 | ARDEN EURO SHAM 26X26 RED | 2 | CD | C9003 | each | 169 | 1,404.05369 | 1,404.05369 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0502O06534420 | CAPTAINS QUARTERS EURO SHAM BLUE | 2 | CD | C0635 | each | 7 | 36.722692 | 5.65 | 31.072692 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0502O00820710 | JULIUS 26X26 EURO SHAM GOLD | 2 | CD | C0820 | each | 12 | 82.6065 | 82.6065 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0502O01459423 | GABRUEL EURO SHAM 26"X26" SLATE BLUE | 2 | CD | C1459 | each | 334 | 2,138.27669 | 2,138.27669 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0502O01470990 | ASHTON EURO SHAM 26X26 MULTI | 2 | CD | C1470 | each | 498 | 4,724.366148 | 4,724.366148 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0502O03110110 | HELENA FLANGED EURO SHAM 26" IVORY | 2 | CD | C3110 | each | 144 | 995.069952 | 995.069952 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0502O04500990 | FLEUR EURO SHAM 26X26 MULTI | 2 | CD | C4500 | each | 1 | 8.225833 | 8.225833 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0502O04597420 | AURELIO EURO SHAM 26X26 BLUE | 2 | CD | C4597 | each | 21 | 163.59 | 163.59 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0502O04783100 | SAFFIRA EURO SHAM 26X26 WHITE | 2 | CD | C4783 | each | 1 | 9.074167 | 9.074167 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0502O04784270 | BELA EURO SHAM 26X26 BEIGE | 2 | CD | C4784 | each | 54 | 441.045 | 0 | 441.045 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0502O04786100 | ISLA EURO SHAM 26X26 WHITE | 2 | CD | C4786 | each | 105 | 772.734375 | 772.734375 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0502O04787100 | LIANA EURO SHAM 26X26 WHITE | 2 | CD | C4787 | each | 15 | 117.117225 | 0 | 117.117225 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0502O04789273 | ALEXANDER EURO SHAM 26X26 TAUPE | 2 | CD | C4789 | each | 2 | 21.847728 | 21.847728 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0502O06050270 | ESME EURO SHAM 26X26 BEIGE | 2 | CD | C6050 | each | 72 | 481.690008 | 481.690008 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0502O06051273 | CAMRYN EURO SHAM 26 X 26 TAUPE | 2 | CD | C6051 | each | 360 | 2,782.81008 | 2,782.81008 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0502O06052030 | Brae Euro Sham 26" x 26" GREY | 2 | CD | C6052 | each | 348 | 2,595.849972 | 2,595.849972 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0502O06405610 | GALLERIA EUROPEAN SHAM 26X26 RED | 2 | CD | C6405 | each | 274 | 1,094.913042 | 1,094.913042 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0502O06406200 | GALLERIA EUROPEAN SHAM 26X26 BROWN | 2 | CD | C6406 | each | 301 | 1,682.751767 | 1,682.751767 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0502O07001054 | SAYLOR EURO SHAM 26 X 26 LT GREY | 2 | CD | C7001 | each | 348 | 2,381.200092 | 2,381.200092 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0502O08350285 | LORETTA EURO SHAM 26X26 LINEN | 2 | CD | C8350 | each | 26 | 179.0126 | 179.0126 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0502O09003610 | ARDEN EURO SHAM 26X26 RED | 2 | CD | C9003 | each | 131 | 1,112.051664 | 1,112.051664 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0502O09015054 | NADIA EURO SHAM 26X26 LIGHT GREY | 2 | CD | C9015 | each | 110 | 1,442.00837 | 1,442.00837 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0502O09016603 | ESMERALDA EURO SHAM 26X26 BORDEAUX | 2 | CD | C9016 | each | 300 | 3,364.4499 | 3,364.4499 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0502O09018410 | VALENTINA EURO SHAM 26X26 NAVY | 2 | CD | C9018 | each | 204 | 1,512.411732 | 1,512.411732 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0502O09931276 | NERISSA EURO SHAM 26X26 NEUTRAL | 2 | CD | C9931 | each | 42 | 244.274646 | 244.274646 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0502O09934030 | PHOEBE EURO SHAM 26X26 GREY | 2 | CD | C9934 | each | 194 | 1,235.788342 | 0 | 1,235.788342 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0512C08350285 | LORETTA NECKROLL PILLOW 21X7 LINEN | 2 | CD | C8350 | each | 44 | 370.011928 | 370.011928 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0512O08350285 | LORETTA NECKROLL PILLOW 21X7 LINEN | 2 | CD | C8350 | each | 16 | 124.744448 | 124.744448 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0520C08340270 | EVERLY BOUDOIR PILLOW 20X15 BEIGE | 2 | CD | C8340 | each | 27 | 251.766387 | 251.766387 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0520O06405610 | GALLERIA BOUDOIR PILLOW 20X15 RED | 2 | CD | C6405 | each | 114 | 925.60875 | 925.60875 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0520O06406200 | GALLERIA BOUDOIR PILLOW 20X15 BROWN | 2 | CD | C6406 | each | 144 | 1,742.469984 | 1,742.469984 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0522O09878030 | CLAPTON BOUDOIR PILLOW 20X13 GREY | 2 | CD | C9878 | each | 4 | 22.016 | 0 | 22.016 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0523O03110282 | HELENA BOUDOIR PILLOW 20X12 CHAMPAGNE | 2 | CD | C3110 | each | 108 | 773.739972 | 773.739972 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0523O04787990 | LIANA BOUDOIR PILLOW 20X12 MULTI | 2 | CD | C4787 | each | 10 | 80.753 | 0 | 80.753 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0523O09016603 | ESMERALDA BOUDOIR PILLOW 20X12 BORDEAUX | 2 | CD | C9016 | each | 136 | 1,551.731712 | 1,551.731712 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0526O04786030 | ISLA BOUDOIR PLLOW 21X14 GREY | 2 | CD | C4786 | each | 105 | 839.352465 | 839.352465 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0529C04789273 | ALEXANDER BOUDOIR PILLOW 22X12 TAUPE | 2 | CD | C4789 | each | 457 | 3,443.286794 | 3,443.286794 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0529O04789273 | ALEXANDER BOUDOIR PILLOW 22X12 TAUPE | 2 | CD | C4789 | each | 1 | 8.211667 | 8.211667 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0530O01459423 | GABRUEL BOUDIOR 22"X11" SLATE BLUE | 2 | CD | C1459 | each | 321 | 2,476.752789 | 2,476.752789 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0530O09015054 | NADIA BOUDOIR PILLOW 22X11 LIGHT GREY | 2 | CD | C9015 | each | 108 | 1,283.046264 | 1,283.046264 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0536O06534420 | CAPTAINS QTR BOUD PILLOW 19X13 BLUE | 2 | CD | C0635 | each | 23 | 154.449784 | 0 | 154.449784 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0536O09018410 | VALENTINA BOUDOIR PILLOW 22X11 NAVY | 2 | CD | C9018 | each | 50 | 428.33 | 428.33 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0536O09863100 | GRACE BOUDOIR PILLOW 19X13 WHITE | 2 | CD | C9863 | each | 1 | 11.936667 | 0 | 11.936667 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0536O09931276 | NERISSA BOUDOIR PILLOW 19X13 NEUTRAL | 2 | CD | C9931 | each | 7 | 56.520072 | 56.520072 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0536O09934030 | PHOEBE BOUDOIR PILLOW 19X13 GREY | 2 | CD | C9934 | each | 14 | 101.082898 | 0 | 101.082898 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0539C09003610 | ARDEN BOUDOIR PILLOW 18X12 RED | 2 | CD | C9003 | each | 176 | 1,364.334752 | 1,364.334752 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0539O04783100 | SAFFIRA BOUDOIR PILLOW 18X12 WHITE | 2 | CD | C4783 | each | 1 | 6.773644 | 6.773644 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0539O09003610 | ARDEN BOUDOIR PILLOW 18X12 RED | 2 | CD | C9003 | each | 38 | 340.243602 | 340.243602 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0545C00820710 | JULIUS BOUDOIR PILLOW 24X12 GOLD | 2 | CD | C0820 | each | 438 | 4,123.7456 | 4,123.7456 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0545O04784990 | BELA BOUDOIR PILLOW 24X12 MULTI | 2 | CD | C4784 | each | 28 | 240.666664 | 0 | 240.666664 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0545O06051104 | Camryn Boudoir Pillow 24" X 12" Pearl | 2 | CD | C6051 | each | 70 | 610.36003 | 610.36003 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0545O06052040 | Brae Boudoir Pillow 24" X 12" Silver | 2 | CD | C6052 | each | 70 | 649.50998 | 649.50998 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0545O07001420 | SAYLOR BOUDOIR PILLOW 24X12 BLUE | 2 | CD | C7001 | each | 70 | 598.11003 | 598.11003 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0548O06050272 | ESME BOUDOIR PILLOW 24X15 TAN | 2 | CD | C6050 | each | 43 | 428.778413 | 428.778413 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0552O09924273 | LAYLA BOUDOIR PILLOW 20X13 TAUPE | 2 | CD | C9924 | each | 2 | 13.45 | 13.45 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0580C00820710 | JULIUS FASHION PILLOW 18X18 GOLD | 2 | CD | C0820 | each | 367 | 4,168.101575 | 4,168.101575 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0580C04789270 | ALEXANDER FASHION PILLOW 18X18 BEIGE | 2 | CD | C4789 | each | 463 | 4,785.94877 | 4,785.94877 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0580C08340270 | EVERLY FASHION PILLOW 18X18 BEIGE | 2 | CD | C8340 | each | 23 | 153.483186 | 153.483186 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0580O04784274 | BELA FASHION PILLOW 18X18 CREAM | 2 | CD | C4784 | each | 18 | 139.078134 | 139.078134 | 0 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0580O04785040 | NOVA FASHION PILLOW 18X18 SILVER | 2 | CD | C4785 | each | 1 | 9.222 | 0 | 9.222 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0580O04789270 | ALEXANDER FASHION PILLOW 18X18 BEIGE | 2 | CD | C4789 | each | 4 | 43.3756 | 43.3756 | 0 | 0 | 0 | 0 | 0 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WC | West Coast 3PL | 2A0580O04790030 | SILAS FASHION PILLOW 18X18 GREY | 2 | CD | C4790 | each | 41 | 631.6132 | 0 | 631.6132 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0580O06050272 | ESME FASHION FILLED PILLOW 20X20 TAN | 2 | CD | C6050 | each | 44 | 462.489984 | 462.489984 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0580O06405610 | GALLERIA FASHION PILLOW 18X18 RED | 2 | CD | C6405 | each | 399 | 3,235.224425 | 3,235.224425 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0580O06406200 | GALLERIA FASHION PILLOW 18X18 BROWN | 2 | CD | C6406 | each | 96 | 1,381.010016 | 1,381.010016 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0580O08350285 | LORETTA FASHION PILLOW 18X18 LINEN | 2 | CD | C8350 | each | 16 | 126.132224 | 126.132224 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0582C09003610 | ARDEN FASHION PILLOW 16X16 RED | 2 | CD | C9003 | each | 27 | 182.947491 | 182.947491 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0582O00635420 | CAPTAINS QTR FASH PILLOW 16X16 BLUE | 2 | CD | C0635 | each | 33 | 278.632299 | 0 | 278.632299 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0582O01459423 | GABRUEL FASHION PILLOW 16X16" SLATE BLU | 2 | CD | C1459 | each | 303 | 2,351.620383 | 2,351.620383 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0582O04500273 | FLEUR FASHION PILLOW 16X16 TAUPE | 2 | CD | C4500 | each | 1 | 8.23842 | 0 | 8.23842 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0582O04783100 | SAFFIRA FASHION PILLOW 16X16 WHITE | 2 | CD | C4783 | each | 1 | 7.128333 | 0 | 7.128333 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0582O04787100 | LIANA FASHION PILLOW 16X16 WHITE | 2 | CD | C4787 | each | 14 | 94.2158 | 0 | 94.2158 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0582O06051110 | Camryn Fashion Pillow 16" x 16" Ivory | 2 | CD | C6051 | each | 100 | 801.71 | 801.71 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0582O06052030 | Brae Fashion Pillow 16" x 16"- Grey | 2 | CD | C6052 | each | 100 | 759.85 | 759.85 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0582O07001054 | SAYLOR FASHION PILLOW 16X16 LT GREY | 2 | CD | C7001 | each | 100 | 801.71 | 801.71 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0582O09003610 | ARDEN FASHION PILLOW 16X16 RED | 2 | CD | C9003 | each | 36 | 325.62 | 325.62 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0582O09015054 | NADIA FASHION PILLOW 16X16 LIGHT GREY | 2 | CD | C9015 | each | 119 | 1,429.561399 | 1,429.561399 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0582O09016603 | ESMERALDA FASHION PILLOW 16X16 BORDEAUX | 2 | CD | C9016 | each | 141 | 1,544.508078 | 1,544.508078 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0582O09018410 | VALENTINA FASHION PILLOW 16X16 NAVY | 2 | CD | C9018 | each | 38 | 381.7081 | 381.7081 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0582O09863110 | GRACE FASHION PILLOW 16X16 IVORY | 2 | CD | C9863 | each | 5 | 58.22014 | 0 | 58.22014 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0582O09878990 | CLAPTON FASHION PILLOW 16X16 MULTI | 2 | CD | C9878 | each | 29 | 173.855 | 143.88 | 29.975 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0582O09924100 | LAYLA FASHION PILLOW 16X16 WHITE | 2 | CD | C9924 | each | 1 | 6.232 | 0 | 6.232 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0582O09931276 | NERISSA FASHION PILLOW 16X16 NEUTRAL | 2 | CD | C9931 | each | 13 | 144.97418 | 144.97418 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0582O09934030 | PHOEBE FASHION PILLOW 16X16 GREY | 2 | CD | C9934 | each | 10 | 65.48241 | 0 | 65.48241 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0590C09003610 | ARDEN SQUARE PILLOW 18X18 RED | 2 | CD | C9003 | each | 1 | 7.015455 | 0 | 7.015455 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0590C09018410 | VALENTINA SQUARE PILLOW 18X18 NAVY | 2 | CD | C9018 | each | 1 | 7.919008 | 7.919008 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0590O00635270 | CAPTAINS QTR SQ PILLOW 18X18 BEIGE | 2 | CD | C0635 | each | 4 | 28.56396 | 0 | 28.56396 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0590O01459423 | GABRUEL SQUARE 18"X18" SLATE BLUE | 2 | CD | C1459 | each | 307 | 2,211.292862 | 2,211.292862 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0590O04783100 | SAFFIRA SQUARE PILLOW 18X18 WHITE | 2 | CD | C4783 | each | 1 | 6.546 | 6.546 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0590O04786100 | ISLA FASHION PILLOW 18X18 WHITE | 2 | CD | C4786 | each | 106 | 1,096.711298 | 1,096.711298 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0590O04787990 | LIANA SQUARE PILLOW 18X18 MULTI | 2 | CD | C4787 | each | 11 | 72.468 | 0 | 72.468 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0590O06051040 | Camryn Square Pillow 18x18" Silver | 2 | CD | C6051 | each | 120 | 1,228.62 | 1,228.62 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0590O06052276 | Brae Square Pillow 18x18 | 2 | CD | C6052 | each | 104 | 835.560024 | 835.560024 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0590O06405610 | GALLERIA SQAURE PILLOW 18X18 RED | 2 | CD | C6405 | each | 72 | 496.687536 | 496.687536 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0590O06406200 | GALLERIA SQAURE PILLOW 18X18 BROWN | 2 | CD | C6406 | each | 96 | 1,111.790016 | 1,111.790016 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0590O07001420 | SAYLOR SQAURE PILLOW 18X18 BLUE | 2 | CD | C7001 | each | 120 | 1,053.57996 | 1,053.57996 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0590O09003610 | ARDEN SQUARE PILLOW 18X18 RED | 2 | CD | C9003 | each | 36 | 357.21954 | 357.21954 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0590O09015054 | NADIA SQUARE PILLOW 18X18 LIGHT GREY | 2 | CD | C9015 | each | 88 | 1,010.841128 | 1,010.841128 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0590O09016603 | ESMERALDA SQUARE PILLOW 18X18 BORDEAUX | 2 | CD | C9016 | each | 119 | 1,212.684375 | 1,212.684375 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0590O09018410 | VALENTINA SQUARE PILLOW 18X18 NAVY | 2 | CD | C9018 | each | 50 | 533.2075 | 533.2075 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0590O09863110 | GRACE SQUARE PILLOW 18X18 IVORY | 2 | CD | C9863 | each | 1 | 11.862728 | 11.862728 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0590O09878990 | CLAPTON SQUARE PILLOW 18X18 MULTI | 2 | CD | C9878 | each | 1 | 6.896 | 0 | 6.896 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0590O09924273 | LAYLA SQUARE PILLOW 18X18 TAUPE | 2 | CD | C9924 | each | 1 | 6.545 | 0 | 6.545 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0590O09934030 | PHOEBE SQUARE PILLOW 18X18 GREY | 2 | CD | C9934 | each | 3 | 22.280793 | 0 | 22.280793 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0591C00820710 | JULIUS SQUARE PILLOW 20X20 GOLD | 2 | CD | C0820 | each | 1,113 | 10,737.76833 | 10,737.76833 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0591C04789272 | ALEXANDER SQUARE PILLOW 20X20 TAN | 2 | CD | C4789 | each | 365 | 3,372.776533 | 3,372.776533 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0591C08340270 | EVERLY SQUARE PILLOW 20X20 BEIGE | 2 | CD | C8340 | each | 1 | 6.822128 | 6.822128 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0591C08350285 | LORETTA SQUARE PILLOW 20X20 LINEN | 2 | CD | C8350 | each | 8 | 78.96596 | 78.96596 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0591O03110282 | HELENA SQUARE PILLOW 20X20-CHAMPAGNE | 2 | CD | C3110 | each | 108 | 816.220044 | 816.220044 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0591O04784990 | BELA SQUARE PILLOW 20X20 MULTI | 2 | CD | C4784 | each | 2 | 15.453472 | 0 | 15.453472 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0591O04786030 | ISLA SQUARE PILLOW 20X20 GREY | 2 | CD | C4786 | each | 113 | 1,171.649879 | 1,171.649879 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0591O04789272 | ALEXANDER SQUARE PILLOW 20X20 TAN | 2 | CD | C4789 | each | 24 | 223.608 | 223.608 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0591O04790420 | SILAS SQUARE PILLOW 20X20 BLUE | 2 | CD | C4790 | each | 1 | 6.741667 | 0 | 6.741667 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0591O06050272 | ESME Square Filled Pillow 20X20 TAN | 2 | CD | C6050 | each | 44 | 362.12 | 362.12 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0591O08350285 | LORETTA SQUARE PILLOW 20X20 LINEN | 2 | CD | C8350 | each | 16 | 139.643328 | 139.643328 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2A0610O03110282 | HELENA MTR FASH PILLOW 20X20 -CHAMPAGNE | 2 | CD | C3110 | each | 108 | 773.739972 | 773.739972 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2AM003O09931276 | NERISSA KING COMFORTER SET NEUTRAL | 2 | CD | C9931 | each | 6 | 354.4602 | 354.4602 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2AM004O09931276 | NERISSA KING COMFORTER SET NEUTRAL | 2 | CD | C9931 | each | 2 | 138.217466 | 138.217466 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2AM005O09931276 | NERISSA CAL KING COMFORTER SET NEUTRAL | 2 | CD | C9931 | each | 10 | 685.61625 | 685.61625 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2AM590O09931276 | NERISSA SQUARE PILLOW 18X18 NEUTRAL | 2 | CD | C9931 | each | 5 | 40.797185 | 40.797185 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2H0582O09780536 | VIOLA FASHION PILLOW 16X16 DUSK | 2 | CD | C9780 | each | 44 | 178.01828 | 0 | 178.01828 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2J0401P01470990 | ASHTON POLE TOP DRAPERY 82X84 MULTI | 2 | CD | C1470 | each | 308 | 5,807.319264 | 5,807.319264 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2J0560P01470990 | ASHTON BOUDOIR PILLOW 22X11 MULTI | 2 | CD | C1470 | each | 253 | 2,613.176039 | 2,613.176039 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2J0582P01470990 | ASHTON FASHION PILLOW 16X16 MULTI | 2 | CD | C1470 | each | 251 | 1,745.286357 | 1,745.286357 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2JM003P01470990 | ASHTON QUEEN COMFORTER SET MULTI | 2 | CD | C1470 | each | 532 | 35,906.224106 | 35,906.224106 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2JM004P01470990 | ASHTON KING COMFORTER SET MULTI | 2 | CD | C1470 | each | 463 | 35,798.650079 | 35,798.650079 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2JM005P01470990 | ASHTON WC KING COMFORTER SET MULTI | 2 | CD | C1470 | each | 318 | 23,697.340569 | 23,697.340569 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2JM481P01470990 | ASHTON CIRCLE VALANCE 42X24.25 MULTI | 2 | CD | C1470 | each | 351 | 4,788.393593 | 4,788.393593 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2JM590P01470990 | ASHTON SQUARE PILLOW 18X18 MULTI | 2 | CD | C1470 | each | 263 | 2,102.636772 | 2,102.636772 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 2JM593P01470990 | ASHTON EURO PILLOW 26X26 MULTI | 2 | CD | C1470 | each | 64 | 1,177.8752 | 1,177.8752 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 300022E00038040 | CARDIFF NAPKIN RING SILVER | 3 | TC | 30038 | each | 2,546 | 1,698.939532 | 1,698.939532 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 300022E00038710 | CARDIFF NAPKIN RING GOLD | 3 | TC | 30038 | each | 2,976 | 1,849.709664 | 1,849.709664 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 300022E05406180 | ORBIT NAPKIN RING BRUSHED SILVER | 3 | TC | 35406 | each | 2,280 | 1,774.5924 | 1,774.5924 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 300022E05406711 | ORBIT NAPKIN RING BRUSHED GOLD | 3 | TC | 35406 | each | 2,748 | 2,218.977024 | 2,218.977024 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 300022O00338040 | BEADED ELEGANCE N/R SILVER | 3 | TC | 30338 | each | 7,296 | 3,735.559296 | 3,735.559296 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 300022O05295062 | FLEUR DE LIS NAPKIN RING TITANIUM | 3 | TC | 35295 | each | 969 | 715.540176 | 645.610176 | 69.93 | 0 | 0 | 0 |
| WC | West Coast 3PL | 300022O05295711 | FLEUR DE LIS NAPKIN RING BRUSHED GOLD | 3 | TC | 35295 | each | 476 | 316.55034 | 316.55034 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 300022O05454752 | HAMMERED BEADS NRING OIL RUBBED BRONZE | 3 | TC | 35454 | each | 288 | 164.5056 | 0 | 164.5056 | 0 | 0 | 0 |
| WC | West Coast 3PL | 300022R00042040 | WHITBY NAPKIN RING SILVER | 3 | TC | 30042 | each | 3,240 | 2,239.34028 | 1,859.50602 | 379.83426 | 0 | 0 | 0 |
| WC | West Coast 3PL | 300022R00042710 | WHITBY NAPKIN RING GOLD | 3 | TC | 30042 | each | 10,176 | 7,622.162112 | 6,977.365344 | 644.796768 | 0 | 0 | 0 |
| WC | West Coast 3PL | 300022R00042752 | WHITBY NAPKIN RING OIL RUBBED BRONZE | 3 | TC | 30042 | each | 1,732 | 1,364.525024 | 1,364.525024 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 300022R00338710 | BEADED ELEGANCE N/R GOLD | 3 | TC | 30338 | each | 4,429 | 2,430.719351 | 2,430.719351 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 300022R05406001 | ORBIT POWDER COAT BLACK BLACK | 3 | TC | 35406 | each | 3,636 | 2,346.518052 | 2,346.518052 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 300022R05406180 | ORBIT NAPKIN RING BRUSHED SILVER | 3 | TC | 35406 | each | 7,452 | 5,321.801088 | 5,321.801088 | 0 | 0 | 0 | 0 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WC | West Coast 3PL | 300022R05465040 | TWISTED WIRE NAPKIN RING SILVER | 3 | TC | 35465 | each | 5,004 | 2,402.155188 | 2,402.155188 | 0 | 0 | 0 |
| WC | West Coast 3PL | 300023E00043101 | JUTE BRAID NAPKIN RING NATURAL | 3 | TC | 30043 | each | 1,440 | 879.51888 | 879.51888 | 0 | 0 | 0 |
| WC | West Coast 3PL | 300023R05229100 | NAUTICAL ROPE NRING WHITE | 3 | TC | 35229 | each | 2,028 | 1,150.883116 | 1,150.883116 | 0 | 0 | 0 |
| WC | West Coast 3PL | 300025O00094101 | MOTHER OF PEARL NAPKIN RING NATURAL | 3 | TC | 30094 | each | 1,572 | 1,056.0696 | 0 | 1,056.0696 | 0 | 0 |
| WC | West Coast 3PL | 300025R05232100 | PEARL SPIRAL NAPKIN RING WHITE | 3 | TC | 35232 | each | 5,338 | 4,898.572912 | 4,898.572912 | 0 | 0 | 0 |
| WC | West Coast 3PL | 300025R05505458 | COASTAL SPARKLE NRING SEAGLASS | 3 | TC | 35505 | each | 4,248 | 4,596.259872 | 4,596.259872 | 0 | 0 | 0 |
| WC | West Coast 3PL | 300052SM9996963 | ANGELINA PLACEMAT 14X14 CHRISTMAS | 3 | TC | 39996 | each | 2,904 | 4,739.548704 | 0 | 4,739.548704 | 0 | 0 |
| WC | West Coast 3PL | 300136SM9996963 | ANGELINA CENTERPIECE 14X36 CHRISTMAS | 3 | TC | 39996 | each | 1,056 | 4,424.649504 | 0 | 4,424.649504 | 0 | 0 |
| WC | West Coast 3PL | 300223D00147040 | MOTHER OF PEARL 4PC NRING SET SILVER | 3 | TC | 30147 | each | 12 | 38.2956 | 9.5739 | 28.7217 | 0 | 0 |
| WC | West Coast 3PL | 300223D00338040 | BEADED ELEGANCE 4PC NRING SET SILVER | 3 | TC | 30338 | each | 3 | 6.5136 | 0 | 6.5136 | 0 | 0 |
| WC | West Coast 3PL | 300254R05410272 | BUNNY EARS NAPKIN RING 4PC SET | 3 | TC | 35410 | each | 24 | 73.706352 | 73.706352 | 0 | 0 | 0 |
| WC | West Coast 3PL | 300254R05420090 | PEARL SPARKLE NRING SET | 3 | TC | 35420 | each | 132 | 427.903872 | 414.937088 | 12.966784 | 0 | 0 |
| WC | West Coast 3PL | 300254R05422990 | WILDFLOWER WREATH NRING SET | 3 | TC | 35422 | each | 76 | 292.208144 | 276.828768 | 15.379376 | 0 | 0 |
| WC | West Coast 3PL | 4G0129O00035999 | TRANQUILITY KITCHEN MAT 20X39 ASSORTED | 4 | RG | 49035 | each | 2,376 | 22,630.212 | 0 | 2,743.056 | 19,887.156 | 0 |
| WC | West Coast 3PL | 4G0133O00253991 | HOME SWEET HOME FARM PVC MAT DARK MULTI | 4 | RG | 40253 | each | 4 | 15.559508 | 0 | 15.559508 | 0 | 0 |
| WC | West Coast 3PL | 4G0190O00252221 | WELCOME RUBBER/ COIR 23X36 COPPER | 4 | RG | 40252 | each | 340 | 3,030.87968 | 0 | 3,030.87968 | 0 | 0 |
| WC | West Coast 3PL | 4G0246O07495001 | SUPREME ANTI-FATIGUE MAT BLACK 24X60 | 4 | RG | 47495 | each | 51 | 1,473.689982 | 0 | 1,473.689982 | 0 | 0 |
| WC | West Coast 3PL | 4G0246O07495200 | SUPREME ANTI-FATIGUE MAT BROWN 24X60 | 4 | RG | 47495 | each | 39 | 1,126.950006 | 0 | 1,126.950006 | 0 | 0 |
| WC | West Coast 3PL | 4G0246O07495276 | SUPREME ANTI-FATIGUE MAT NEUTRAL 24X60 | 4 | RG | 47495 | each | 30 | 866.88 | 0 | 866.88 | 0 | 0 |
| WC | West Coast 3PL | 60027R01358100 | SPA TILE WINDOW VALANCE 70X14" WHITE | 6 | CF | C1358 | each | 111 | 451.423966 | 451.423966 | 0 | 0 | 0 |
| WC | West Coast 3PL | 60035R01358100 | SPA TILE SHOWER CURTAIN 72X84 WHITE | 6 | CF | C1358 | each | 498 | 6,361.863276 | 6,361.863276 | 0 | 0 | 0 |
| WC | West Coast 3PL | 60036R01358100 | SPA TILE SHOWER CURTAIN 72X96 WHITE | 6 | CF | C1358 | each | 164 | 2,071.927966 | 1,416.31996 | 655.608006 | 0 | 0 |
| WC | West Coast 3PL | 60040R00450712 | WOODLANDER SH CURTAIN 72X75 BRONZE | 6 | CF | C0450 | each | 3 | 40.108773 | 40.108773 | 0 | 0 | 0 |
| WC | West Coast 3PL | 60040R01358100 | SPA TILE SHOWER CURTAIN 70X75 WHITE | 6 | CF | C1358 | each | 2,273 | 24,363.068206 | 24,363.068206 | 0 | 0 | 0 |
| WC | West Coast 3PL | 60042R01358100 | SPA TILE WINDOW PANELS 32X45" WHITE | 6 | CF | C1358 | each | 148 | 938.034946 | 787.334214 | 150.700732 | 0 | 0 |
| WC | West Coast 3PL | 60048R01358100 | SPA TILE STALL SCURTAIN 54X78 WHITE | 6 | CF | C1358 | each | 275 | 2,449.46751 | 0 | 2,449.46751 | 0 | 0 |
| WC | West Coast 3PL | 60062R01358990 | SPA TILE SHOWER HOOK MULTI | 6 | CF | C1358 | each | 4,831 | 12,428.679854 | 12,428.679854 | 0 | 0 | 0 |
| WC | West Coast 3PL | 60064R01358100 | SPA TILE RUG 30X20 WHITE | 6 | CF | C1358 | each | 3,326 | 28,578.412202 | 28,578.412202 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0001O04787990 | LIANA TUMBLER MULTI | 6 | CF | C4787 | each | 196 | 492.54761 | 5.025998 | 487.521612 | 0 | 0 |
| WC | West Coast 3PL | 6A0001O04794990 | ALENE TUMBLER MULTI | 6 | CF | C4794 | each | 36 | 102.157992 | 102.157992 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0001O08004420 | NOMAD TUMBLER BLUE | 6 | CF | C8004 | each | 3,726 | 9,030.007764 | 9,030.007764 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0001O08009469 | MOSAIC LEAVES SPA II TUMBLER SPA | 6 | CF | C8009 | each | 119 | 283.946252 | 11.93051 | 272.015742 | 0 | 0 |
| WC | West Coast 3PL | 6A0002O04787990 | LIANA TOOTHBRUSH HOLDER MULTI | 6 | CF | C4787 | each | 203 | 531.677115 | 36.6674 | 495.009715 | 0 | 0 |
| WC | West Coast 3PL | 6A0002O04794990 | ALENE TOOTHBRUSH HOLDER MULTI | 6 | CF | C4794 | each | 40 | 119.73232 | 119.73232 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0002O08004420 | NOMAD TOOTHBRUSH HOLDER BLUE | 6 | CF | C8004 | each | 2,824 | 7,151.715048 | 7,151.715048 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0002O08009469 | MOSAIC LEAVES SPA II TB HOLDER SPA | 6 | CF | C8009 | each | 162 | 468.341844 | 37.58299 | 430.758854 | 0 | 0 |
| WC | West Coast 3PL | 6A0003O04787990 | ALENE DISPENSER MULTI | 6 | CF | C4787 | each | 297 | 888.357565 | 0 | 888.357565 | 0 | 0 |
| WC | West Coast 3PL | 6A0003O04794990 | ALENE DISPENSER MULTI | 6 | CF | C4794 | each | 58 | 203.34742 | 203.34742 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0003O08004420 | NOMAD DISPENSER BLUE | 6 | CF | C8004 | each | 3,327 | 11,349.059073 | 11,349.059073 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0003O08009469 | MOSAIC LEAVES SPA II DISPENSER SPA | 6 | CF | C8009 | each | 169 | 623.560019 | 51.655786 | 571.904233 | 0 | 0 |
| WC | West Coast 3PL | 6A0004O00042100 | AYLA SOAP DISH WHITE | 6 | CF | C0042 | each | 2 | 4.76 | 0 | 4.76 | 0 | 0 |
| WC | West Coast 3PL | 6A0004O04787990 | LIANA SOAP DISH MULTI | 6 | CF | C4787 | each | 151 | 362.988749 | 0 | 362.988749 | 0 | 0 |
| WC | West Coast 3PL | 6A0004O04794990 | ALENE SOAP DISH MULTI | 6 | CF | C4794 | each | 36 | 90.659016 | 90.659016 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0004O08004420 | NOMAD SOAP DISH BLUE | 6 | CF | C8004 | each | 1,957 | 4,483.645442 | 4,483.645442 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0004O08009469 | MOSAIC LEAVES SPA II SOAP DISH SPA | 6 | CF | C8009 | each | 12 | 30.222012 | 5.037002 | 25.18501 | 0 | 0 |
| WC | West Coast 3PL | 6A0005O04787990 | LIANA WASTE BASKET MULTI | 6 | CF | C4787 | each | 113 | 1,594.023406 | 0 | 1,594.023406 | 0 | 0 |
| WC | West Coast 3PL | 6A0005O04794990 | ALENE WASTE BASKET MULTI | 6 | CF | C4794 | each | 35 | 498.47658 | 498.47658 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0005O08004420 | NOMAD WASTEBASKET BLUE | 6 | CF | C8004 | each | 674 | 8,323.61692 | 8,323.61692 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0005O08009469 | MOSAIC LEAVES SPA II WB SPA | 6 | CF | C8009 | each | 150 | 2,166.705885 | 216.670575 | 1,950.03531 | 0 | 0 |
| WC | West Coast 3PL | 6A0006O04787990 | LIANA TISSUE COVER MULTI | 6 | CF | C4787 | each | 31 | 248.260492 | 120.126028 | 128.134464 | 0 | 0 |
| WC | West Coast 3PL | 6A0006O04794990 | ALENE TISSUE COVER MULTI | 6 | CF | C4794 | each | 32 | 261.853408 | 261.853408 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0006O08004420 | NOMAD TISSUE COVER BLUE | 6 | CF | C8004 | each | 605 | 4,725.858617 | 4,725.858617 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0027O00316469 | ROTHBURY VALANCE 70X15.5 SPA | 6 | CF | C0316 | each | 128 | 250.92599 | 124.65999 | 126.266 | 0 | 0 |
| WC | West Coast 3PL | 6A0027R00277712 | MAGNOLIA WINDOW VALANCE 70X14 BRONZE | 6 | CF | C0277 | each | 46 | 296.5252 | 0 | 296.5252 | 0 | 0 |
| WC | West Coast 3PL | 6A0027R01349468 | FAIRFAX TAILORED VALANCE 70X14 SLATE | 6 | CF | C1349 | each | 17 | 80.821162 | 0 | 80.821162 | 0 | 0 |
| WC | West Coast 3PL | 6A0035O00086469 | MOSAIC LEAVES SCURTAIN LONG 84 SPA | 6 | CF | C0086 | each | 24 | 186.612 | 0 | 186.612 | 0 | 0 |
| WC | West Coast 3PL | 6A0035O00316469 | ROTHBURY SHOWER CURTAIN 72X84 SPA | 6 | CF | C0316 | each | 93 | 862.800691 | 630.629349 | 232.171342 | 0 | 0 |
| WC | West Coast 3PL | 6A0035O03246273 | DARIAN SHOWER CURTAIN XL 72X84 TAUPE | 6 | CF | C3246 | each | 119 | 1,442.0243 | 1,442.0243 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0035O04787990 | LIANA SC XL 72X84 MULTI | 6 | CF | C4787 | each | 1 | 8.511286 | 0 | 8.511286 | 0 | 0 |
| WC | West Coast 3PL | 6A0035O08005040 | GWYNN SHOWER CURTAIN 72X84 SILVER | 6 | CF | C8005 | each | 27 | 325.190961 | 120.44104 | 204.749921 | 0 | 0 |
| WC | West Coast 3PL | 6A0035O08006457 | ECHO SHOWER CURTAIN 72X84 SLATE GREY | 6 | CF | C8006 | each | 2 | 22.581764 | 0 | 22.581764 | 0 | 0 |
| WC | West Coast 3PL | 6A0035R00277712 | MAGNOLIA SHOWER CURTAIN 72X84L BRONZE | 6 | CF | C0277 | each | 133 | 1,831.198131 | 0 | 1,831.198131 | 0 | 0 |
| WC | West Coast 3PL | 6A0036O00316469 | ROTHBURY SHOWER CURTAIN 72X96 SPA | 6 | CF | C0316 | each | 60 | 779.74284 | 0 | 779.74284 | 0 | 0 |
| WC | West Coast 3PL | 6A0040O00086469 | MOSAIC LEAVES SCURTAIN 70X72 MULTI | 6 | CF | C0086 | each | 2 | 14.479 | 14.479 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0040O00086469 | MOSAIC LEAVES SCURTAIN 70X72 SPA | 6 | CF | C0086 | each | 111 | 780.663162 | 393.848056 | 386.815106 | 0 | 0 |
| WC | West Coast 3PL | 6A0040O00277712 | MAGNOLIA SHOWER CURTAIN 70X72 BRONZE | 6 | CF | C0277 | each | 1 | 10.276082 | 10.276082 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0040O00303101 | SHELLS ASHORE SHOWER CURTAIN NATURAL | 6 | CF | C0303 | each | 2 | 20.769366 | 20.769366 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0040O00316469 | ROTHBURY SHOWER CURTAIN 72X72 SPA | 6 | CF | C0316 | each | 20 | 131.89102 | 131.89102 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0040O00781101 | FIJI SHOWER CURTAIN 70X72 NATURAL | 6 | CF | C0781 | each | 36 | 387.528768 | 387.528768 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0040O01349001 | FAIRFAX FABRIC SC 72X72 BLACK | 6 | CF | C1349 | each | 1,541 | 19,176.405603 | 19,176.405603 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0040O01349468 | FAIRFAX FABRIC SC 72X72 SLATE | 6 | CF | C1349 | each | 6 | 70.672602 | 70.672602 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0040O03246273 | DARIAN SHOWER CURTAIN PVC72 TAUPE | 6 | CF | C3246 | each | 410 | 4,425.85365 | 4,425.85365 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0040O04787990 | LIANA SC 72X72 MULTI | 6 | CF | C4787 | each | 36 | 273.751164 | 0 | 273.751164 | 0 | 0 |
| WC | West Coast 3PL | 6A0040O04794990 | ALENE SHOWER CURTAIN MULTI | 6 | CF | C4794 | each | 217 | 1,389.939901 | 1,389.939901 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0040O08004030 | NOMAD SHOWER CURTAIN 72 X72 GREY | 6 | CF | C8004 | each | 1,087 | 7,680.15502 | 7,680.15502 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0040O08004420 | NOMAD SHOWER CURTAIN 72 X72 BLUE | 6 | CF | C8004 | each | 6,968 | 48,827.478132 | 48,827.478132 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0040O08005040 | GWYNN SHOWER CURTAIN 72X72 SILVER | 6 | CF | C8005 | each | 22 | 229.9792 | 0 | 229.9792 | 0 | 0 |
| WC | West Coast 3PL | 6A0040O08006457 | ECHO SHOWER CURTAIN 72X72 SLATE GREY | 6 | CF | C8006 | each | 915 | 8,631.927131 | 0 | 8,631.927131 | 0 | 0 |
| WC | West Coast 3PL | 6A0040O08007030 | SLOAN SHOWER CURTAIN 72X72 GREY | 6 | CF | C8007 | each | 284 | 2,955.304013 | 114.466011 | 2,840.838002 | 0 | 0 |
| WC | West Coast 3PL | 6A0040O08014100 | GRACE SHOWER CURTAIN 72x72 WHITE | 6 | CF | C8014 | each | 48 | 467.82 | 467.82 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0040O08462030 | SAFFIRA SHOWER CURTAIN 72x72 GREY | 6 | CF | C8462 | each | 48 | 517.23 | 517.23 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0042O00316469 | ROTHBURY WIND PANELS64X45 SPA | 6 | CF | C0316 | each | 45 | 261.559305 | 261.559305 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0042O04787990 | LIANA BATH WINDOW PANEL 32X45 MULTI | 6 | CF | C4787 | each | 15 | 98.019225 | 0 | 98.019225 | 0 | 0 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WC | West Coast 3PL | 6A0042R01349468 | FAIRFAX WINDOW PANEL 32X45 SLATE | 6 | CF | C1349 | each | 22 | 374.300674 | 0 | 374.300674 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A004800088469 | MOSAIC LEAVES SC STALL 54X78 SPA | 6 | CF | C0086 | each | 22 | 159.838144 | 0 | 159.838144 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0048O00316469 | ROTHBURY SHOWER CURTAIN 54X78 SPA | 6 | CF | C0316 | each | 64 | 567.030016 | 567.030016 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0048O08050040 | GWYNN SHOWER CURTAIN 54X78 SILVER | 6 | CF | C8005 | each | 9 | 83.039337 | 0 | 83.039337 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0048O08007030 | SLOAN STALL SCURTAIN 54X78 GREY | 6 | CF | C8007 | each | 1 | 9.1649 | 0 | 9.1649 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0048R00277712 | MAGNOLIA 54X78 STALL CURTAIN BRONZE | 6 | CF | C0277 | each | 27 | 283.8456 | 42.0512 | 241.7944 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0050O04787990 | LIANA BATH TOWEL 27X52 MULTI | 6 | CF | C4787 | each | 113 | 604.38615 | 0 | 604.38615 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0050R01358100 | SPA TILE BATH TOWEL 27X50 WHITE | 6 | CF | C1358 | each | 1,341 | 10,971.076365 | 10,971.076365 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0051O04787990 | LIANA HAND TOWEL 16X28 MULTI | 6 | CF | C4787 | each | 112 | 223.810032 | 16.820288 | 206.989744 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0051R01358100 | SPA TILE HAND TWL 16X26 WHITE | 6 | CF | C1358 | each | 617 | 1,712.513733 | 1,712.513733 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0054O04787990 | LIANA TIP TOWEL 11X18 MULTI | 6 | CF | C4787 | each | 98 | 84.932586 | 7.302816 | 77.62977 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0054R01358100 | SPA TILE FTIP TWL 11X18 WHITE | 6 | CF | C1358 | each | 813 | 1,276.875849 | 1,276.875849 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0062O03244990 | CHARLOTTE SHOWER HOOKS MULTI | 6 | CF | C3244 | each | 4 | 11.443636 | 11.443636 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0062O03246040 | DARIAN SHOWER HOOKS SILVER | 6 | CF | C3246 | each | 120 | 404.16876 | 404.16876 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0062O04787990 | LIANA SC HOOK MULTI | 6 | CF | C4787 | each | 57 | 162.3132 | 0 | 162.3132 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0062O04794990 | ALENE SHOWER CURTAIN HOOKS MULTI | 6 | CF | C4794 | each | 70 | 181.49985 | 181.49985 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0062O08004420 | NOMAD SHOWER HOOKS BLUE | 6 | CF | C8004 | each | 4,652 | 11,964.70176 | 11,964.70176 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0064O00086469 | MOSAIC LEAVES BATH RUG 20X30 SPA | 6 | CF | C0086 | each | 21 | 146.489742 | 146.489742 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0064O01349001 | FAIRFAX BATH RUG 20X30 BLACK | 6 | CF | C1349 | each | 1 | 7.713957 | 7.713957 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0064O04787990 | LIANA BATH RUG 20X30 MULTI | 6 | CF | C4787 | each | 196 | 1,136.624188 | 0 | 1,136.624188 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0064O04794990 | ALENE BATH RUG 20X30 MULTI | 6 | CF | C4794 | each | 31 | 225.822073 | 225.822073 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0064O08005040 | GWYNN BATH RUG 20X30 SILVER | 6 | CF | C8005 | each | 15 | 88.820475 | 88.820475 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0064O08006457 | ECHO BATH RUG 20X30 SLATE GREY | 6 | CF | C8006 | each | 1,453 | 11,474.3018 | 0 | 11,474.3018 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0080O00086469 | MOSAIC LEAVES BATH TOWEL 27X52 SPA | 6 | CF | C0086 | each | 8 | 52.310392 | 52.310392 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0080O01349001 | FAIRFAX BATH TOWEL 27X52 BLACK | 6 | CF | C1349 | each | 2,305 | 13,831.747225 | 13,831.747225 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0080O03246273 | DARIAN BATH TOWEL 27X52 TAUPE | 6 | CF | C3246 | each | 768 | 4,568.07574 | 4,568.07574 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0081O00086469 | MOSAIC LEAVES HAND TOWEL 16X28 SPA | 6 | CF | C0086 | each | 8 | 20.96642 | 20.96642 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0081O01349001 | FAIRFAX EMBEL HAND TWL 16X28 BLACK | 6 | CF | C1349 | each | 1,806 | 4,251.129636 | 4,251.129636 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0081O03246273 | DARIAN HAND TOWEL 16X28 TAUPE | 6 | CF | C3246 | each | 820 | 2,017.997316 | 2,017.997316 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0084O00086469 | MOSAIC LEAVES TIP TOWEL 11X18 SPA | 6 | CF | C0086 | each | 138 | 205.192 | 113.0044 | 92.1876 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0084O01349001 | FAIRFAX TIP TOWEL 11" X 18" BLACK | 6 | CF | C1349 | each | 1,375 | 1,609.763375 | 1,609.763375 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0084O03244420 | CHARLOTTE TIP TOWEL 11X18 BLUE | 6 | CF | C3244 | each | 1 | 1.004595 | 1.004595 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0084O03246273 | DARIAN TIP TOWEL 11X18 TAUPE | 6 | CF | C3246 | each | 806 | 857.34119 | 857.34119 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0090O08004420 | NOMAD BATH TOWEL 27X50 BLUE | 6 | CF | C8004 | each | 908 | 5,403.37634 | 5,403.37634 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0090O08006457 | ECHO BATH TOWEL 27X52 SLATE GREY | 6 | CF | C8006 | each | 8 | 51.06712 | 0 | 51.06712 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0091O08004420 | NOMAD HAND TOWEL 16X26 BLUE | 6 | CF | C8004 | each | 1,549 | 3,164.092398 | 3,164.092398 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0091O08005040 | NOMAD HAND TOWEL 16X28 SILVER | 6 | CF | C8005 | each | 104 | 254.717424 | 0 | 254.717424 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0094O08004420 | NOMAD TIP TOWEL 11X18 BLUE | 6 | CF | C8004 | each | 693 | 654.998166 | 654.998166 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0094O08006457 | ECHO TIP TOWEL 11X18 SLATE GREY | 6 | CF | C8006 | each | 1 | 1.486189 | 1.486189 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0112O00086469 | MOSAIC LEAVES SPA PAPER G.T. SPA | 6 | CF | C0086 | each | 30 | 97.722 | 0 | 97.722 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0112O00394990 | AUDRA PAPER GUEST TWL MULTI | 6 | CF | C0394 | each | 150 | 186.94575 | 0 | 186.94575 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0512O04787990 | LIANA HAND 2 PK SET 16X28 MULTI | 6 | CF | C4787 | each | 18 | 184.946004 | 184.946004 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0542O04787990 | LIANA TIP 2 PK SET 11X18 MULTI | 6 | CF | C4787 | each | 24 | 100.83 | 100.83 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0802O03246273 | DARIAN 2PK BATH TOWEL 27X52 TAUPE | 6 | CF | C3246 | each | 80 | 835.74 | 835.74 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0812O01349001 | FAIRFAX 2PC HAND TOWEL SET BLACK | 6 | CF | C1349 | each | 112 | 459.685856 | 0 | 459.685856 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0812O03246273 | DARIAN 2 PK HAND TOWEL 16X28 TAUPE | 6 | CF | C3246 | each | 340 | 1,364.7668 | 1,364.7668 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6A0842O03246273 | DARIAN 2PK TIP TOWEL 11X18 TAUPE | 6 | CF | C3246 | each | 396 | 698.40738 | 698.40738 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | 6AX112R00379990 | AMARYLLIS PAPER GUEST TOWELS MULTI | 6 | CF | C0379 | each | 9,597 | 15,107.392725 | 15,107.392725 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | BED300007000030 | CLOROX MCF ANTI 3PC SHEET TW/TXL GREY | X | XD | 7000 | each | 116 | 759.192392 | 759.192392 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | BED300007000100 | CLOROX MCF ANTI 3PC SHEET TW/TWXL WHITE | X | XD | 7000 | each | 228 | 1,492.213716 | 1,492.213716 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | BED300007000410 | CLOROX MCF ANTI 3PC SHEET TW/TXL NAVY | X | XD | 7000 | each | 116 | 759.192044 | 759.192044 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | BED300007000531 | CLOROX MCF ANTI 3PC SHEET TW/TXL LAVEND | X | XD | 7000 | each | 178 | 1,164.96995 | 1,164.96995 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | BED302007000030 | CLOROX MCF ANTI 4PC SHEET FULL GREY | X | XD | 7000 | each | 34 | 263.54828 | 263.54828 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | BED302007000100 | CLOROX MCF ANTI 4PC SHEET FULL WHITE | X | XD | 7000 | each | 60 | 465.08478 | 465.08478 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | BED302007000410 | CLOROX MCF ANTI 4PC SHEET FULL NAVY | X | XD | 7000 | each | 40 | 310.0568 | 310.0568 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | BED302007000531 | CLOROX MCF ANTI 4PC SHEET F LAVENDER | X | XD | 7000 | each | 118 | 914.660008 | 914.660008 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | BED303007000030 | CLOROX MCF ANTI 4PC QUEEN SHEET SET GREY | X | XD | 7000 | each | 116 | 942.126596 | 942.126596 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | BED303007000100 | CLOROX MCF ANTI 4PCQUEEN SHEET SET WHITE | X | XD | 7000 | each | 158 | 1,283.239976 | 1,283.239976 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | BED303007000410 | CLOROX MCF ANTI 4PC QUEEN SHEET SET NAVY | X | XD | 7000 | each | 116 | 942.126248 | 942.126248 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | BED303007000531 | CLOROX MCF ANTI 4PC QUEEN SHT SET LAVEND | X | XD | 7000 | each | 162 | 1,315.72998 | 1,315.72998 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | BED304007000030 | CLOROX MCF ANTI 4PC KING SHEET SET GREY | X | XD | 7000 | each | 146 | 1,351.484624 | 1,351.484624 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | BED304007000100 | CLOROX MCF ANTI 4PC KING SHEET SET WHITE | X | XD | 7000 | each | 242 | 2,240.128902 | 2,240.128902 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | BED304007000410 | CLOROX MCF ANTI 4PC KING SHEET SET NAVY | X | XD | 7000 | each | 138 | 1,277.428878 | 1,277.428878 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | BED304007000420 | CLOROX MCF ANTI 4PC KING SHEET SET BLUE | X | XD | 7000 | each | 180 | 1,666.22004 | 1,666.22004 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | BED304007000531 | CLOROX MCF ANTI 4PC KING SHT SET LAVEND | X | XD | 7000 | each | 180 | 1,666.22004 | 1,666.22004 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | BED320007030100 | CLOROX STD PLW PROTECT ANTI 20X26 WHITE | X | XD | 7030 | each | 2,400 | 2,788.3008 | 2,788.3008 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | BED321007030100 | CLOROX KNG PLW PROTECT ANTI 20X36 WHITE | X | XD | 7030 | each | 1,800 | 2,335.7394 | 2,335.7394 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | BED322207020100 | CLOROX FABR MAT PRT MAT TW 39X75-14 WHITE | X | XD | 7020 | each | 1,200 | 7,934.5704 | 7,934.5704 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | BED323007020100 | CLOROX FABR MAT PRT AM FL 54X75-14 WHITE | X | XD | 7020 | each | 894 | 6,895.183302 | 6,895.183302 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | BED324007020100 | CLOROX FABR MAT PRT AM QU 60X80-14 WHITE | X | XD | 7020 | each | 1,890 | 14,322.14406 | 14,322.14406 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | BED325007020100 | CLOROX FABR MAT PRT AM KG 78X80-14 WHITE | X | XD | 7020 | each | 1,200 | 9,531.28785 | 9,531.28785 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | BED326006060100 | CLOROX PVA MAT PROT AM TW 39X80-14 WHITE | X | XD | 6060 | each | 2,400 | 8,579.43984 | 8,579.43984 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | BED327006060100 | CLOROX PVA MAT PROT AM FL 54X75-14 WHITE | X | XD | 6060 | each | 1,200 | 5,030.60037 | 5,030.60037 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | BED328006060100 | CLOROX PVA MAT PROT AM QU 60X80-14 WHITE | X | XD | 6060 | each | 1,200 | 5,179.510056 | 5,179.510056 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | BED329006060100 | CLOROX PVA MAT PROT AM KG 78X80-14 WHITE | X | XD | 6060 | each | 1,200 | 6,151.07964 | 6,151.07964 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | BED336007031100 | CLOROX STD PLW PRT MFM ANT 20X26 WHITE | X | XD | 7031 | each | 1,986 | 4,764.447762 | 4,764.447762 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | BED338007031100 | CLOROX KG PLW PRT MFM ANT 20X36 WHITE | X | XD | 7031 | each | 1,800 | 5,219.4402 | 5,219.4402 | 0 | 0 | 0 | 0 |
| WC | West Coast 3PL | PLS582O04786100 | ISLA FASHION SHELL 18X18 | 2 | | C4786 | each | 48 | 285.36 | 285.36 | 0 | 0 | 0 | 0 |

# SCHEDULE A/B

**Part 10, No. 60**

**Intangibles and intellectual property**

Jul 12, 2021

| STATUS | APPLICATION NUMBER | MATTER NUMBER | DATE FILED | TITLE | COUNTRY | APPLICATION TYPE | PATENT NUMBER | GRANT DATE | ASSIGNEE/OWNER NAME |
|---|---|---|---|---|---|---|---|---|---|
| Issued | 10928844 | 0079859-000057 | Aug 27, 2004 | HOOK FOR SUPPORTING SHOWER CURTAIN AND SHOWER CURTAIN LINER AND METHOD FOR FABRICATING SAME | United States of America | Utility | 7,748,673 | Jul 6, 2010 | Ex-Cell Home Fashions, Inc. |
| Issued | 11485682 | 0079859-000054 | Jul 13, 2006 | CURVED SHOWER CURTAIN ROD ASSEMBLY | United States of America | Utility | 7,926,127 | Apr 19, 2011 | Ex-Cell Home Fashions, Inc. |
| Issued | 13159960 | 0079859-8186509 | Jun 14, 2011 | DISPLAY HANGER FOR CURTAIN ROD | United States of America | Utility | 8,186,509 | May 29, 2012 | Ex-Cell Home Fashions, Inc. |
| Issued | 13799052 | 0079859-000135 | Mar 13, 2013 | TENSION ROD WITH THREADED END CAP | United States of America | Utility | 9,021,627 | May 5, 2015 | Ex-Cell Home Fashions, Inc. |
| Issued | 29212244 | 0079859-000087 | Aug 27, 2004 | HOOK FOR SUPPORTING SHOWER CURTAIN AND SHOWER CURTAIN LINER | United States of America | Design | D505,614 | May 31, 2005 | Ex-Cell Home Fashions, Inc. |
| Issued | 29233096 | 0079859-000077 | Jun 27, 2005 | DOORMAT | United States of America | Design | D539,065 | Mar 27, 2007 | Glenoit, LLC |
| Issued | 29261133 | 0079859-000078 | Jun 8, 2006 | SHOWER CURTAIN ROD ASSEMBLY | United States of America | Design | D544,786 | Jun 19, 2007 | Ex-Cell Home Fashions, Inc. |

| Issued | 29268575 | 0079859-000076 | Nov 9, 2006 | PACKAGE INSERT | United States of America | Design | D545,192 | Jun 26, 2007 | Ex-Cell Home Fashions, Inc. |
|--------|----------|----------------|-------------|----------------|--------------------------|--------|----------|--------------|------------------------------|
| Issued | 29268620 | 0079859-000065 | Nov 9, 2006 | PACKAGE INSERT | United States of America | Design | D548,597 | Aug 14, 2007 | Ex-Cell Home Fashions, Inc. |
| Issued | 29268696 | 0079859-000075 | Nov 9, 2006 | PACKAGE INSERT | United States of America | Design | D545,193 | Jun 26, 2007 | Ex-Cell Home Fashions, Inc. |
| Issued | 29269812 | 0079859-000067 | Dec 8, 2006 | FINIAL FOR CURTAIN ROD | United States of America | Design | D547,165 | Jul 24, 2007 | Ex-Cell Home Fashions, Inc. |
| Issued | 29269813 | 0079859-000074 | Dec 8, 2006 | FINIAL FOR CURTAIN ROD | United States of America | Design | D547,166 | Jul 24, 2007 | Ex-Cell Home Fashions, Inc. |
| Issued | 29269822 | 0079859-000068 | Dec 8, 2006 | FINIAL FOR CURTAIN ROD | United States of America | Design | D547,167 | Jul 24, 2007 | Ex-Cell Home Fashions, Inc. |
| Issued | 29273341 | 0079859-000060 | Mar 2, 2007 | DISPLAY HANGER FOR A SHOWER CURTAIN ROD (DESIGN) | United States of America | Design | D563,209 | Mar 4, 2008 | Ex-Cell Home Fashions, Inc. |
| Issued | 29284507 | 0079859-000089 | Sep 10, 2007 | SHOWER CURTAIN HOOK (VICTORIAN DESIGN) | United States of America | Design | D587,917 | Mar 10, 2009 | Ex-Cell Home Fashions, Inc. |
| Issued | 29284508 | 0079859-000090 | Sep 10, 2007 | SHOWER CURTAIN HOOK (GRILL DESIGN) | United States of America | Design | D577,281 | Sep 23, 2008 | Ex-Cell Home Fashions, Inc. |
| Issued | 29284509 | 0079859-000093 | Sep 10, 2007 | SHOWER CURTAIN HOOK | United States of America | Design | D582,760 | Dec 16, 2008 | Ex-Cell Home Fashions, Inc. |
| Issued | 29284510 | 0079859-000091 | Sep 10, 2007 | SHOWER CURTAIN HOOK (STEPPED SQUARES DESIGN) | United States of America | Design | D591,522 | May 5, 2009 | Ex-Cell Home Fashions, Inc. |
| Issued | 29285941 | 0079859-000062 | Apr 17, 2007 | PACKAGE INSERT | United States of America | Design | D553,984 | Oct 30, 2007 | Ex-Cell Home Fashions, Inc. |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Issued | 29285954 | 0079859-000063 | Apr 17, 2007 | PACKAGE INSERT | United States of America | Design | D553,985 | Oct 30, 2007 | Ex-Cell Home Fashions, Inc. |
| Issued | 29285957 | 0079859-000064 | Apr 17, 2007 | PACKAGE INSERT | United States of America | Design | D553,986 | Oct 30, 2007 | Ex-Cell Home Fashions, Inc. |
| Issued | 29323399 | 0079859-000104 | Aug 25, 2008 | SHOWER CURTAIN HOOK | United States of America | Design | D607,309 | Jan 5, 2010 | Ex-Cell Home Fashions, Inc. |
| Issued | 29325782 | 0079859-000103 | Oct 6, 2008 | DISPLAY HANGER FOR A SHOWER CURTAIN ROD | United States of America | Design | D624,807 | Oct 5, 2010 | Ex-Cell Home Fashions, Inc. |
| Issued | 29341917 | 0079859-000112 | Aug 14, 2009 | SHOWER CURTAIN HOOK | United States of America | Design | D614,478 | Apr 27, 2010 | Ex-Cell Home Fashions, Inc. |
| Issued | 29341918 | 0079859-000108 | Aug 14, 2009 | SHOWER CURTAIN HOOK | United States of America | Design | D614,938 | May 4, 2010 | Ex-Cell Home Fashions, Inc. |
| Issued | 29341920 | 0079859-000109 | Aug 14, 2009 | SHOWER CURTAIN HOOK | United States of America | Design | D614,479 | Apr 27, 2010 | Ex-Cell Home Fashions, Inc. |
| Issued | 29341921 | 0079859-000110 | Aug 14, 2009 | SHOWER CURTAIN HOOK | United States of America | Design | D614,939 | May 4, 2010 | Ex-Cell Home Fashions, Inc. |
| Issued | 29341924 | 0079859-000111 | Aug 14, 2009 | SHOWER CURTAIN HOOK | United States of America | Design | D611,329 | Mar 9, 2010 | Ex-Cell Home Fashions, Inc. |
| Issued | 29341925 | 0079859-000107 | Aug 14, 2009 | SHOWER CURTAIN HOOK | United States of America | Design | D618,538 | Jun 29, 2010 | Ex-Cell Home Fashions, Inc. |
| Issued | 29341926 | 0079859-000113 | Aug 14, 2009 | SHOWER CURTAIN HOOK | United States of America | Design | D611,330 | Mar 9, 2010 | Ex-Cell Home Fashions, Inc. |
| Issued | 29341928 | 0079859-000106 | Aug 14, 2009 | SHOWER CURTAIN HOOK | United States of America | Design | D625,987 | Oct 26, 2010 | Ex-Cell Home Fashions, Inc. |

| Issued | 29357006 | 0079859-000114 | Mar 5, 2010 | SHOWER CURTAIN ROD ASSEMBLY | United States of America | Design | D633,780 | Mar 8, 2011 | Ex-Cell Home Fashions, Inc. |
|--------|----------|----------------|-------------|------------------------------|---------------------------|--------|-----------|--------------|------------------------------|
| Issued | 29360212 | 0079859-000118 | Apr 22, 2010 | SHOWER CURTAIN HOOK | United States of America | Design | D637,892 | May 17, 2011 | Ex-Cell Home Fashions, Inc. |
| Issued | 29364089 | 0079859-000115 | Jun 18, 2010 | NAPKIN WITH RING | United States of America | Design | D636,623 | Apr 26, 2011 | Ex-Cell Home Fashions, Inc. |
| Issued | 29364093 | 0079859-000116 | Jun 18, 2010 | NAPKIN WITH RING | United States of America | Design | D639,595 | Jun 14, 2011 | Ex-Cell Home Fashions, Inc. |
| Issued | 29364096 | 0079859-000117 | Jun 18, 2010 | NAPKIN WITH RING | United States of America | Design | D639,596 | Jun 14, 2011 | Ex-Cell Home Fashions, Inc. |
| Issued | 29365036 | 0079859-000119 | Jul 1, 2010 | HOOK FOR A SHOWER CURTAIN, WINDOW TREATMENT, OR THE LIKE | United States of America | Design | D630,088 | Jan 4, 2011 | Ex-Cell Home Fashions, Inc. |
| Issued | 29365037 | 0079859-000120 | Jul 1, 2010 | HOOK FOR A SHOWER CURTAIN, WINDOW TREATMENT, OR THE LIKE | United States of America | Design | D630,089 | Jan 4, 2011 | Ex-Cell Home Fashions, Inc. |
| Issued | 29365039 | 0079859-000121 | Jul 1, 2010 | HOOK FOR A SHOWER CURTAIN, WINDOW TREATMENT, OR THE LIKE | United States of America | Design | D630,498 | Jan 11, 2011 | Ex-Cell Home Fashions, Inc. |

**SCHEDULES OF ASSETS AND LIABILITIES**
**AND STATEMENT OF FINANCIAL AFFAIRS**

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS,**
**METHODOLOGY, AND DISCLAIMER REGARDING**
**DEBTORS' SCHEDULES AND STATEMENTS**

The Schedules of Assets and Liabilities (the "**Schedules**") and Statement of Financial Affairs (the "**SOFA**" and together with the Schedules, the "**Bankruptcy Schedules**") of Glenoit Universal, Ltd., Glenoit, LLC, and Ex-Cell Home Fashions, Inc. (collectively, the "**Debtors**"), have been prepared pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure by the Chief Restructuring Officer (the "**CRO**") of the Debtors and are unaudited.  These Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding Debtor's Schedules and Statements (the "**Global Notes**") comprise an integral part of the Bankruptcy Schedules and should be referred to and considered in connection with any review of them.

The information provided herein, except as otherwise noted, is as of the close of business on August 10, 2021, the last date prior to the date of filing of the Debtors' bankruptcy cases (the "**Petition Date**") on which financial information was available.  Although the Debtors have made reasonable efforts to ensure that the Bankruptcy Schedules are as complete and accurate as possible in light of the circumstances, there can be no assurance that these Bankruptcy Schedules are, in fact, complete or accurate.

Neither the CRO nor the attorneys for the Debtors guarantees or warrants the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. While every effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist.

<u>**Specific Disclosures with Respect to the Debtors' Schedules**</u>

**Schedule E/F Part 2**. The Debtors have used reasonable best efforts to report all general unsecured Claims against the Debtors on Schedule E/F Part 2 based upon the Debtors' existing books and records as of the Petition Date.

The Claims listed on Schedule E/F Part 2 arose or were incurred on various dates.  In certain instances, the date on which a Claim arose is an open issue of fact. Although reasonable efforts have been made to identify the date of incurrence of each Claim, determining the date upon which each Claim on Schedule E/F Part 2 was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors may not have listed a date for each Claim listed on Schedule E/F Part 2.  As a general matter, the date of incurrence of each Claim was listed as the most recent invoice date, if available.

Schedule E/F Part 2 contains information regarding pending litigation involving the Debtors. The dollar amount of potential Claims associated with any such pending litigation is listed

as "undetermined" and marked as contingent, unliquidated and disputed in the Schedules and Statement.

The Debtors expressly incorporate by reference into Schedule E/F Part 2 all parties to pending litigation listed in Statement 7 as contingent, unliquidated and disputed claims, to the extent not already listed on Schedule E/F Part 2.

SCHEDULE G.  The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract or that such contract is an executory contract or unexpired lease. The Debtors reserve all of their rights to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.  Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable.  The Debtors hereby reserve all of their rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G and to amend or supplement Schedule G as necessary.

The Debtors reserve all rights to amend the Bankruptcy Schedules, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or to assert offsets or defenses to any claim reflected on the Bankruptcy Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."  Any failure to designate a claim as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtor that such claim is not "contingent," "unliquidated," or "disputed."

### Specific Disclosures with Respect to the Debtor's Statements

Statement 7. Information provided in Statement 7 includes only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial or other adjudicative forum.  Additionally, any information contained in Statement 7 shall not be a binding representation of the Debtors' liabilities with respect to any of the suits and proceedings identified therein.

Statement 26d.  From time to time, the Debtors may have provided financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing and other reasons.  Although reasonable efforts have been made to identify the recipient of such financial statements, determining the recipient of each financial statement would be unduly burdensome and cost prohibitive.